83

U.S. Department of Justice  
Washington, D.C.  
05/08/2018/lyl

Criminal Docket

__McALLEN__ Division

CR. No. __M-18-855__

Unsealed 5/14/18  
**SEALED INDICTMENT** Filed: __May 9, 2018__ Judge: __RICARDO H. HINOJOSA__

County: Hidalgo  
Lions #: **2015R21020**

UNITED STATES OF AMERICA

v.

JORGE ZAMORA-QUEZADA  
~~WARRANT~~

Attorneys:  
RYAN K. PATRICK, U. S. ATTORNEY  
KEVIN LOWELL, TRIAL ATTORNEY  
ANDREW R. SWARTZ, ASST. U.S. ATTORNEY  

Cts. 1-7  J.A. Tony Canales, Ret'd 361-883-0601  
Cynthia C. Gutierrez, Ret'd 683-0057

Charge(s):
- Ct. 1: Conspiracy to Commit Health Care Fraud  
  Title 18, United States Code, Section 1349.
- Cts. 2-6: Health Care Fraud  
  Title 18, United States Code, Sections 1347 & 2.
- Ct. 7: Conspiracy to Commit Money Laundering  
  Title 18, United States Code, Section 1956(h).

Total Counts  
**(7)**

Penalty:
- Ct. 1: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 (or both) and not more than a 3 yr. SRT
- Cts. 2-6: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 (or both) and not more than a 3 yr. SRT (as to each count)
- Ct. 7: Imprisonment for not more than 20 yrs. and/or a fine not to exceed $500,000 or twice the value of the property involved in the transaction, whichever is greater, and not more than a 3 yr. SRT

Agency: HHS/OIG - Michael E. Garcia - 6-16-0-0170-9

Date

Proceedings