Attachment A

