Attachment B



