Attachment C

Property Offering

# Shangri-La PH 2-A T3
# Floor 17 & 18

Paseo de la Marina Norte 385
Marina Vallarta
Puerto Vallarta, Jalisco, México



# $ 2,000,000 USD

Presented By:   **L.C.P Addig Zamora**
2601 Cornerstone Blvd.
Edinburg, TX. 78539
(956) 607 3978
(956) 992 7609

# Shangri-La Penthouse



## Executive Summary

Paseo de la Marina Norte S/N
Marina Vallarta
Puerto Vallarta, Jalisco, México

| | |
|---|---|
| List Price: | $2,000,000 |
| Price per Sq. Ft.: | $400 |
| CAP: | 7.74% |

| | |
|---|---|
| Penthouse Sq. Ft.: | 5,000 |

Case 7:18-cr-00855 Document 9-3 Filed in TXSD on 05/14/18 Page 3 of 13

| | |
|---|---|
| Year Built: | 2008 |
| Occupancy: | 2010 |
| Number of tenants: | 1 |
| Zoning Type: | Touristic (Special Category) |
| No. of Stories: | 2 |
| HVAC: | Central Electric |

## Property Descriptions

| | |
|---|---|
| Major Tenants: | Vacation's Owner and rental. |
| Renovation: | Built 2009 |
| Parking: | Covered parking for 2 cars, Uncovered Common Area |
| Area: | **Puerto Vallarta** is located on the West Coast of Mexico, surrounded by the Sierra Madre Mountains and in the heart of the largest and most beautiful bay of the Pacific Ocean: Bahia de Banderas. |
| Property: | The Penthouse is within Shangri-La, an exclusive residential development in the Marina Vallarta Hotel Zone, next door CasaMagna Marriot Hotel, offering each of the select owners the ultimate in leisure living, highlighted by the privacy, comfort and security of a master planned community amidst a sea of tranquility. The area with 484,375 square feet consist in 5 towers with 18 levels each, 190 luxury condominiums and 214 parking spaces, also has gateway, spa, restaurant, pool bar, pool, jacuzzi, sundeck, underground parking, tennis court, lake, walks, beach area, green area and everything you need to make your days in Shangri-La, the most comfortable of stays and exclusive experiences. |

This luxurious penthouse with 5,000 square feet (464.51 mt cuadrados) in two levels has a large and comfortable living room lead to a grand terrace with panoramic views of the bay.

**Extending beyond this expansive reception and entertainment** area, lies a dining room, breakfast area, chef kitchen and four master bedroom suites, all with beautiful and perfect view to the mountains, deep blue ocean and Puerto Vallarta's town. Has an extra-large balcony, 6 modern style bathrooms, service area, laundry room and 1 service bedroom.

24 hours security, private elevators, concierge, 1 storage room, service elevator and 2 cover places parking.

The exceptional penthouse is equipped with all the necessities supplies, elegantly decorated with minimalist style and fully furnished.

Encompassed by Manicured Tropical Gardens, and a 300-meter swimming pool with infinity edge adjoining the beach, the sound of the surf of entices its' owners and guests to relax and rejuvenate in the luxurious surroundings of this stately residence.

This Oceanfront community offers a Beachfront Gym, Spa and Restaurant. Includes deeded underground parking and direct coded elevator access.

Superior Quality Construction, Attention to Detail and Floor plan – Solid Steel Post and Beam Structure with insulating block, Spanish marble floors throughout (including the balcony and service areas) separate service elevator access, granite countertops, marble vanities, Jacuzzi tubs, floor to ceiling glass and marble showers.

Located in the prestigious and pedestrian friendly Marina Vallarta among 5 Star Resort Hotels and 18 Hole Oceanfront Golf Course and directly across from a World Class Marina. One can stroll amongst the shops, or enjoy a range of restaurants from casual to fine dining - all framed by the peaceful environment of water, mountains and Luxury Yachts.

With the beauty of its natural landscapes and colonial history reflected in Puerto Vallarta, the city has many areas to discover and enjoy. Marina Vallarta is an area to relax and dream. The Marina is a glimpse of modern Puerto Vallarta with a nautical theme.



Kitchen



Terrace



## Photo Gallery


Dining Room


Living Room


Breakfast Area



Main Room



Room



Jacuzzi





Bathrooms



Gym



Pool









## PLANES

## UPSTAIRS

