# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. 7:18-CR-855 |
| | § | |
| **JORGE ZAMORA-QUEZADA** | § | |

### UNITED STATES' SUPPLEMENT AND CORRECTION TO NOTICE OF FORFEITURE IN INDICTMENT

The indictment in this case provides notice that the United States intends to seek the forfeiture of property as provided by Title 18, United States Code, Sections 982(a)(1) and 982(a)(7).

The United States files this document to correct the legal description of the W. Wisconsin property and to notify the Defendant that the property subject to forfeiture includes, but is not limited to, the additional personal property listed below (with paragraph numbering continued from the indictment):

(a) the following real property, together with all improvements, buildings, structures and appurtenances:

    (3) A tract of land out of North 1/2 South 1/2 of Lot 21, Kelly-Pharr Subdivision, Hidalgo County, Texas, according to the map thereof recorded in Volume 3, Pages 133 and 134, Deed Records of Hidalgo County, Texas.

    **aka: W. Wisconsin Rd, Edinburg, Hidalgo County, Texas 78539**

(b) the following personal property:

    (iii) $12,474.51 in funds seized from Lone Star National Bank Account ending in 1073.

    (iv) $13,870.70 in funds seized from Lone Star National Bank Account ending in 1638.

    (v) $1,040.77 in funds seized from Lone Star National Bank Account ending in 1503.

(vi)    $127,863.12 in funds from Lone Star National Bank Account ending in 1448.

(vii)   $28,704.76 in funds seized from Chase Bank Account ending in 3402.

(viii)  $237,171.96 in funds seized from Chase Bank Account ending in 7124.


Respectfully submitted,

| | |
|---|---|
| RYAN K. PATRICK | SANDRA L. MOSER |
| UNITED STATES ATTORNEY | ACTING CHIEF, FRAUD SECTION |
| | Joseph S. Beemsterboer |
| | Deputy Chief, Health Care Fraud Unit |
| | |
| /s Andrew R. Swartz | /s Kevin Lowell |
| Assistant United States Attorney | Trial Attorney |
| U.S. Attorney's Office, SDTX | United States Department of Justice |


## Certificate of Service

This pleading was electronically filed and notice provided the defendant on May 30, 2018.

/s Andrew R. Swartz
Andrew R. Swartz
Assistant United States Attorney