IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Case No. 7:18-cr-00855 |
| | § | |
| **JORGE ZAMORA-QUEZADA** | § | |

**NOTICE OF HEARING**

Please take Notice that a hearing on the following Motions filed by Defendant Jorge Zamora-Quezada have been set for an oral hearing on the 26th day of July, 2018 at 4:00pm.

1. Motion for Bill of Particulars [Dkt. 49]
2. Motion to Dismiss Conspiracy [Dkt. 50]
3. Motion to Dismiss for Limitations and/or Delay [Dkt. 51]
4. Motion to Release Seized Funds [Dkt. 52]
5. Motion to Suppress [Dkt. 53]
6. Motion to Strike Surplusage [Dkt. 68]
7. Defendant's Objection to Testimony of Government Witnesses Not In Compliance with Fed. R. Crim. P. 16(a)(1)(G) [Dkt. 69]

So ordered on this _____ day of _____, 2018.

_____
Honorable Ricardo Hinojosa
United States District Court Judge