UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 7:18–cr–00855

Jorge Zamora–Quezada

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  9/6/2018

**TIME:**  04:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing


Date:  August 30, 2018

David J. Bradley, Clerk