# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 7:18−cr−00855

Jorge Zamora−Quezada
Meisy Angelica Zamora
Estella Santos Natera
Felix Ramos

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  3/1/2019

**TIME:**  03:00 PM

**TYPE OF PROCEEDING:**  Status Conference


Date:   February 20, 2019

David J. Bradley, Clerk