| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 18 CR 855-1 |
|---|---|---|---|

| United States |
|---|
| *versus* |
| Dr. Jorge Zamora-Quezada |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen Chahn Lee<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>312-624-6361<br>Illinois 6331822, New York (1st Dept) 4002697<br>Northern District of Illinois - 4002697 |
|---|---|

| Name of party applicant seeks to appear for: | Dr. Jorge Zamora-Quezada |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/12/2019 | Signed: *[signature: Stephen Chahn Lee]* |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge