UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                              Case Number: 7:18–cr–00855

Jorge Zamora–Quezada
Meisy Angelica Zamora
Estella Santos Natera
Felix Ramos

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 12/4/2019

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Jury Selection

Date:    November 21, 2019

David J. Bradley, Clerk