AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| | |
|---|---|
| **FOR COURT USE ONLY** | |
| **DUE DATE:** | |

| 1. NAME<br>Benigno (Trey) Martinez | 2. PHONE NUMBER<br>(956) 550-4868 | 3. DATE<br>1/2/2020 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>mayra@mbymlaw.com | 5. CITY<br>Brownsville | 6. STATE<br>TX | 7. ZIP CODE<br>78521 |

| 8. CASE NUMBER<br>7:18-cr-855 | 9. JUDGE<br>Ricardo Hinojosa | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 12/4/2019 | 11. TO 1/2/2020 |
| 12. CASE NAME<br>USA vs. Jorge Zamora-Quezada | | LOCATION OF PROCEEDINGS | |
| | 13. CITY McAllen | 14. STATE TX | |

15. ORDER FOR

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| [ ] VOIR DIRE | | | [x] TESTIMONY (Specify Witness) | | |
| [ ] OPENING STATEMENT (Plaintiff) | | | Jose Tomas Moreno | | 12/9/2019 - 12/10/2019 |
| [ ] OPENING STATEMENT (Defendant) | | | James Wilson | | 12/31/2019 - 1/2/2020 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | [ ] PRE-TRIAL PROCEEDING (Spcy) | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | | | |
| [ ] OPINION OF COURT | | | | | |
| [ ] JURY INSTRUCTIONS | | | [ ] OTHER (Specify) | | |
| [ ] SENTENCING | | | | | |
| [ ] BAIL HEARING | | | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL    0.00

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| 19. DATE<br>1/2/2020 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY