United States District Court
Southern District of Texas
FILED

JAN 15 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

VERDICT

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. M-18-855-S1-01

JORGE ZAMORA-QUEZADA

WE, THE JURY, FIND: JORGE ZAMORA-QUEZADA, the Defendant,

__GUILTY_____, as to Count 1
[Insert "GUILTY" or "NOT GUILTY"]

__GUILTY_____, as to Count 2
[Insert "GUILTY" or "NOT GUILTY"]

__GUILTY_____, as to Count 3
[Insert "GUILTY" or "NOT GUILTY"]

__GUILTY_____, as to Count 4
[Insert "GUILTY" or "NOT GUILTY"]

__NOT GUILTY_____, as to Count 5
[Insert "GUILTY" or "NOT GUILTY"]

__GUILTY_____, as to Count 6
[Insert "GUILTY" or "NOT GUILTY"]

__GUILTY_____, as to Count 7
[Insert "GUILTY" or "NOT GUILTY"]

_____GUILTY_____, as to Count 8
[Insert "GUILTY" or "NOT GUILTY"]

_____GUILTY_____, as to Count 9
[Insert "GUILTY" or "NOT GUILTY"]

_____GUILTY_____, as to Count 11
[Insert "GUILTY" or "NOT GUILTY"]

as charged in the Superseding Indictment.

_____          1/15/2020
FOREPERSON'S SIGNATURE                     DATE