UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2020

David J. Bradley, Clerk

UNITED STATES OF AMERICA )
)
v. ) Case No. 18-CR-0855
)
JORGE ZAMORA-QUEZADA, )
MEISY ANGELICA ZAMORA, and )
ESTELLA SANTOS NATERA, )
Defendants. )

## GOVERNMENT'S ADMITTED EXHIBIT LIST

| Exhibit No. | Description | Admitted |
|---|---|---|
| | *Summary Exhibits* | |
| A 1 | Summary of Accounts Analyzed | 1/6/2020 |
| A 6 | Summary of Payments to Texas Money Exchange | 1/6/2020 |
| A 8 | Summary of Monthly Ramos Payments to Texas Money Exchange | 1/6/2020 |
| A 9 | Summary of Monthly M. Zamora Payments to Texas Money Exchange | 1/6/2020 |
| A 10 | Summary of Ramos Payments to Texas Money Exchange | 1/6/2020 |
| A 11 | Summary of M. Zamora Payments to Texas Money Exchange | 1/6/2020 |
| A 12 | December 9, 2014 Check to Ritz Carlton | 1/6/2020 |
| A 13 | December 23, 2014 Check to Ritz Carlton | 1/6/2020 |
| A 14 | December 30, 2013 Check to Mercedes Benz | 1/6/2020 |
| A 15 | October 22, 2014 Cash for Mercedes Benz | 1/6/2020 |
| A 16 | January 29, 2014 Cashier's Check to Jaguar Land Rover | 1/6/2020 |
| A 17 | January–December 2016 Loan Payments to Maserati | 1/6/2020 |
| A 18 | Payment for Aviation Expenses | 1/6/2020 |
| A 19 | Summary Medicare Billed and Paid | 1/6/2020 |
| A 25 | Summary Average Diagnostic Tests Per Year | 1/6/2020 |
| A 29 | Summary AMEX Activity | 1/6/2020 |
| A 30 | Summary CJ Claims | 1/6/2020 |

1

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| A 31 | Summary EP Claims | 1/6/2020 |
| A 32 | Summary MB Claims | 1/6/2020 |
| A 33 | Summary ML Claims | 1/6/2020 |
| A 34 | Summary MP Claims | 1/6/2020 |
| A 35 | Summary GH Claims | 1/6/2020 |
| A 36 | Summary KW Claims | 1/6/2020 |
| A 37 | Summary SC Claims | 1/6/2020 |
| A 39 | December 11, 2015 Wire to Pratt Whitney Engine Services | 1/6/2020 |
| A 40 | Summary of Real Estate | 1/6/2020 |
| A 41 | May 2011 to June 2012 Loan Payments for La Costa Resort Condo | 1/6/2020 |
| A 42 | Mar 2007 to Oct 2007 Loan Payments for Shangri La | 1/6/2020 |
| A 43 | Summary of AMEX Payments | 1/6/2020 |
| A 45 | Payments from Crescendo Bioscience Inc. and Myriad Genetics Ins. | 1/6/2020 |
| A 46 | Summary of Beneficiaries Diagnosed with Rheumatoid Arthritis | 1/6/2020 |
| A 49 | Average Number of Medicare RA Beneficiaries Seen for Office Visits by Year | 1/6/2020 |
| A 50 | Medicare Billed for Beneficiaries Diagnosed with RA by Doctor | 1/6/2020 |
| A 51 | Medicare Billed & Paid Amounts for Dr. Zamora-Quezada RA Beneficiaries in Common with Other Doctors | 1/6/2020 |
| **Health Care Benefit Program Records** | | |
| B 1 | Medicare Claims Data<br>B1A – Dr. Jorge Zamora-Quezada Rendering Claims Data (2006–2012)<br>B1B – Dr. Jorge Zamora-Quezada Rendering Claims Data (2013–2018)<br>B1C – Center for Arthritis and Osteoporosis Billing Claims Data (2006–2018)<br>B1D – Jorge Zamora Quezada MD PA Billing Claims Data (2006–2008)<br>B1E – Jorge Zamora Quezada MD PA Billing Claims Data (2009–2014)<br>B1F – Jorge Zamora Quezada MD PA Billing Claims Data (2015–2018) | 12/27/2019 |

    Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| B 2 | Medicaid Claims Data<br>    B2A – Center for Arthritis and Osteoporosis Claims Data<br>    B2B – Dr. Zamora-Quezada Claims Data (NPI 1326042003)<br>    B2C – Dr. Zamora-Quezada Claims Data (NPI 1437260544) | 1/3/2020 |
| B 3 | TRICARE Claims Data – Center for Arthritis and Osteoporosis | 12/6/2019 |
| B 4 | Blue Cross Blue Shield Claims Data<br>    B4A – Center for Arthritis and Osteoporosis MC Medical Claims Data<br>    B4B – Center for Arthritis and Osteoporosis TX Medical Claims Data<br>    B4C – Dr. Jorge Zamora-Quezada MC Pharmacy Claims Data<br>    B4D – Dr. Jorge Zamora-Quezada TX Pharmacy Claims Data<br>    B4E – Column Description for Medical Claims Data<br>    B4F – Column Description for Pharmacy Claims Data | 12/6/2019 |
| B 5 | Medicare Enrollment Application CMS 855R, Dr. Zamora-Quezada, October 8, 2002 | 12/27/2019 |
| B 6 | Medicare Enrollment Application CMS 855B, Dr. Zamora-Quezada, May 10, 2006 | 12/27/2019 |
| B 7 | Medicare Enrollment Application CMS 855R, Dr. Zamora-Quezada, May 23, 2012 | 12/27/2019 |
| B 8 | Medicare Enrollment Application CMS 855I, Dr. Zamora-Quezada, May 23, 2012 | 12/27/2019 |
| B 9 | Medicare Enrollment Application CMS 855B, Dr. Zamora-Quezada, April 8, 2016 | 12/27/2019 |
| B 10 | Medicare Enrollment Application CMS 855I, Dr. Zamora-Quezada, May 5, 2016 | 12/27/2019 |
| B 11 | Medicare Participating Physician Agreement CMS 460, Dr. Zamora-Quezada, November 3, 2016 | 12/27/2019 |
| B 12 | Medicare Received MRI and X-Ray Registration, Dr. Zamora-Quezada, April 11, 2016 | 12/27/2019 |
| B 13 | Medicare Application Data Report, Dr. Zamora-Quezada | 12/27/2019 |
| B 14 | Medicare Electronic Funds Transfer Agreements, Dr. Zamora-Quezada | 12/27/2019 |
| B 15 | Medicare Electronic Data Interchange Agreement, Dr. Zamora-Quezada | 12/27/2019 |
| B 17 | Medicaid Provider Enrollment Applications, Dr. Zamora-Quezada | 1/3/2020 |
| B 18 | Medicaid Electronic Funds Transfer Agreement, Dr. Zamora-Quezada | 1/3/2020 |
| B 19 | TRICARE Provider Agreement, Dr. Zamora-Quezada | 12/9/2019 |
| B 20 | BCBS Medical Group Agreements, Centers for Arthritis and Osteoporosis | 12/6/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| B 22 | Medicare Claims Data<br>B22A – Dr. Nairia Alvarez<br>B22B – Dr. Angela Christensen<br>B22C – Dr. Emilia Dulgheru<br>B22D – Dr. Elvin Garcia<br>B22E – Dr. Eugene Nunnery<br>B22F – Dr. Muhammad Shamim<br>B22G – Dr. Monty Tew<br>B22H – Dr. Bricia Toro | 12/27/2019 |
| | ***Medical Records*** | |
| C 1 | Dr. Alvarez's File for Patient Elijah Perez | 12/5/2019 |
| C 2 | Dr. Alvarez's File for Patient Jessica Farias | 12/5/2019 |
| C 3 | Dr. Christensen's File for Patient Silvia Carrillo | 12/6/2019 |
| C 5 | Dr. Dulgheru's File for Patient Irma Gonzalez | 12/6/2019 |
| C 6 | Dr. Elvin Garcia's File for Patient Ernestina Esparza | 12/6/2019 |
| C 7 | Dr. Elvin Garcia's File for Patient Rosalinda Garcia | 12/6/2019 |
| C 8 | Dr. Haridas' File for Patient Katie Woodall | 12/6/2019 |
| C 9 | Dr. Hashish's File for Patient Brenda Martinez | 12/6/2019 |
| C 10 | Dr. Hashish's File for Patient Christopher Jones | 12/6/2019 |
| C 11 | Dr. Hashish's File for Patient Marcia Pittman | 12/6/2019 |
| C 12 | Dr. Hiram Garcia's File for Patient Francisco Hernandez | 12/6/2019 |
| C 13 | Dr. Mata's File for Patient Aidee De Jesus | 12/6/2019 |
| C 14 | Dr. Mizesko's File for Patient Giovanni Hernandez | 12/6/2019 |
| C 15 | Dr. Nunnery's File for Patient Esther Garcia | 12/6/2019 |
| C 16 | Dr. Nunnery's File for Patient Maria Bernal | 12/6/2019 |
| C 17 | Dr. Nunnery's File for Patient Maria Crispin | 12/6/2019 |
| C 18 | Dr. Nunnery's File for Patient Moises Garza | 12/6/2019 |
| C 19 | Dr. Nunnery's File for Patient Sara Robles | 12/6/2019 |
| C 20 | Dr. Shamim's File for Patient Jenika Hernandez | 12/6/2019 |
| C 21 | Dr. Toro's File for Patient Cynthia Hitchcox | 12/6/2019 |
| C 22 | Dr. Toro's File for Patient Elisa Gonzalez | 12/6/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| C 23 | Dr. Toro's File for Patient Esther Garcia | 12/6/2019 |
| C 24 | Dr. Toro's File for Patient Irma Mercado | 12/6/2019 |
| C 25 | Dr. Toro's File for Patient Jamie Parchman | 12/6/2019 |
| C 26 | Dr. Toro's File for Patient Maria Lopez | 12/6/2019 |
| C 27 | Dr. Toro's File for Patient Maria Narvaez | 12/6/2019 |
| C 28 | Dr. Marina's File for Patient Ada Mendoza | 12/6/2019 |
| C 29 | Dr. Escalona's File for Patient Sara Robles | 12/6/2019 |
| C 30 | Dr. Jordan's File for Patient Melinda Martinez | 12/6/2019 |
| C 31 | Dr. Zamora-Quezada's Records for Patient Maria Bernal | 12/6/2019 |
| C 32 | Dr. Zamora-Quezada's Records for Patient Silvia Carrillo | 12/6/2019 |
| C 33 | Dr. Zamora-Quezada's Records for Patient Maria Crispin | 12/6/2019 |
| C 34 | Dr. Zamora-Quezada's Records for Patient Aidee De Jesus | 12/6/2019 |
| C 35 | Dr. Zamora-Quezada's Records for Patient Ernestina Esparza | 12/6/2019 |
| C 36 | Dr. Zamora-Quezada's Records for Patient Jessica Farias | 12/5/2019 |
| C 37 | Dr. Zamora-Quezada's Records for Patient Esther Garcia | 12/6/2019 |
| C 38 | Dr. Zamora-Quezada's Records for Patient Rosalinda Garcia | 12/6/2019 |
| C 39 | Dr. Zamora-Quezada's Records for Patient Moises Garza | 12/6/2019 |
| C 40 | Dr. Zamora Quezada's Records for Patient Elisa Gonzalez | 12/6/2019 |
| C 41 | Dr. Zamora-Quezada's Records for Patient Irma Gonzalez | 12/6/2019 |
| C 42 | Dr. Zamora-Quezada's Records for Patient Frank Hernandez | 12/6/2019 |
| C 43 | Dr. Zamora-Quezada's Records for Patient Giovanni Hernandez | 12/6/2019 |
| C 44 | Dr. Zamora-Quezada's Records for Patient Jenika Garza Hernandez | 12/6/2019 |
| C 45 | Dr. Zamora-Quezada's Records for Patient Cynthia Hitchcox | 12/6/2019 |
| C 46 | Dr. Zamora-Quezada's Records for Patient Edgar Jimenez | 12/6/2019 |
| C 47 | Dr. Zamora-Quezada's Records for Patient Christopher Jones | 12/6/2019 |
| C 48 | Dr. Zamora-Quezada's Records for Patient Maria Lopez | 12/6/2019 |
| C 49 | Dr. Zamora-Quezada's Records for Patient Brenda Martinez | 12/6/2019 |
| C 50 | Dr. Zamora-Quezada's Records for Patient Melinda Martinez | 12/6/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| C 51 | Dr. Zamora-Quezada's Records for Patient Ada Mendoza | 12/6/2019 |
| C 52 | Dr. Zamora-Quezada's Records for Patient Irma Mercado | 12/6/2019 |
| C 53 | Dr. Zamora-Quezada's Records for Patient Maria Narvaez | 12/6/2019 |
| C 54 | Dr. Zamora-Quezada's Records for Patient Jamie Parchman | 12/6/2019 |
| C 55 | Dr. Zamora-Quezada's Records for Patient Elijah Perez | 12/5/2019 |
| C 56 | Dr. Zamora-Quezada's Records for Patient Marcia Pittman | 12/6/2019 |
| C 57 | Dr. Zamora-Quezada's Records for Patient Sara Robles | 12/6/2019 |
| C 58 | Dr. Zamora-Quezada's Records for Patient Katie Woodall | 12/6/2019 |
| C 60 | Dr. Zamora-Quezada's Records for Patient Marta Garza | 1/8/2020 |
| C 61 | Dr. Zamora-Quezada's Records for Patient Victoria Flores Garcia | 1/9/2020 |
| C 62 | Dr. Zamora-Quezada's Records for Patient Raquel Swayze | 1/9/2020 |
| C 63 | Dr. Zamora-Quezada's Records for Patient Robin Byers-Pierce | 1/9/2020 |
| *Texas Medical Board Records* | | |
| D 15 | November 6, 2009 Agreed Order: Chart Monitorship, CME Credits, Fine | 12/17/2019 |
| D 16 | Agreed Order Acknowledgment | 12/17/2019 |
| D 20 | Case 10-066 Chart Monitor Report, Cycle 1 – May 24, 2010 (Reviewer 1499) | 12/17/2019 |
| D 21 | Case 10-066 Feedback Letter, Cycle 1 | 12/17/2019 |
| D 22 | Case 10-066 Chart Monitor Report, Cycle 2 – August 7, 2010 (Reviewer 1499) | 12/17/2019 |
| D 23 | Case 10-066 Feedback Letter, Cycle 2 | 12/17/2019 |
| D 24 | Case 10-066 Chart Monitor Report, Cycle 3 – November 1, 2010 | 12/17/2019 |
| D 25 | Case 10-066 Feedback Letter, Cycle 3 | 12/17/2019 |
| D 26 | Case 10-066 Chart Monitor Report, Cycle 4 – February 5, 2011 (Reviewer 1312) | 12/17/2019 |
| D 27 | Case 10-066 Feedback Letter, Cycle 4 | 12/17/2019 |
| D 28 | Case 10-066 Chart Monitor Report, Cycle 5 – May 5, 2011 | 12/17/2019 |
| D 29 | Case 10-066 Feedback Letter, Cycle 5 | 12/17/2019 |
| D 30 | Case 10-066 Chart Monitor Report, Cycle 6 – August 24, 2011 | 12/17/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| D 31 | Case 10-066 Feedback Letter, Cycle 6 | 12/17/2019 |
| D 32 | Case 10-066 Chart Monitor Report, Cycle 7 – November 4, 2011 (Reviewer 1312) | 12/17/2019 |
| D 33 | Case 10-066 Feedback Letter, Cycle 7 | 12/17/2019 |
| D 36 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 1 – May 27, 2010 | 12/17/2019 |
| D 37 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 3 – November 29, 2010 | 12/17/2019 |
| D 38 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 4 – February 20, 2011 | 12/17/2019 |
| D 39 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 5 – May 31, 2011 | 12/17/2019 |
| D 40 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 6 – September 7, 2011 | 12/17/2019 |
| D 41 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 7 – November 28, 2011 | 12/17/2019 |
| | ***Business Records*** | |
| E 1 | Center for Arthritis and Osteoporosis Floor Plan, Edinburg Clinic | 12/9/2019 |
| E 3 | Lab Binder | 12/31/2019 |
| E 8 | Email from T. Moreno to M. Zamora and F. Ramos Regarding Patient Flow | 12/9/2019 |
| E 11 | Dr. Zamora's H & P Notes | 12/31/2019 |
| E 16 | 2005 Porsche 911 Turbo | 12/31/2019 |
| E 17 | 2013 Audi | 12/31/2019 |
| E 18 | 2014 Mercedes-Benz ML 350 | 12/31/2019 |
| E 19 | 2014 Mercedes-Benz S550 | 12/31/2019 |
| E 20 | 2015 Maserati Granturismo | 12/31/2019 |
| E 21 | 2016 BMW | 12/31/2019 |
| E 22 | 2016 Mercedes-Benz S550 | 12/31/2019 |
| E 23 | 25110 Ada Mae San Antonio, TX Lease Agreement | 12/31/2019 |
| E 24 | Aircraft Purchase Agreement for Eclipse 500 | 12/31/2019 |
| E 25 | BBVA Wire Transfers | 12/31/2019 |
| E 26 | Dominion Homeowners Association | 12/31/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| E 27 | Four Seasons Residence Club | 12/31/2019 |
| E 28 | GE Capital Corporation | 12/31/2019 |
| E 29 | Jorge Zamora-Quezada Financial Statement June 2005 | 12/31/2019 |
| E 30 | La Costa & Lone Star National Bank | 12/31/2019 |
| E 31 | La Costa | 12/31/2019 |
| E 32 | PNC Aviation Finance | 12/31/2019 |
| E 33 | Puerto Vallarta Shangri-La Agreements with Tenants | 12/31/2019 |
| E 34 | Puerto Vallarta Shangri-La Emails with Tenants | 12/31/2019 |
| E 35 | Puerto Vallarta Shangri-La Floor Plan & Photographs | 12/31/2019 |
| E 36 | Puerto Vallarta Shangri-La Miscellaneous Records | 12/31/2019 |
| E 37 | Puerto Vallarta Shangri-La Penthouse C Purchase Documents | 12/31/2019 |
| E 38 | Puerto Vallarta Shangri-La Penthouse E Purchase Documents | 12/31/2019 |
| E 39 | Puerto Vallarta Shangri-La Records Regaring Tenants & Rental Income Blue Folder | 12/31/2019 |
| E 41 | Settlement Documents Regarding Green Valley McAllen Property | 12/31/2019 |
| E 42 | Texas G & S Investments 2014 | 12/31/2019 |
| E 43 | Texas G & S Investments 2014–2017 | 12/31/2019 |
| E 44 | Texas G & S Investments 2016 (green folder) | 12/31/2019 |
| E 45 | Texas Money Exchange 2010–2013 | 12/31/2019 |
| E 46 | Texas Money Exchange 2010–2014 | 12/31/2019 |
| E 47 | Texas Money Exchange 2011–2013 | 12/31/2019 |
| E 48 | Texas Money Exchange Records Regarding Ixtapa Property | 12/31/2019 |
| E 66 | List of Labs Ordered on 1st, 2nd, and 3rd Visits | 12/6/2019 |
| E 67 | Blank Superbill | 12/12/2019 |
| E 68 | Superbill highlighted as found in search | 12/30/2019 |
| | ***Financial Records*** | |
| F 1 | BBVA Compass Bank X1499 | 12/31/2019 |
| F 2 | BBVA Compass Bank X4839 | 12/31/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| F 3 | BBVA Compass Bank X7028 | 12/31/2019 |
| F 4 | BBVA Compass Bank X7036 | 12/31/2019 |
| F 5 | BBVA Compass Bank X7044 | 12/31/2019 |
| F 6 | BBVA Compass Bank X8055 | 12/31/2019 |
| F 7 | BBVA Compass Bank X9677 | 12/31/2019 |
| F 8 | BBVA Compass Bank X8355 | 12/31/2019 |
| F 9 | Lone Star Bank X1638 | 12/31/2019 |
| F 10 | Lone Star Bank X0097 | 12/31/2019 |
| F 11 | Lone Star Bank X0119 | 12/31/2019 |
| F 12 | Lone Star Bank X1073 | 12/31/2019 |
| F 13 | Lone Star Bank X1295 | 12/31/2019 |
| F 14 | Lone Star Bank X1313 | 12/31/2019 |
| F 15 | Lone Star Bank X1414 | 12/31/2019 |
| F 16 | Lone Star Bank X1422 | 12/31/2019 |
| F 17 | Lone Star Bank X1446 | 12/31/2019 |
| F 18 | Lone Star Bank X1448 | 12/31/2019 |
| F 19 | Lone Star Bank X1453 | 12/31/2019 |
| F 20 | Lone Star Bank X1479 | 12/31/2019 |
| F 21 | Lone Star Bank X1487 | 12/31/2019 |
| F 22 | Lone Star Bank X1503 | 12/31/2019 |
| F 23 | Lone Star Bank X2147 | 12/31/2019 |
| F 24 | Lone Star Bank X2875 | 12/31/2019 |
| F 25 | Lone Star Bank X3776 | 12/31/2019 |
| F 26 | Lone Star Bank X4676 | 12/31/2019 |
| F 27 | Lone Star Bank X4684 | 12/31/2019 |
| F 28 | Lone Star Bank X6865 | 12/31/2019 |
| F 29 | Lone Star Bank X6873 | 12/31/2019 |
| F 30 | Lone Star Bank X1437 | 12/31/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| F 31 | Lone Star Bank X4706 | 12/31/2019 |
| F 32 | Lone Star Bank X5507 | 12/31/2019 |
| F 33 | Lone Star Bank X3368 | 12/31/2019 |
| F 34 | McAllen National Bank X6298 | 12/31/2019 |
| F 35 | Chase X3402 | 12/31/2019 |
| F 36 | Chase X7124 | 12/31/2019 |
| F 37 | American Express Card X01008 | 12/31/2019 |
| F 38 | American Express Card X11008 | 12/31/2019 |
| F 39 | American Express Card X26004 | 12/31/2019 |
| F 40 | American Express Card X27002 | 12/31/2019 |
| F 41 | American Express Card X31001 | 12/31/2019 |
| F 42 | Texas Money Exchange Spreadsheet 2012–2014 | 12/31/2019 |
| F 43 | Texas Money Exchange Spreadsheet 2014–2018 | 12/31/2019 |
| F 44 | Texas Money Exchange | 12/31/2019 |
| ***Property Records*** | | |
| G 1 | 425 Soledad St, San Antonio, TX | 12/31/2019 |
| G 2 | 2214 Red River, Mission, TX | 12/31/2019 |
| G 3 | 2601 Cornerstone Blvd, Edinburg, TX | 12/31/2019 |
| G 4 | 2804 Santa Teresa, Mission, TX | 12/31/2019 |
| G 5 | 3112 Gardenia Ave, McAllen, TX | 12/31/2019 |
| G 6 | 4230 Gardendale St, San Antonio, TX | 12/31/2019 |
| G 7 | 25006 Ada Mae, San Antonio, TX | 12/31/2019 |
| G 8 | 25110 Ada Mae, San Antonio, TX | 12/31/2019 |
| G 9 | Alton Gloor Blvd, Brownsville, TX | 12/31/2019 |
| G 10 | La Costa Resort and Spa, Lot 29, Carlsbad Tract, Carlsbad, CA | 12/31/2019 |
| G 11 | Shangri-La Penthouse C-18-01, Puerto Vallarta, Mexico | 12/31/2019 |
| G 12 | Shangri-La Penthouse E-16-01, Puerto Vallarta, Mexico | 12/31/2019 |
| G 13 | S McColl Rd, McAllen, TX | 12/31/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| G 14 | Wisconsin Rd, Edinburg, TX | 12/31/2019 |
| | *Secretary of State Records* | |
| I 1 | A & O Management, LLC | 12/31/2019 |
| I 2 | Alpha-Omega Management, LLC | 12/31/2019 |
| I 3 | Center for Arthritis & Osteoporosis I, PA | 12/31/2019 |
| I 4 | Center for Arthritis & Osteoporosis, LTD | 12/31/2019 |
| I 5 | J. & M. Zamora Family, L.P. | 12/31/2019 |
| I 6 | J.C.Z.Q. Family, L.P. | 12/31/2019 |
| I 7 | Jorge C. Zamora-Quezada, M.D., M.P.H., P.A. | 12/31/2019 |
| I 8 | JZACE #1, LLC | 12/31/2019 |
| I 9 | JZACE #2, LLC | 12/31/2019 |
| I 10 | JZACE #3, LLC | 12/31/2019 |
| I 11 | JZACE #4, LLC | 12/31/2019 |
| I 12 | JZACE #5, LLC | 12/31/2019 |
| I 13 | JZACE #6, LLC | 12/31/2019 |
| I 14 | JZACE #7, LLC | 12/31/2019 |
| I 15 | JZACE #8, LLC | 12/31/2019 |
| I 16 | JZACE #9, LLC | 12/31/2019 |
| I 17 | JZACE #10, LLC | 12/31/2019 |
| I 18 | Stintson Hangar, LLC | 12/31/2019 |
| I 19 | Zamora-Quezada, Inc | 12/31/2019 |
| | *Center for Arthritis and Osteoporosis Emails* | |
| J 1 | December 28, 2011 – Email from Cesar Lopez Azuara to R. Lucio, J. Solis, and J. Zamora-Quezada Re: A&O Monitoring Brownsville Injection Counts | 12/30/2019 |
| J 8 | April 19, 2015 – Email correspondence between R. Lucio, E. Natera, and H. Martinez Re: Medical Records | 12/30/2019 |
| J 15 | September 11, 2015 – Email Correspondence between H. Martinez and E. Natera Re: Missing Patient Notes | 12/30/2019 |
| J 18 | January 21, 2016 – Email from A. Travino to P. Garcia copying B. Gonzalez and E. Natera Re: Claudia | 1/9/2020 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| J 19 | February 1, 2016 – Email Correspondence between H. Martinez and E. Natera Re: Fee Schedules | 12/30/2019 |
| J 26 | July 1, 2014 – Email from E. Natera to J. Zamora-Quezada, M. Zamora, copying J. Solis Re: Daily Charges | 12/30/2019 |
| **Felix Ramos Emails** | | |
| K 3 | May 18, 2011 – TMB Investigation | 12/31/2019 |
| K 4 | October 9, 2014 – 224ZQ | 12/31/2019 |
| K 6 | November 10, 2008 – Eclipse Plans | 12/31/2019 |
| K 8 | August 1, 2016 – JZACE LLC Urgent Aircraft | 12/31/2019 |
| K 19 | May 19, 2011 – MRI Totals | 12/31/2019 |
| K 22 | May 19, 2011 – MRI Totals | 12/31/2019 |
| K 23 | March 10, 2017 – Medicaid Questions | 12/31/2019 |
| K 25 | February 11, 2014 – FELIX 2014 | 12/31/2019 |
| K 40 | March 11, 2015 – Inquiry from Pamela Davis | 12/31/2019 |
| K 42 | October 14, 2014 – Inquiry from Shannon Bradley | 12/31/2019 |
| K 43 | May 21, 2013 – Punta Mita | 12/31/2019 |
| K 44 | February 13, 2015 – Inquiry from Ron Twiddy | 12/31/2019 |
| K 45 | November 13, 2013 – Clinic Payroll | 12/31/2019 |
| K 46 | October 30, 2014 – Clinic Payroll | 12/31/2019 |
| K 48 | September 17, 2015 – PA Payroll | 12/31/2019 |
| K 50 | January 29, 2013 – Anderson Update | 12/31/2019 |
| K 51 | October 3, 2013 – Payroll | 12/31/2019 |
| K 52 | April 28, 2011 – Rental Home | 12/31/2019 |
| K 53 | April 18, 2013 – Payroll | 12/31/2019 |
| K 56 | May 20, 2013 – Penthouse in Shangrila | 12/31/2019 |
| **Grand Jury Subpoenas and Responses** | | |
| M 1 | Grand Jury Subpoena 17-90 | 12/31/2019 |
| M 2 | Grand Jury Subpoena 17-237 | 12/31/2019 |
| M 3 | Grand Jury Subpoena 17-660 | 12/31/2019 |

Updated 1/11/2020

| Exhibit No. | Description | Admitted |
|---|---|---|
| M 4 | Grand Jury Subpoena 17-113 | 12/31/2019 |
| M 5 | Subpoena Response Letter March 16, 2017 | 12/31/2019 |
| M 6 | Subpoena Response Letter April 21, 2017 | 12/31/2019 |
| M 7 | Subpoena Response (CAOPA 000001–001865) | 12/10/2019 |
| M 8 | Subpoena Response (ZQPA 000001–002373) | 12/10/2019 |
| **Photographs** | | |
| N 1 | Barn on West Wisconsin Rd, Edinburg | 12/30/2019 |
| N 2 | Center for Arthritis & Osteoporosis on Cornerstone Blvd, Edinburg | 12/9/2019 |
| N 3 | Jet Owned by Jorge Zamora-Quezada | 12/31/2019 |
| N 4 | Maserati Owned by Jorge Zamora-Quezada | 12/31/2019 |

Updated 1/11/2020