UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-0855 |
| | ) | |
| JORGE ZAMORA-QUEZADA, | ) | |
| MEISY ANGELICA ZAMORA, | ) | |
| ESTELLA SANTOS NATERA, and | ) | |
| FELIX RAMOS, | ) | |
| Defendants. | ) | |

**GOVERNMENT'S EXHIBIT LIST**

The United States hereby provides this draft trial exhibit list to Defendants. The list is subject to change.

| Exhibit No. | Description | |
|---|---|---|
| | *Summary Exhibits* | |
| A 1 | Summary of Accounts Analyzed | *Admitted* 1/6 |
| A 2 | Summary of Payments to Zamora Entities | |
| A 3 | Summary of Medicare and Medicaid Payments to Zamora Entities | |
| A 4 | Summary of BCBS Payments to Zamora Entities | |
| A 5 | Summary of TRICARE Payments to Zamora Entities | |
| A 6 | Summary of Payments to Texas Money Exchange | *Admitted* 1/6 |
| A 7 | Summary of Payments to Texas Money Exchange – Zamora Records | |
| A 8 | Summary of Monthly Ramos Payments to Texas Money Exchange | *Admitted* 1/6 |
| A 9 | Summary of Monthly M. Zamora Payments to Texas Money Exchange | *Admitted* 1/6 |
| A 10 | Summary of Ramos Payments to Texas Money Exchange | *Admitted* 1/6 |
| A 11 | Summary of M. Zamora Payments to Texas Money Exchange | *Admitted* 1/6 |
| A 12 | December 9, 2014 Check to Ritz Carlton | *Admitted* 1/6 |
| A 13 | December 23, 2014 Check to Ritz Carlton | *Admitted* 1/6 |

| A 14 | December 30, 2013 Check to Mercedes Benz | Admitted 1/6 |
| A 15 | October 22, 2014 Cash for Mercedes Benz | Admitted 1/6 |
| A 16 | January 29, 2014 Cashier's Check to Jaguar Land Rover | Admitted 1/6 |
| A 17 | January–December 2016 Loan Payments to Maserati | Admitted 1/6 |
| A 18 | Payment for Aviation Expenses | Admitted 1/6 |
| A 19 | Summary Medicare Billed and Paid | Admitted 1/6 |
| A 20 | Summary Medicare, Medicaid, TRICARE Billed and Paid | |
| A 21 | Summary Medicare, Medicaid, TRICARE, and BCBS Billed and Paid | |
| A 22 | Summary of Medicare and Medicaid Amount Billed and Paid | |
| A 23 | Summary of Time Before Rheumatoid Arthritis Diagnosis | |
| A 24 | Summary of Medicare Beneficiaries Rheumatoid Arthritis First Visit | |
| A 25 | Summary Average Diagnostic Tests Per Year | Admitted 1/6 |
| A 26 | Summary Top 10 Diagnosis Codes | |
| A 27 | Summary Distribution Among Top 10 Diagnosis Codes | |
| A 28 | Summary of Medicare Beneficiaries with Rheumatoid Arthritis Diagnosis | |
| A 29 | Summary AMEX Activity | Admitted 1/6 |
| A 30 | Summary CJ Claims | Admitted 1/6 |
| A 31 | Summary EP Claims | Admitted 1/6 |
| A 32 | Summary MB Claims | Admitted 1/6 |
| A 33 | Summary ML Claims | Admitted 1/6 |
| A 34 | Summary MP Claims | Admitted 1/6 |
| A 35 | Summary GH Claims | Admitted 1/6 |
| A 36 | Summary KW Claims | Admitted 1/6 |
| A 37 | Summary SC Claims | Admitted 1/6 |
| A 38 | Demonstrative – Asset Tracing | |
| A 39 | December 11, 2015 Wire to Pratt Whitney Engine Services | Admitted 1/6 |
| A 40 | Summary of Real Estate | Admitted 1/6 |
| A 41 | May 2011 to June 2012 Loan Payments for La Costa Resort Condo | Admitted 1/6 |
| A 42 | Mar 2007 to Oct 2007 Loan Payments for Shangri La | Admitted 1/6 |

A 45   Admitted 1/6
A 48   Admitted 1/6

*A49 Summary*

*A50 Summary*

*A51*

(36) (u.l) *A46 Summary*                           *Admitted 1/6*
                                                    *Admittec. 1/6*
                                                    *Admitted 1/6*

| | | | |
|---|---|---|---|
| (36)(u.l) | A 43 | Summary of AMEX Payments | *Admitted 1/6* |
| | A 44 | Total Number of Medicare Beneficiaries | |
| | | **Health Care Benefit Program Records** | |
| 29)(L.m.) | B 1 | Medicare Claims Data<br>    B1A – Dr. Jorge Zamora-Quezada Rendering Claims Data (2006–2012)<br>    B1B – Dr. Jorge Zamora-Quezada Rendering Claims Data (2013–2018)<br>    B1C – Center for Arthritis and Osteoporosis Billing Claims Data (2006–2018)<br>    B1D – Jorge Zamora Quezada MD PA Billing Claims Data (2006–2008)<br>    B1E – Jorge Zamora Quezada MD PA Billing Claims Data (2009–2014)<br>    B1F – Jorge Zamora Quezada MD PA Billing Claims Data (2015–2018) | *Admitted 12/27* |
| 33) (P.C.) | B 2 | Medicaid Claims Data<br>    B2A – Center for Arthritis and Osteoporosis Claims Data<br>    B2B – Dr. Zamora-Quezada Claims Data (NPI 1326042003)<br>    B2C – Dr. Zamora-Quezada Claims Data (NPI 1437260544) | *Admitted 1/3* |
| 05)(G.S.) | B 3 | TRICARE Claims Data – Center for Arthritis and Osteoporosis | *Admitted 12/6* |
| 04)(P.E.) | B 4 | Blue Cross Blue Shield Claims Data<br>    B4A – Center for Arthritis and Osteoporosis MC Medical Claims Data<br>    B4B – Center for Arthritis and Osteoporosis TX Medical Claims Data<br>    B4C – Dr. Jorge Zamora-Quezada MC Pharmacy Claims Data<br>    B4D – Dr. Jorge Zamora-Quezada TX Pharmacy Claims Data<br>    B4E – Column Description for Medical Claims Data<br>    B4F – Column Description for Pharmacy Claims Data | *Admitted 12/6* |
| 29) (L.m.) | B 5 | Medicare Enrollment Application CMS 855R, Dr. Zamora-Quezada, October 8, 2002 | *Admitted 12/27* |
| 29)(L.m.) | B 6 | Medicare Enrollment Application CMS 855B, Dr. Zamora-Quezada, May 10, 2006 | *Admitted 1/* |
| 29)(L.m.) | B 7 | Medicare Enrollment Application CMS 855R, Dr. Zamora-Quezada, May 23, 2012 | *Admitted 12/27* |
| 29)(L.m.) | B 8 | Medicare Enrollment Application CMS 855I, Dr. Zamora-Quezada, May 23, 2012 | *Admitted 12/2* |
| 29)(L.m.) | B 9 | Medicare Enrollment Application CMS 855B, Dr. Zamora-Quezada, April 8, 2016 | *Admitted 12/* |
| 29)(L.m.) | B 10 | Medicare Enrollment Application CMS 855I, Dr. Zamora-Quezada, May 5, 2016 | *Admitted 12/2* |
| 29)(L.m.) | B 11 | Medicare Participating Physician Agreement CMS 460, Dr. Zamora-Quezada, November 3, 2016 | *Admitted 12/27* |
| 29)(L.m.) | B 12 | Medicare Received MRI and X-Ray Registration, Dr. Zamora-Quezada, April 11, 2016 | *Admitted 12/27* |
| 29)(L.m.) | B 13 | Medicare Application Data Report, Dr. Zamora-Quezada | *Admitted 12/27* |
| 29)(L.m.) | B 14 | Medicare Electronic Funds Transfer Agreements, Dr. Zamora-Quezada | *Admitted 12/27* |
| (29)(L.m.) | B 15 | Medicare Electronic Data Interchange Agreement, Dr. Zamora-Quezada | *Admitted 12/27* |
| | B 16 | Medicare Claim Form CMS 1500 | |
| 33)(P.C.) | B 17 | Medicaid Provider Enrollment Applications, Dr. Zamora-Quezada | *Admitted 1/3* |

| | | | |
|---|---|---|---|
| (33)(P.C.) | B 18 | Medicaid Electronic Funds Transfer Agreement, Dr. Zamora-Quezada | Admitted 1/3 |
| (06)(J.L.) | B 19 | TRICARE Provider Agreement, Dr. Zamora-Quezada | Admitted 12/9 |
| '04)(P.E.) | B 20 | BCBS Medical Group Agreements, Centers for Arthritis and Osteoporosis | Admitted 12/6 |
| | B 21 | Humana Participation Agreement, Dr. Zamora-Quezada | |
| '29)(L.M.) | B 22 | Medicare Claims Data<br>B22A – Dr. Nairia Alvarez<br>B22B – Dr. Angela Christensen<br>B22C – Dr. Emilia Dulgheru<br>B22D – Dr. Elvin Garcia<br>B22E – Dr. Eugene Nunnery<br>B22F – Dr. Muhammad Shamim<br>B22G – Dr. Monty Tew<br>B22H – Dr. Bricia Toro | Admitted 12/27 |
| | | ***Medical Records*** | |
| '03)(N.A.) | C 1 | Dr. Alvarez's File for Patient Elijah Perez | Admitted /objected 12/5 |
| (02)(J.F.) | C 2 | Dr. Alvarez's File for Patient Jessica Farias | Admitted /objected 12/5 |
| | C 3 | Dr. Christensen's File for Patient Silvia Carrillo | Admitted 12/6 |
| | C 4 | Dr. Christensen's File for Patient Jennifer Flores | |
| | C 5 | Dr. Dulgheru's File for Patient Irma Gonzalez | Admitted 12/6 |
| | C 6 | Dr. Elvin Garcia's File for Patient Ernestina Esparza | Admitted 12/6 |
| | C 7 | Dr. Elvin Garcia's File for Patient Rosalinda Garcia | Admitted 12/6 |
| | C 8 | Dr. Haridas' File for Patient Katie Woodall | Admitted 12/6 |
| | C 9 | Dr. Hashish's File for Patient Brenda Martinez | Admitted 12/6 |
| | C 10 | Dr. Hashish's File for Patient Christopher Jones | Admitted 12/6 |
| | C 11 | Dr. Hashish's File for Patient Marcia Pittman | Admitted 12/6 |
| | C 12 | Dr. Hiram Garcia's File for Patient Francisco Hernandez | Admitted 12/6 |
| | C 13 | Dr. Mata's File for Patient Aidee De Jesus | Admitted 12/6 |
| | C 14 | Dr. Mizesko's File for Patient Giovanni Hernandez | Admitted 12/6 |
| | C 15 | Dr. Nunnery's File for Patient Esther Garcia | Admitted 12/6 |
| | C 16 | Dr. Nunnery's File for Patient Maria Bernal | Admitted 12/6 |
| | C 17 | Dr. Nunnery's File for Patient Maria Crispin | Admitted 12/6 |
| | C 18 | Dr. Nunnery's File for Patient Moises Garza | Admitted 12/6 |

| | | | |
|---|---|---|---|
| C 19 | Dr. Nunnery's File for Patient Sara Robles | Admitted | 12/6 |
| C 20 | Dr. Shamim's File for Patient Jenika Hernandez | Admitted | 12/6/12/20 |
| C 21 | Dr. Toro's File for Patient Cynthia Hitchcox | Admitted | 12/6 |
| C 22 | Dr. Toro's File for Patient Elisa Gonzalez | Admitted | 12/6 |
| C 23 | Dr. Toro's File for Patient Esther Garcia | Admitted | 12/6 |
| C 24 | Dr. Toro's File for Patient Irma Mercado | Admitted | 12/6 |
| C 25 | Dr. Toro's File for Patient Jamie Parchman | Admitted | 12/6 |
| C 26 | Dr. Toro's File for Patient Maria Lopez | Admitted | 12/6 |
| C 27 | Dr. Toro's File for Patient Maria Narvaez | Admitted | 12/6 |
| C 28 | Dr. Marina's File for Patient Ada Mendoza | Admitted | 12/6 |
| C 29 | Dr. Escalona's File for Patient Sara Robles | Admitted | 12/6 |
| C 30 | Dr. Jordan's File for Patient Melinda Martinez | Admitted | 12/6 |
| C 31 | Dr. Zamora-Quezada's Records for Patient Maria Bernal | Admitted | 12/6 |
| C 32 | Dr. Zamora-Quezada's Records for Patient Silvia Carrillo | Admitted | 12/6 |
| C 33 | Dr. Zamora-Quezada's Records for Patient Maria Crispin | Admitted | 12/6 |
| C 34 | Dr. Zamora-Quezada's Records for Patient Aidee De Jesus | Admitted | 12/6 |
| C 35 | Dr. Zamora-Quezada's Records for Patient Ernestina Esparza | Admitted | 12/6 |
| C 36 | Dr. Zamora-Quezada's Records for Patient Jessica Farias | Admitted/objected | 12/5 |
| C 37 | Dr. Zamora-Quezada's Records for Patient Esther Garcia | Admitted | 12/6 |
| C 38 | Dr. Zamora-Quezada's Records for Patient Rosalinda Garcia | Admitted | 12/6 |
| C 39 | Dr. Zamora-Quezada's Records for Patient Moises Garza | Admitted | 12/6 |
| C 40 | Dr. Zamora Quezada's Records for Patient Elisa Gonzalez | Admitted | 12/6 |
| C 41 | Dr. Zamora-Quezada's Records for Patient Irma Gonzalez | Admitted | 12/6 |
| C 42 | Dr. Zamora-Quezada's Records for Patient Frank Hernandez | Admitted | 12/6 |
| C 43 | Dr. Zamora-Quezada's Records for Patient Giovanni Hernandez | Admitted | 12/6 |
| C 44 | Dr. Zamora-Quezada's Records for Patient Jenika Garza Hernandez | Admitted | 12/6 |
| C 45 | Dr. Zamora-Quezada's Records for Patient Cynthia Hitchcox | Admitted | 12/6 |
| C 46 | Dr. Zamora-Quezada's Records for Patient Edgar Jimenez | Admitted | 12/6 |
| C 47 | Dr. Zamora-Quezada's Records for Patient Christopher Jones | Admitted | 12/6 |

'02)(J.F.)

5

C62 Raquel Swarze (R.S)(06)   Admitted 1/9

(v.g) C61 Victoria Flores/Garcia   Admitted 1/9

(06)

| | | | |
|---|---|---|---|
| C 48 | Dr. Zamora-Quezada's Records for Patient Maria Lopez | Admitted 12/6 |
| C 49 | Dr. Zamora-Quezada's Records for Patient Brenda Martinez | Admitted 12/6 |
| C 50 | Dr. Zamora-Quezada's Records for Patient Melinda Martinez | Admitted 12/6 |
| C 51 | Dr. Zamora-Quezada's Records for Patient Ada Mendoza | Admitted 12/6 |
| C 52 | Dr. Zamora-Quezada's Records for Patient Irma Mercado | Admitted 12/6 |
| C 53 | Dr. Zamora-Quezada's Records for Patient Maria Narvaez | Admitted 12/6 |
| C 54 | Dr. Zamora-Quezada's Records for Patient Jamie Parchman | Admitted 12/6 |
| C 55 | Dr. Zamora-Quezada's Records for Patient Elijah Perez | Admitted/Objection 12/5 |
| C 56 | Dr. Zamora-Quezada's Records for Patient Marcia Pittman | Admitted 12/6 |
| C 57 | Dr. Zamora-Quezada's Records for Patient Sara Robles | Admitted 12/6 |
| C 58 | Dr. Zamora-Quezada's Records for Katie Woodall | Admitted 12/6 |
| | **Texas Medical Board Records**  C60 | Admitted 1/10 |
| D 1 | TMB Enforcement Flow Chart | |
| D 2 | Case 06-2092 Expert Panel Final Report | |
| D 3 | Case 07-3883 Expert Panel Final Report | |
| D 4 | Panel Report | |
| D 5 | Case 07-4860 Panel Final Report | |
| D 6 | Case 07-1155 Panel Final Report | |
| D 7 | Case 07-1155 Complaint by Cheri Devine – November 14, 2006 | |
| D 8 | Case 08-3511 Panel Final Report | |
| D 9 | Case 08-6295 Panel Final Report | |
| D 10 | Case 09-0299 Panel Final Report | |
| D 11 | Case 09-0300 Panel Final Report | |
| D 12 | Case 09-0302 Panel Final Report | |
| D 13 | Case 09-6554 Summary of Allegations | |
| D 14 | Case 09-6554 Consultant Report | |
| D 15 | November 6, 2009 Agreed Order: Chart Monitorship, CME Credits, Fine | Admitted 12/17 |
| D 16 | Agreed Order Acknowledgment | Admitted 12/17 |
| D 17 | Case 14-0007 Complaint by Ernestina Esparza – September 3, 2013 | |

(01) E.G.

'16) (S.F.)
(16)(S.F.)

| | | | |
|---|---|---|---|
| | D 18 | Case 14-0007 Summary of Allegations | |
| | D 19 | Case 14-0007 Final Panel Report | |
| '16) (S.F.) | D 20 | Case 10-066 Chart Monitor Report, Cycle 1 – May 24, 2010 (Reviewer 1499) | Admitted 12/17 |
| '16) (S.F.) | D 21 | Case 10-066 Feedback Letter, Cycle 1 | Admitted 12/17 |
| (16) (S.F.) | D 22 | Case 10-066 Chart Monitor Report, Cycle 2 – August 7, 2010 (Reviewer 1499) | Admitted 12/1 |
| (16) (S.F.) | D 23 | Case 10-066 Feedback Letter, Cycle 2 | Admitted 12/17 |
| '16)(S.F.) | D 24 | Case 10-066 Chart Monitor Report, Cycle 3 – November 1, 2010 | Admitted 12/17 |
| (16) (S.F.) | D 25 | Case 10-066 Feedback Letter, Cycle 3 | Admitted 12/17 |
| (16) (S.F.) | D 26 | Case 10-066 Chart Monitor Report, Cycle 4 – February 5, 2011 (Reviewer 1312) | Admitted 12/1 |
| (16) (S.F.) | D 27 | Case 10-066 Feedback Letter, Cycle 4 | Admitted 12/17 |
| (16) (S.F.) | D 28 | Case 10-066 Chart Monitor Report, Cycle 5 – May 5, 2011 | Admitted 12/17 |
| (16)(S.F.) | D 29 | Case 10-066 Feedback Letter, Cycle 5 | Admitted 12/17 |
| (16)(S.F.) | D 30 | Case 10-066 Chart Monitor Report, Cycle 6 – August 24, 2011 | Admitted 12/17 |
| '16) (S.F.) | D 31 | Case 10-066 Feedback Letter, Cycle 6 | Admitted 12/17 |
| '16) (S.F.) | D 32 | Case 10-066 Chart Monitor Report, Cycle 7 – November 4, 2011 (Reviewer 1312) | Admitted 12 |
| '16)(S.F.) | D 33 | Case 10-066 Feedback Letter, Cycle 7 | Admitted 12/17 |
| | D 34 | Case 10-7367 Panel Final Report | Marked |
| | D 35 | Affidavit for Zero Business Records for Cristobal De Luna | |
| '16) (S.F.) | D 36 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 1 – May 27, 2010 | Admitted 12/17 |
| '16)(S.F.) | D 37 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 3 – November 29, 2010 | Admitted 12/17 |
| (16) (S.F.) | D 38 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 4 – February 20, 2011 | Admitted 12/17 |
| (16)(S.F.) | D 39 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 5 – May 31, 2011 | Admitted 12/17 |
| (16)(S.F.) | D 40 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 6 – September 7, 2011 | Admitted 12/17 |
| (16)(S.F.) | D 41 | Jorge Zamora-Quezada's Response to Chart Monitor Report, Cycle 7 – November 28, 2011 | Admitted 12/17 |
| | | **Business Records** | |
| '07)(J.M.) | E 1 | Center for Arthritis and Osteoporosis Floor Plan, Edinburg Clinic | Admitted/Objected 12 |
| '07)(J.M.) | E 2 | Selected Super Bills (Fee Tickets) | Marked 12/9 |

| | | | |
|---|---|---|---|
| (J.W.)(31) | E 3 | Lab Binder | Admitted by Deft 12/31 |
| | E 4 | Laboratory Tests and their Diagnostic Justifications | Marked |
| | E 5 | Daily Close Email to M. Zamora | |
| | E 6 | Daily Charges July 16, 2014 | |
| | E 7 | Edinburg Work Flow Reports | |
| 07)(J.M.) | E 8 | Email from T. Moreno to M. Zamora and F. Ramos Regarding Patient Flow | marked Admitted |
| | E 9 | Angeles Pharmacy Daily Reports February 2017 | |
| | E 10 | Angeles Pharmacy Daily Reports January 2017 | |
| (J.W.)(31) | E 11 | Dr. Zamora's H & P Notes | Admitted by Deft 12/31 |
| | E 12 | Managers Meeting Minutes for May 25, 2011 | |
| | E 13 | Medicare 2016 Allowable and 20% Prices | |
| | E 14 | Handwritten Notes in Notepad | |
| | E 15 | Handwritten Notes Regarding Rental Income | |
| | E 16 | 2005 Porsche 911 Turbo | Admitted 12/31 |
| | E 17 | 2013 Audi | Admitted 12/31 |
| | E 18 | 2014 Mercedes-Benz ML 350 | Admitted 12/31 |
| | E 19 | 2014 Mercedes-Benz S550 | Admitted 12/31 |
| | E 20 | 2015 Maserati Granturismo | Admitted 12/31 |
| (J.W.) (31) | E 21 | 2016 BMW | Admitted 12/31 |
| | E 22 | 2016 Mercedes-Benz S550 | Admitted 12/31 |
| | E 23 | 25110 Ada Mae San Antonio, TX Lease Agreement | Admitted 12/31 |
| | E 24 | Aircraft Purchase Agreement for Eclipse 500 | Admitted 12/31 |
| | E 25 | BBVA Wire Transfers | Admitted 12/31 |
| | E 26 | Dominion Homeowners Association | Admitted 12/31 |
| | E 27 | Four Seasons Residence Club | Admitted 12/31 |
| | E 28 | GE Capital Corporation | Admitted 12/31 |
| | E 29 | Jorge Zamora-Quezada Financial Statement June 2005 | Admitted 12/31 |
| | E 30 | La Costa & Lone Star National Bank | Admitted 12/31 |
| | E 31 | La Costa | Admitted 12/31 |

8

| | | |
|---|---|---|
| E 32 | PNC Aviation Finance | |
| E 33 | Puerto Vallarta Shangri-La Agreements with Tenants | Admitted 12/31 |
| E 34 | Puerto Vallarta Shangri-La Emails with Tenants | Admitted 12/31 |
| E 35 | Puerto Vallarta Shangri-La Floor Plan & Photographs | admitted 12/31 |
| E 36 | Puerto Vallarta Shangri-La Miscellaneous Records | Admitted 12/31 |
| E 37 | Puerto Vallarta Shangri-La Penthouse C Purchase Documents | Admitted 12/31 |
| E 38 | Puerto Vallarta Shangri-La Penthouse E Purchase Documents | Admitted 12/31 |
| E 39 | Puerto Vallarta Shangri-La Records Regaring Tenants & Rental Income Blue Folder | Admitted 12/31 |
| E 40 | Receiver Activity Report for Sonia Legoff Enwall | |
| E 41 | Settlement Documents Regarding Green Valley McAllen Property | Admitted 12/31 |
| E 42 | Texas G & S Investments 2014 | Objection/Admitted 12/31 |
| E 43 | Texas G & S Investments 2014–2017 | Objection/Admitted 12/31 |
| E 44 | Texas G & S Investments 2016 (green folder) | objection/Admitted 12/31 |
| E 45 | Texas Money Exchange 2010–2013 | objection/Admitted 12/31 |
| E 46 | Texas Money Exchange 2010–2014 | objection/Admitted 12/31 |
| E 47 | Texas Money Exchange 2011–2013 | objection/Admitted 12/31 |
| E 48 | Texas Money Exchange Records Regarding Ixtapa Property | objection/Admitted 12/31 |
| E 49 | Texas State Bank Records | |
| E 50 | Western Aviation Correspondence | |
| E 51 | Excel "Monthly Patient Count Worksheet-FEBRUARY" | marked Admitted 12/26 |
| E 52 | Excel "Monthly Patient Count Worksheet APRIL 2002" | marked Admitted 12/26 |
| E 53 | Excel "Monthly Patient Count Worksheet MAY 2002" | marked Admitted 12/26 |
| E 54 | Excel "Employee Phone List" | |
| E 55 | Excel "Copy of Extension List as of 8.26.13" | |
| E 56 | Excel "Charges Report For A O 2011" | |
| E 57 | Excel "04.03.2012" | |
| E 58 | Excel "4.30.12" | |
| E 59 | Excel "8.16.11" | |
| E 60 | Excel "03142012" | |

9

| | | |
|---|---|---|
| E 61 | Excel "04032012" | |
| E 62 | Excel "04.05.2012" | |
| E 63 | Excel "04.10.2012" | |
| E 64 | Excel "04.11.2012" | |
| E 65 | Estela Natera Employment File | E 66 Form Admitted 12/6 |
| | *Financial Records* | E 67 Superbill Admitted 12/12 <br> E 67A Superbill Admitted/Demo 12/1. <br> E 68 Superbill Admitted 12/30 |
| F 1 | BBVA Compass Bank X1499 | |
| F 2 | BBVA Compass Bank X4839 | Objection/Admitted 12/31 |
| F 3 | BBVA Compass Bank X7028 | Objection/Admitted 12/31 |
| F 4 | BBVA Compass Bank X7036 | Objection/Admitted 12/31 |
| F 5 | BBVA Compass Bank X7044 | Objection/Admitted 12/31 |
| F 6 | BBVA Compass Bank X8055 | Objection/Admitted 12/31 |
| F 7 | BBVA Compass Bank X9677 | Objection/Admitted 12/31 |
| F 8 | BBVA Compass Bank X8355 | Objection/Admitted 12/31 |
| F 9 | Lone Star Bank X1638 | Objection/Admitted 12/31 |
| F 10 | Lone Star Bank X0097 | Objection/Admitted 12/31 |
| F 11 | Lone Star Bank X0119 | Objection/Admitted 12/31 |
| F 12 | Lone Star Bank X1073 | Objection/Admitted 12/31 |
| F 13 | Lone Star Bank X1295 | Objection/Admitted 12/31 |
| F 14 | Lone Star Bank X1313 | Objection/Admitted 12/31 |
| F 15 | Lone Star Bank X1414 | Objection/Admitted 12/31 |
| F 16 | Lone Star Bank X1422 | Objection/Admitted 12/31 |
| F 17 | Lone Star Bank X1446 | Objection/Admitted 12/31 |
| F 18 | Lone Star Bank X1448 | Objection/Admitted 12/31 |
| F 19 | Lone Star Bank X1453 | Objection/Admitted 12/31 |
| F 20 | Lone Star Bank X1479 | Objection/Admitted 12/31 |
| F 21 | Lone Star Bank X1487 | Objection/Admitted 12/31 |
| F 22 | Lone Star Bank X1503 | Objection/Admitted 12/31 |
| F 23 | Lone Star Bank X2147 | Objection/Admitted 12/31 |

(J.W.) (31)

| | | |
|---|---|---|
| F 24 | Lone Star Bank X2875 | Objection / Admitted 12/3? |
| F 25 | Lone Star Bank X3776 | Objection / Admitted 12/31 |
| F 26 | Lone Star Bank X4676 | Objection / Admitted 12/31 |
| F 27 | Lone Star Bank X4684 | Objection / Admitted 12/31 |
| F 28 | Lone Star Bank X6865 | Objection / Admitted 12/31 |
| F 29 | Lone Star Bank X6873 | Objection / Admitted 12/31 |
| F 30 | Lone Star Bank X1437 | Objection / Admitted 12/31 |
| F 31 | Lone Star Bank X4706 | Objection / Admitted 12/31 |
| F 32 | Lone Star Bank X5507 | Objection / Admitted 12/31 |
| F 33 | Lone Star Bank X3368 | Objection / Admitted 12/31 |
| F 34 | McAllen National Bank X6298 | Objection / Admitted 12/31 |
| F 35 | Chase X3402 | Objection / Admitted 12/31 |
| F 36 | Chase X7124 | Objection / Admitted 12/31 |
| F 37 | American Express Card X01008 | Objection / Admitted 12/31 |
| F 38 | American Express Card X11008 | Objection / Admitted 12/31 |
| F 39 | American Express Card X26004 | Objection / Admitted 12/31 |
| F 40 | American Express Card X27002 | Objection / Admitted 12/31 |
| F 41 | American Express Card X31001 | Objection / Admitted 12/31 |
| F 42 | Texas Money Exchange Spreadsheet 2012–2014 | Objection / Admitted 12/31 |
| F 43 | Texas Money Exchange Spreadsheet 2014–2018 | Objection / Admitted 12/31 |
| F 44 | Texas Money Exchange | Objection / Admitted 12/31 |
| | *Property Records* | |
| G 1 | 425 Soledad St, San Antonio, TX | Objection / Admitted 12/31 |
| G 2 | 2214 Red River, Mission, TX | Objection / Admitted 12/31 |
| G 3 | 2601 Cornerstone Blvd, Edinburg, TX | Objection / Admitted 12/31 |
| G 4 | 2804 Santa Teresa, Mission, TX | Objection / Admitted 12/31 |
| G 5 | 3112 Gardenia Ave, McAllen, TX | Objection / Admitted 12/31 |
| G 6 | 4230 Gardendale St, San Antonio, TX | Objection / Admitted 12/31 |
| G 7 | 25006 Ada Mae, San Antonio, TX | Objection / Admitted 12/31 |

J.W) 31)

| | | |
|---|---|---|
| G 8 | 25110 Ada Mae, San Antonio, TX | *objection / Admitted 12/31* |
| G 9 | Alton Gloor Blvd, Brownsville, TX | *Objection / Admitted 12/31* |
| G 10 | La Costa Resort and Spa, Lot 29, Carlsbad Tract, Carlsbad, CA | *objection / Admitted 12/31* |
| G 11 | Shangri-La Penthouse C-18-01, Puerto Vallarta, Mexico | *objection / Admitted 12/31* |
| G 12 | Shangri-La Penthouse E-16-01, Puerto Vallarta, Mexico | *objection / Admitted 12/31* |
| G 13 | S McColl Rd, McAllen, TX | *Objection / Admitted 12/31* |
| G 14 | Wisconsin Rd, Edinburg, TX | *Objection / Admitted 12/31* |
| G 15 | Shangri-La Rental Agreements | |
| | **Bankruptcy Records** | |
| H 1 | Chapter 7 Voluntary Petition by Jorge Zamora-Quezada (16-70270, Dkt. 1) | |
| H 2 | Declaration (16-70270, Dkt. 93) | |
| H 3 | Memorandum Opinion (16-70270, Dkt. 167) | |
| H 4 | Order (16-70270, Dkt. 168) | |
| H 5 | January 30, 2017 Hearing Transcript (16-70270) | |
| H 6 | Jorge Zamora-Quezada Deposition (16-70270) | |
| H 7 | Felix Ramos Deposition (16-70270) | |
| H 8 | Meisy Zamora Transcript (16-70270, Dkt. 153) | |
| | **Secretary of State Records** | |
| I 1 | A & O Management, LLC | *Admitted 12/31* |
| I 2 | Alpha-Omega Management, LLC | *Admitted 12/31* |
| I 3 | Center for Arthritis & Osteoporosis I, PA | *Admitted 12/31* |
| I 4 | Center for Arthritis & Osteoporosis, LTD | *Admitted 12/31* |
| I 5 | J. & M. Zamora Family, L.P. | *Objection / Admitted 12/31* |
| I 6 | J.C.Z.Q. Family, L.P. | *objection / Admitted 12/31* |
| I 7 | Jorge C. Zamora-Quezada, M.D., M.P.H., P.A. | *Admitted 12/31* |
| I 8 | JZACE #1, LLC | *objection / Admitted 12/31* |
| I 9 | JZACE #2, LLC | *Objection / Admitted 12/31* |
| I 10 | JZACE #3, LLC | *objection / Admitted 12/31* |
| I 11 | JZACE #4, LLC | *Objection / Admitted 12/31* |

12

| | | | |
|---|---|---|---|
| I 12 | JZACE #5, LLC | | Objection/Admitted 12/31 |
| I 13 | JZACE #6, LLC | | Objection/Admitted 12/31 |
| I 14 | JZACE #7, LLC | | Objection/Admitted 12/31 |
| I 15 | JZACE #8, LLC | | Objection/Admitted 12/31 |
| I 16 | JZACE #9, LLC | | Objection/Admitted 12/31 |
| I 17 | JZACE #10, LLC | | Objection/Admitted 12/31 |
| I 18 | Stintson Hangar, LLC | | Objection/Admitted 12/31 |
| I 19 | Zamora-Quezada, Inc | | Objection/Admitted 12/31 |
| | **Center for Arthritis and Osteoporosis Emails** | | |
| J 1 | December 28, 2011 – Email from Cesar Lopez Azuara to R. Lucio, J. Solis, and J. Zamora-Quezada Re: A&O Monitoring Brownsville Injection Counts | | 12/30 Objection/Admitted |
| J 2 | June 7, 2013 – Email from T. Moreno to R. Lucio, copying J. Solis Re: TMB List for Billing with List Attached | | |
| J 3 | July 5, 2016 – Email from P. Garcia to T. Moreno, copying "Lillian," Re: Perla Letter | | |
| J 4 | August 26, 2013 – Email from T. Moreno to J. Rodriguez and R. Lucio, copying "Aidee" and Janie Solis Re: MR Audit | | |
| J 5 | January 12, 2015 – Email from L. Garcia to J. Solis Re: [No Subject] | | |
| J 6 | May 9, 2014 – Email from P. Garcia to T. Moreno Re: FW: Ernestina Esparza | | |
| J 7 | December 10, 2014 – Email correspondence between E. Natera and J. Rodriguez Re: Labs | | |
| J 8 | April 19, 2015 – Email correspondence between R. Lucio, E. Natera, and H. Martinez Re: Medical Records | | Objection/admitted 12/30 |
| J 9 | June 12, 2015 – Email correspondence between E. Natera and P. Garcia Re: UHC Ins Medical Records | | |
| J 10 | June 19, 2015 – Email from P. Garcia to E. Natera Re: UHC San Antonio Patients | | |
| J 11 | July 16, 2015 – Email from M. Zamora to E. Natera, forwarding chain between M. Zamora, J. Rodriguez, J. Solis, M. Franco Re: FW: SA Charges 4-26-12 with Charges Attached | | |
| J 12 | July 16, 2015 – Email from M. Zamora to E. Natera, forwarding chain between M. Franco, M. Zamora, C. Medrano Re: April Appeals and Rejections, attaching April 2013 Appeals and Rejections Excel Spreadsheet | | |
| J 13 | August 13, 2015 – Email from E. Natera to herself attaching E. Natera Letter to Texas Workforce Commission Regarding Xiomara Cortez | | |
| J 14 | September 4, 2015 – Email Correspondence between E. Natera and J. Rodriguez Re: Billing Codes | | |
| J 15 | September 11, 2015 – Email Correspondence between H. Martinez and E. Natera Re: Missing Patient Notes | | Objection/Admitted 12/30 |

13

| | | |
|---|---|---|
| J 16 | January 9, 2016 – Email from P. Garcia to E. Natera Re: XRAY APPOINTMENT | |
| J 17 | January 13, 2016 – Email from H. Martinez to E. Natera Re: CMS LETTERS SAN ANTONIO FOR DOS 12/18/2015 | |
| J 18 | January 21, 2016 – Email from A. Travino to P. Garcia copying B. Gonzalez and E. Natera Re: Claudia | *Admitted* 1/9 |
| J 19 | February 1, 2016 – Email Correspondence between H. Martinez and E. Natera Re: Fee Schedules | *Objection/Admitted 12/30* |
| J 20 | March 3, 2016 – Email from J. Rodriguez to P. Garcia and E. Natera, copying M. Zamora Re: Fee Schedules, attaching Cigna and Humana Fee Schedules | |
| J 21 | October 3, 2016 – Email from T. Moreno to H. Martinez, copying E. Natera Re: CMS Originals | |
| J 22 | October 10, 2016 – Email from T. Moreno to I. Munoz, copying E. Natera and H. Martinez Re: Hyalgan Notes for Supartz | |
| J 23 | January 17, 2017 – Calendar Invite from M. Zamora – "Junta de Supervisores" | |
| J 24 | December 26, 2016 – Email from P. Perez to T. Moreno, copying E. Natera Re: Progress Notes | |
| J 25 | April 25, 2017 – Email from C. Perez to H. Martinez, copying E. Natera Re: UHC-HEP PANEL DX, attaching "Hep Screening COV DX Codes(uhc)" | |
| J 26 | July 1, 2014 – Email from E. Natera to J. Zamora-Quezada, M. Zamora, copying J. Solis Re: Daily Charges | *Objection/Admitted 12/30* |
| J 27 | August 11, 2016 – Email from M. Zamora to E. Natera, copying F. Ramos Re: FW: San Antonio Totals | |
| J 28 | January 2, 2014 – Email correspondence between F. Ramos and T. Mosteller of Omni Hotels Re: Zamora Unit | |
| J 29 | September 16, 2011 – F. Ramos Email correspondence Re: Renting Zamora Properties | |
| J 30 | December 10, 2013 – R. Recio Email to M. Zamora forwarding email from Colorado Shuttle Express | |
| J 31 | July 12, 2016 – Email from T. Moreno to M. Zamora and F. Ramos Re: Hyalgan | |
| | *Felix Ramos Emails* | |
| K 1 | August 16, 2010 – Aircraft Repairs | |
| K 2 | August 24, 2016 – Final Texas Medical Board | |
| K 3 | May 18, 2011 – TMB Investigation | *Admitted 12/31* |
| K 4 | October 9, 2014 – 224ZQ | *Objection/Admitted 12/31* |
| K 5 | June 3, 2011 – Hangar N204ZQ | |
| K 6 | November 10, 2008 – Eclipse Plans | *objection/Admitted 12/31* |
| K 7 | July 7, 2006 – File 16-6163 | |
| K 8 | August 1, 2016 – JZACE LLC Urgent Aircraft | *Objection/Admitted 12/31* |

14

| | | | |
|---|---|---|---|
| K 9 | March 17, 2011 – Eclipse Registration | | |
| K 10 | February 23, 2012 – Eclipse | | |
| K 11 | March 26, 2010 – N224ZQ 24 Month Inspection | | |
| K 12 | July 7, 2016 – File 16-163 | | |
| K 13 | August 31, 2016 – File 16-7421 | | |
| K 14 | August 17, 2010 – Victor Zamora | | |
| K 15 | March 17, 2017 – Medicaid Questions | | |
| K 16 | August 25, 2016 – TMB final draft | | |
| K 17 | March 9, 2017 – Medicaid Questions | | |
| K 18 | August 29, 2916 – TMB Letter 8-29 | | |
| K 19 | May 19, 2011 – MRI Totals | Deft Adm.ited | 12/31 |
| K 20 | March 10, 2017 – Medicaid Questions | | |
| K 21 | August 31, 2016 – TMB Letter | | |
| K 22 | May 19, 2011 – MRI Totals | Deft Adm.ited | 12/31 |
| K 23 | March 10, 2017 – Medicaid Questions | Adm,ited | 12/31 |
| K 24 | September 29, 2017 –Maserati Receipt | | |
| K 25 | February 11, 2014 – FELIX 2014 | Objection/Admitted | 12/31 |
| K 26 | May 16, 2011 – TMB Investigation | | |
| K 27 | *Intentionally Left Blank* | | |
| K 28 | May 18, 2011 – TMB Investigation | | |
| K 29 | July 3, 2017 – Aircraft Rendition Attached | | |
| K 30 | September 21, 2011 – Transfer of Funds Refinancing Clinic | | |
| K 31 | September 21, 2011 – Transfer of Funds | | |
| K 32 | September 27, 2011 – 2804 Santa Teresa Rental | | |
| K 33 | *Intentionally Left Blank* | | |
| K 34 | *Intentionally Left Blank* | | |
| K 35 | *Intentionally Left Blank* | | |
| K 36 | *Intentionally Left Blank* | | |
| K 37 | *Intentionally Left Blank* | | |

T.w.)(3d)

T.w.)(31)
r.w.)(31)

r.w.)(31)

| | | |
|---|---|---|
| K 38 | *Intentionally Left Blank* | |
| K 39 | *Intentionally Left Blank* | |
| K 40 | March 11, 2015 – Inquiry from Pamela Davis | Objection/Admitted 12/31 |
| K 41 | *Intentionally Left Blank* | |
| K 42 | October 14, 2014 – Inquiry from Shannon Bradley | Objection/Admitted 12/31 |
| K 43 | May 21, 2013 – Punta Mita | Objection/Admitted 12/31 |
| K 44 | February 13, 2015 – Inquiry from Ron Twiddy | Objection/Admitted 12/31 |
| K 45 | November 13, 2013 – Clinic Payroll | Deft Admitted 12/31 |
| K 46 | October 30, 2014 – Clinic Payroll | Deft Admitted 12/31 |
| K 47 | April 28, 2017 – Pharmacy Closure Today | |
| K 48 | September 17, 2015 – PA Payroll | Deft Admitted 12/31 |
| K 49 | February 14, 2013 – 2804 Santa Teresa Mission | |
| K 50 | January 29, 2013 – Anderson Update | Objection/Admitted 12/31 |
| K 51 | October 3, 2013 – Payroll | Deft Admitted 12/31 |
| K 52 | April 28, 2011 – Rental Home | Objection/Admitted 12/31 |
| K 53 | April 18, 2013 – Payroll | Deft Admitted 12/31 |
| K 54 | *Intentionally Left Blank* | |
| K 55 | July 29, 2014 – Inquiry from Itzhak Fisher | |
| K 56 | May 20, 2013 – Penthouse in Shangrila | Objection/Admitted 12/31 |
| | **Recordings** | |
| L 1 | Recorded Jail Call Between Jorge Zamora-Quezada and Felix Ramos – May 18, 2018 (Audio) | |
| L 2 | Recorded Jail Call Between Jorge Zamora-Quezada and Felix Ramos – May 18, 2018 (Transcript and Translation) | |
| L 3 | Recorded Jail Call Between Jorge Zamora-Quezada and Meisy Zamora – May 29, 2018 (Audio) | |
| L 4 | Recorded Jail Call Between Jorge Zamora-Quezada and Meisy Zamora – May 29, 2018 (Transcript and Translation) | |
| L 5 | Recorded Jail Call Between Jorge Zamora-Quezada and Daughter – June 15, 2018 (Audio) | |
| L 6 | Recorded Jail Call Between Jorge Zamora-Quezada and Daughter – June 15, 2018 (Transcript and Translation) | |
| L 7 | Recorded Jail Call Between Jorge Zamora-Quezada and Meisy – June 15, 2018 (Audio) | |

J.W.)
'31)

16

| | | | | |
|---|---|---|---|---|
| L 8 | Recorded Jail Call Between Jorge Zamora-Quezada and Meisy – June 15, 2018 (Transcript and Translation) | | | |
| | **Grand Jury Subpoenas and Responses** | | | |
| M 1 | Grand Jury Subpoena 17-90 | Admitted | 12/31 | |
| M 2 | Grand Jury Subpoena 17-237 | Admitted | 12/31 | |
| M 3 | Grand Jury Subpoena 17-660 | Admitted | 12/31 | |
| M 4 | Grand Jury Subpoena 17-113 | Admitted | 12/31 | |
| M 5 | Subpoena Response Letter March 16, 2017 | Admitted | 12/31 | |
| M 6 | Subpoena Response Letter April 21, 2017 | Admitted | 12/31 | |
| M 7 | Subpoena Response (CAOPA 000001–001865) | Admitted | 12/10 | |
| M 8 | Subpoena Response (ZQPA 000001–002373) | Admitted | 12/10 | |
| | **Photographs** | | | |
| N 1 | Barn on West Wisconsin Rd, Edinburg | Admitted /Objected 12/9 + | 12/30 | |
| N 2 | Center for Arthritis & Osteoporosis on Cornerstone Blvd, Edinburg | Admitted / | 12/9 | |
| N 3 | Jet Owned by Jorge Zamora-Quezada | Admitted | 12/31 | |
| N 4 | Maserati Owned by Jorge Zamora-Quezada | Admitted | 12/31 | |
| | **Driver's License Photographs** | | | |
| O 1 | Jorge Zamora-Quezada | Marked | 12/31 | |
| O 2 | Meisy Angelica Zamora | Marked | 12/31 | |
| O 3 | Estella Natera | Marked | 12/31 | |
| O 4 | Felix Ramos | Marked | 12/31 | |
| O 5 | Dr. Naiara Alvarez | Marked | 12/31 | |
| O 6 | Elcira Bares | | | |
| O 7 | Maria Bernal | Marked | 12/31 | |
| O 8 | Silvia Carrillo | Marked | 12/31 | |
| O 9 | Dr. Angela Christensen | Marked | 12/31 | |
| O 10 | Aidee DeJesus | Marked | 12/31 | |
| O 11 | Dr. Emilia Dulgheru | Marked | 12/31 | |
| O 12 | Ernestina Esparza | | | |
| O 13 | Jessica Farias | Marked | 12/31 | |

17

| O 14 | Maria Franco | | |
|------|--------------|--|--|
| O 15 | Dr. Elvin Garcia | | |
| O 16 | Dr. Hiram Garcia | | |
| O 17 | Rosalinda Garcia | | |
| O 18 | Cathryn Garnett | | |
| O 19 | Elizabeth Gonzalez | marked | 12/31 |
| O 20 | Dr. Aaroop Haridas | marked | 12/31 |
| O 21 | Frank Hernandez | | |
| O 22 | Giovanni Hernandez | marked | 12/31 |
| O 23 | Jenika Hernandez | marked | 12/31 |
| O 24 | Edgar Jimenez | marked | 12/31 |
| O 25 | Christopher Jones | marked | 12/31 |
| O 26 | Hermelinda Kaney | | |
| O 27 | Juan Llanes | | |
| O 28 | Maria Lopez | marked | 12/31 |
| O 29 | Rene Lucio | marked | 12/31 |
| O 30 | Uralia Mares | marked | 12/31 |
| O 31 | Brenda Martinez | | |
| O 32 | Clarissa Martinez | | |
| O 33 | Melinda Martinez | | |
| O 34 | Dr. Nelson Mata | | |
| O 35 | Crystal Medrano | | |
| O 36 | Ada Mendoza | | |
| O 37 | Dr. Melissa Mizesko | marked | 12/31 |
| O 38 | Jose Tomas Moreno | marked | 12/31 |
| O 39 | Raymundo Moreno | marked | 12/31 |
| O 40 | Dr. Eugene Nunnery | marked | 12/31 |
| O 41 | Veronica Orenday | | |
| O 42 | Jamie Parchman | marked | 12/31 |

18

| O 43 | Dr. Robert Persellin | Marked | 12/31 |
|------|----------------------|--------|-------|
| O 44 | Marcia Pittman | Marked | 12/31 |
| O 45 | Sara Robles | Marked | 12/31 |
| O 46 | Michelle Rocha | Marked | 12/31 |
| O 47 | Graciela Salinas | Marked | 12/31 |
| O 48 | Peter Sanchez | Marked | 12/31 |
| O 49 | Javier Sartorio | Marked | 12/31 |
| O 50 | Dr. Muhammad Shamim | Marked | 12/31 |
| O 51 | Dr. Monty Tew | Marked | 12/31 |
| O 52 | Dr. Bricia Toro | Marked | 12/31 |
| O 53 | Katie Woodall | Marked | 12/31 |
| O 54 | Elijah Perez | Marked | 12/31 |
| P 1 | Sketch | Admitted/Demo | 12/18 |
| P 2 | | Marked/Demo | 1/10 |

Respectfully submitted,

Allan Medina
Acting Deputy Chief, Health Care Fraud Unit

s/ Adrienne Frazior
Adrienne Frazior
Assistant Chief, Health Care Fraud Unit
United States Department of Justice
Criminal Division, Fraud Section
1100 Commerce Street, 3rd Floor
Dallas, TX 75242


Ryan K. Patrick
United States Attorney

s/ Cynthia Villanueva
Cynthia Villanueva
Assistant United States Attorney
U.S. Attorney's Office, SDTX
1701 W. Highway 83, #600
McAllen, Texas 78501

19

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 04, 2019, I provided the foregoing to Defendants'

counsel of record by electronic mail.

> s/ Adrienne Frazior
> Adrienne Frazior
> Assistant Chief, Health Care Fraud Unit
> United States Department of Justice
> Criminal Division, Fraud Section
> 1100 Commerce Street, 3rd Floor
> Dallas, TX 75242