United States District Court
Southern District of Texas
FILED

JAN 13 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 7:18-cr-00855 |
| | § | |
| JORGE ZAMORA-QUEZADA | § | |
| MEISY ANGELICA ZAMORA | § | |
| ESTELLA SANTOS NATERA | § | |
| FELIX RAMOS | § | |

## DEFENDANTS' ADMITTED EXHIBIT LIST

| Exhibit No. | Description of Exhibit | Bate Stamp | Offered | Admitted |
|---|---|---|---|---|
| 1. | A.M. – Dr. Zamora Patient File | ZAM6936 – ZAM7039 | X | X |
| 2. | A.M. – Dr. Zamora Patient File | ZAM19799 – ZAM19978 | X | X |
| | | | | |
| 3. | J.P. – Dr. Zamora Patient File | ZAM7571 – ZAM7936 | X | X |
| 4. | J.P. – Post Dr. Toro Patient File | ZAM17845 – ZAM17896 | X | X |
| 5. | J.P. – New Set Post Dr. Toro Patient File | ZAM19682-219610 | X | X |
| | | | | |
| 6. | F.H. – Pre McAllen Hand Center Patient File | ZAM18469 – ZAM 18482 | X | X |
| 7. | F.H. – Dr. Zamora Patient File | ZAM4440 – ZAM4551 | X | X |
| 8. | F.H. – Post Dr. Hiram Garcia Patient File | ZAM21590 – ZAM21610 | X | X |
| | | | | |
| 10. | E.E. – Dr. Zamora Patient File | ZAM2524 – ZAM3085 | X | X |
| 11. | E.E. – Post Dr. Garcia Patient File | ZAM17294 – ZAM17365 | X | X |
| 12. | E.E. – New Set Post Dr. Garcia Patient File | ZAM19535 – ZAM19614 | X | X |
| | | | | |
| 13. | M.G. – Dr. Zamora Patient File | ZAM16558 – ZAM17258 | X | X |
| 14. | M.G. – Post Dr. Nunnery Patient File | ZAM17435 – ZAM17467 | X | X |
| | | | | |
| 16. | P.T. – Pre Dr. Arango Patient File | ZAM19204 – ZAM19281 | X | X |
| 17. | P.T. – Dr. Zamora Patient File | ZAM11056 – ZAM13850 | X | X |

| 20. | I.G. – Dr. Zamora Patient File | ZAM4388 – ZAM4439 | X | X |
|---|---|---|---|---|
| 21. | I.G. – Post Dr. Dulgheru Patient File | ZAM17472 - ZAM17506 | X | X |
| | | | | |
| 22. | M.C. – Dr. Zamora Patient File | ZAM0749 – ZAM2259 | X | X |
| 23. | M.C. – Post Dr. Nunnery Patient File | ZAM17275 – ZAM17293 | X | X |
| | | | | |
| 25. | M.B. – Dr. Zamora Patient File | ZAM8583 – ZAM 11055 | X | X |
| 26. | M.B. – Post Dr. Nunnery Patient File | ZAM17259 – ZAM17267 | X | X |
| 27. | M.B. – Post Dr. E. Garcia Patient File | ZAM19482 - ZAM19509 | X | X |
| 28. | M.B. – New Set Post Dr. Nunnery Patient File | ZAM19510 – ZAM19534 | X | X |
| | | | | |
| 30. | A.D.J. – Dr. Zamora Patient File | ZAM2260 – ZAM2523 | X | X |
| 31. | A.D.J. – Post Dr. Mata Patient File | ZAM19765 – ZAM19798 | X | X |
| | | | | |
| 32. | I.M. – Dr. Zamora Patient File | ZAM13851 – ZAM16557 | X | X |
| 33. | I.M. – Post Dr. Toro Patient File | ZAM19655 – ZAM19681 | X | X |
| | | | | |
| 34. | E.G. – Pre Dr. Anderson Patient File | ZAM17945 – ZAM18468 | X | X |
| 35. | E.G. – Dr. Zamora Patient File | ZAM4129 – ZAM4387 | X | X |
| 36. | E.G. – Post Dr. Toro Patient File | ZAM17468 – ZAM17471 | X | X |
| | | | | |
| 37. | C.H. – Dr. Zamora Patient File | ZAM4625 – ZAM5924 | X | X |
| 38. | C.H. – Post Dr. Toro Patient File | ZAM 17792 – ZAM17806 | X | X |
| 39. | C.H. – Post Dr. Shamim Patient File | ZAM19642 - ZAM19654 | X | X |
| | | | | |
| 40. | E.G. – Dr. Zamora Patient File | ZAM3404 – ZAM 3971 | X | X |
| 41. | E.G. – Post Dr. Nunnery Patient File | ZAM17380 – ZAM17403 | X | X |
| 42. | E.G. – Post Dr. Toro Patient File | ZAM17404 – ZAM17434 | X | X |
| 43. | E.G. – Post Dr. Nunnery Patient File | ZAM19615 – ZAM19641 | X | X |
| | | | | |
| 44. | M.N. – Dr. Zamora Patient File | ZAM7040 – ZAM7570 | X | X |
| 45. | M.N. – Post Dr. Toro Patient File | ZAM17830 – ZAM17844 | X | X |
| | | | | |
| 46. | B.M. – Pre Dr. Avila Patient File | ZAM19399 – ZAM19481 | X | X |
| 47. | B.M. – Pre Dr. Aguado Patient File | ZAM18725 – ZAM18798 | X | X |
| 48. | B.M. – Dr. Zamora Patient File | ZAM6404 – ZAM6935 | X | X |
| 49. | B.M. – Post Dr. Hashish Patient File | ZAM19744 – ZAM19764 | X | X |
| | | | | |
| 50. | J.F. – Pre Dr. Carter Patient File | ZAM17938 – ZAM17944 | X | X |
| 51. | J.F. – Dr. Zamora Patient File | ZAM3086 – ZAM3403 | X | X |
| 52. | J.F. – Post Dr. Garcia Patient File | ZAM17366 – ZAM17379 | X | X |

| 55. | J.H. – Pre Dr. Pisharodi Patient File | ZAM18654 – ZAM18724 | X | X |
|---|---|---|---|---|
| 56. | J.H. – Dr. Zamora Patient File | ZAM3972 – ZAM4128 | X | X |
| 57. | J.H. – Post Dr. Shamim Patient File | ZAM19691 – ZAM19705 | X | X |
| | | | | |
| 58. | C.J. – Pre Dr. Grusbeck Patient File | ZAM19282 - ZAM19398 | X | X |
| 59. | C.J. – Dr. Zamora Patient File | ZAM5943 – ZAM6403 | X | X |
| 60. | C.J. – Post Dr. Hashish Patient File | ZAM19716 – ZAM19743 | X | X |
| | | | | |
| 61. | E.P. – Pre Dr. De Dios Patient File | ZAM18848 – ZAM18997 | X | X |
| 62. | E.P. – Pre Dr. Apolinario Patient File | ZAM18799 – ZAM18847 | X | X |
| 63. | E.P. – Dr. Zamora Patient File | ZAM7937 – ZAM8358 | X | X |
| 64. | E.P. – Post Dr. Alvarez Patient File | ZAM17897 – ZAM17926 | X | X |
| | | | | |
| 66. | M.L. – Pre Dr. Diaz Patient File | ZAM17927 – ZAM17937 | X | X |
| 67. | M.L. – Dr. Zamora Patient File | ZAM0001 – ZAM0455 | X | X |
| 68. | M.L. – Post Dr. Toro Patient File | ZAM17807 – ZAM17829 | X | X |
| | | | | |
| 69. | M.P. – Pre Medina Regional Patient File | ZAM18998 – ZAM19123 | X | X |
| 70. | M.P. – Dr.  Zamora Patient File | ZAM8359 – ZAM8453 | X | X |
| 71. | M.P. – Post Dr. Hashish Patient File | ZAM19706 – ZAM19715 | X | X |
| | | | | |
| 72. | G.H. – Pre Dr. Movva Patient File | ZAM18483 – ZAM18653 | X | X |
| 73. | G.H. – Dr. Zamora Patient File | ZAM4552 – ZAM4624 | X | X |
| 74. | G.H. – Post Dr. Mizesko Patient File | ZAM17507 – ZAM17791 | X | X |
| | | | | |
| 75. | K.W. – Pre Dr. Shim Patient File | ZAM19124 – ZAM19164 | X | X |
| 76. | K.W. – Pre Dr. Richardson Patient File | ZAM19165 – ZM19203 | X | X |
| 77. | K.W. – Dr. Zamora Patient File | ZAM8454 – ZAM8582 | X | X |
| 78. | K.W. – Post Dr. Aaroop Haridas Patient File | ZAM21611 – ZAM21740 | X | X |
| 78A. | K.W. – Dr. Aaroop Haridas Patient File | | X | X |
| | | | | |
| 80. | S.C. – Dr. Zamora Patient File | ZAM0456 – ZAM0748 | X | X |
| 81. | S.C. – Post Dr. Christensen Patient File | ZAM17268 – ZAM17274 | X | X |
| | | | | |
| 82. | E.J. – Dr.  Dr. Zamora Patient File | ZAM19979 – ZAM20215 | X | X |
| 83. | E.J. – Post Dr. Garcia Patient File | ZAM20921 – ZAM20929 | X | X |
| | | | | |
| 85. | M.M. – Dr. Zamora Patient File | ZAM20216 – ZAM20337 | X | X |
| | | | | |
| 87. | R.G. – Dr. Zamora Patient File | ZAM20338 – ZAM20678 | X | X |
| 88. | R.G. – Post Dr. Garcia Patient File | ZAM20930 – ZAM20942 | X | X |
| | | | | |
| 90. | S.R. – Dr. Zamora Patient File | ZAM20679 – ZAM20833 | X | X |
| 91. | S.R. – Post Dr. Nunnery Patient File | ZAM20943 – ZAM20962 | X | X |

| | | | | |
|---|---|---|---|---|
| 115. | Aletaha D, Neogi T, Silman AJ, et al.: 2010 Rheumatoid arthritis classification criteria: an American College of Rheumatology/European League Against Rheumatism collaborative initiative. Arthritis Rheum. 62:2569-2581 2010 20872595 | ZAM22110 – ZAM22122 | X | X |
| 116. | Arnett FC, Edworthy SM, Bloch DA, et al.: The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum. 31:315-324 1988 3358796 | ZAM22123 – ZAM22132 | X | X |
| 234. | PowerPoint RE: Principles of Rheumatology with accompanied photos/MRIs/Ultrasound/X Rays | | X | X |
| 235. | Dr. Bruce Freundlich Curriculum Vitae | ZAM22456 – ZAM22468 | X | X |
| 242. | Certifications of lab equipment | ZAM20834 – ZAM20837 | X | X |
| 243. | Certification of MRI/US equipment | ZAM20838 – ZAM20856 ZAM20862 – ZAM20863 | X | X |
| 244. | Certifications of X-Ray equipment | ZAM20867 – ZAM20871 | X | X |
| 252. | A&O HR File for M. Rocha | ZAM21390 – ZAM21469 | X | X |
| 252A. | M. Rocha Resignation Letter | | X | X |
| 253. | A&O HR File for G. Salinas | ZAM21470 – ZAM21560 | X | X |
| 265. | TMB Fair Decision | ZAM22490 – ZAM22496 | X | X |
| 288. | 2014 Calendar | | X | X |
| 296. | 04/21/2006 Email RE: Dr. Dulgheru | | X | X |
| 301. | Dr. Zamora-Quezada Certifications | | X | X |
| 302. | TMB Physicians Status on Dr. Zamora-Quezada | | X | X |
| 303. | Letter of Resignation of R. Lucio | | X | X |
| 305. | 04/29/2015 Employee Action | | X | X |
| 306. | 05/12/2015 Email | | X | X |
| 307. | 06/22/2015 Email | | X | X |
| 308. | 08/12/2015 Email | | X | X |
| 309. | 10/29/2015 Email | | X | X |
| 310. | 10/29/2015 Email | | X | X |
| 311. | 10/30/2015 Email | | X | X |
| 312. | 10/30/2015 Email | | X | X |
| 313. | 06/09/2016 Medicare Appeal | | X | X |
| 314. | 03/04/2016 Medicare Appeal | | X | X |
| 316. | FBI Policy Announcement | | X | X |
| 317. | 09/29/2007 Email | | X | X |
| 318. | 03/25/2008 Email | | X | X |
| 319. | 04/11/2008 Email | | X | X |
| 320. | 02/11/2011 Email | | X | X |
| 321. | 03/22/2011 Email | | X | X |
| 322. | 04/13/2011 Email | | X | X |
| 323. | 05/06/2011 Email | | X | X |
| 324. | 05/06/2011 Email | | X | X |
| 325. | 05/06/2011 Email | | X | X |
| 326. | 05/19/2011 Email | | X | X |

| | | | | |
|---|---|---|---|---|
| 329. | Medicare Claims Processing Manual | | X | X |
| 335. | Superbill | | X | X |
| 336. | Superbill | | X | X |
| 348. | List of Patients and Appropriate Diagnosis | | X | X |
| 349. | M.G. Patient File "Patient History & Physical" | | X | X |
| 351. | Texas Money Exchange Transaction | | X | X |
| 352. | Texas Money Exchange Transaction | | X | X |
| 353. | Texas Money Exchange Transaction | | X | X |
| 354. | Texas Money Exchange Transaction | | X | X |
| 355. | Texas Money Exchange Transaction | | X | X |
| 356. | Texas Money Exchange Transaction | | X | X |
| 357. | Texas Money Exchange Transaction | | X | X |
| 358. | Texas Money Exchange Transaction | | X | X |
| 359. | Texas Money Exchange Transaction | | X | X |
| 360. | Texas Money Exchange Financial Analysis | | X | X |
| 361. | Diagnosis Codes | | X | X |
| 362. | Procedure Codes Used | | X | X |
| 364. | Claims Data Summary Sheets | | X | X |
| 365. | Claims Data Summary Sheets | | X | X |
| 366. | Claims Data Summary Sheets | | X | X |
| 367. | Claims Data Summary Sheets | | X | X |
| 368. | Claims Data Summary Sheets | | X | X |
| 369. | Claims Data Summary Sheets | | X | X |
| 372. | 06/15/2015 Crescendo Bioscience Specimen Process and Handling Agreement | | X | X |
| 372A. | Physician Office Serum Sample Processing Agreement | | X | X |
| 373. | 1.10.14 OIG Letter | | X | X |
| 374. | Center for Arthritis and Osteoporosis Mission Statement | | X | X |
| 375. | Photo of Agents | | X | X |
| 376. | Photo of Agents | | X | X |
| Natera 1 | Employee Corrective Action Form (Uralia Mares) | | X | X |
| Natera 4 | Photo of AR-15 | | X | X |