UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 7:18-cr-00855 |
| | § | |
| JORGE ZAMORA-QUEZADA | § | |
| MEISY ANGELICA ZAMORA | § | |
| ESTELLA SANTOS NATERA | § | |
| FELIX RAMOS | § | |

**DEFENDANTS' DRAFT EXHIBIT LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Jorge Zamora-Quezada, Meisy Angelica Zamora, and Felix

Ramos, and hereby provide this written notice of their draft Exhibit List:

| Exhibit No. | Description of Exhibit | Bate Stamp | Offered | Admitted |
|---|---|---|---|---|
| 1. | A.M. – Dr. Zamora Patient File | ZAM6936 – ZAM7039 | 1/7 ✓ | ✓ (1)(B.F.) |
| 2. | A.M. – Dr. Zamora Patient File | ZAM19799 – ZAM19978 | 1/7 ✓ | ✓ (1)(B.F.) |
| 3. | J.P. – Dr. Zamora Patient File | ZAM7571 – ZAM7936 | 12/20 ✓ 12/6 ✓ | ✓ (26)(J.P.) ✓ (65)(G.S.) |
| 4. | J.P. – Post Dr. Toro Patient File | ZAM17845 – ZAM17896 | 12/20 ✓ | ✓ (26)(J.P.) |
| 5. | J.P. – New Set Post Dr. Toro Patient File | ZAM19682-219610 | 12/20 ✓ | ✓ (26)(J.P.) |
| 6. | F.H. – Pre McAllen Hand Center Patient File | ZAM18469 – ZAM 18482 | 1/7 ✓ | ✓ (B.F.) |
| 7. | F.H. – Dr. Zamora Patient File | ZAM4440 – ZAM4551 | 1/7 ✓ | ✓ (B.F.) |
| 8. | F.H. – Post Dr. Hiram Garcia Patient File | ZAM21590 – ZAM21610 | 1/7 ✓ | ✓ (B.F.) |
| 9. | F.H. – X-Rays | ZAM21581 | | |
| 10. | E.E. – Dr. Zamora Patient File | ZAM2524 – ZAM3085 | 1/7 ✓ | ✓ (B.F.) |
| 11. | E.E. – Post Dr. Garcia Patient File | ZAM17294 – ZAM17365 | 1/7 ✓ | ✓ (B.F.) |
| 12. | E.E. – New Set Post Dr. Garcia Patient File | ZAM19535 – ZAM19614 | 1/7 ✓ | ✓ (B.F.) |
| 13. | M.G. – Dr. Zamora Patient File | ZAM16558 – ZAM17258 | 12/30 ✓ | ✓ (30)(E.N.) |
| 14. | M.G. – Post Dr. Nunnery Patient File | ZAM17435 – ZAM17467 | 12/30 ✓ | ✓ (30)(E.N.) |
| 15. | M.G. – X-Rays | ZAM21580 | | |
| 16. | P.T. – Pre Dr. Arango Patient File | ZAM19204 – ZAM19281 | 1/7 ✓ | ✓ (B.F.) |
| 17. | P.T. – Dr. Zamora Patient File | ZAM11056 – ZAM13850 | 1/9 ✓ | ✓ (B.F.) |
| 18. | P.T. – Ultrasound | ZAM21587 | | |

| | | | | | |
|---|---|---|---|---|---|
| 19. | P.T. – X-Rays | ZAM21588 | | | |
| 20. | I.G. – Dr. Zamora Patient File | ZAM4388 – ZAM4439 | | ✓ | (1)(B.F.) |
| 21. | I.G. – Post Dr. Dulgheru Patient File | ZAM17472 - ZAM17506 | | ✓ | (1)(B.F.) |
| 22. | M.C. – Dr. Zamora Patient File | ZAM0749 – ZAM2259 | 12/30 ✓ | ✓ | (30)(E.N.) |
| 23. | M.C. – Post Dr. Nunnery Patient File | ZAM17275 – ZAM17293 | 12/30 ✓ | ✓ | (30)(E.N.) |
| 24. | M.C. – X-Rays | ZAM21576 | | | |
| 25. | M.B. – Dr. Zamora Patient File | ZAM8583 – ZAM 11055 | 12/30 ✓ | ✓ | (30)(E.N.) |
| 26. | M.B. – Post Dr. Nunnery Patient File | ZAM17259 – ZAM17267 | 12/30 ✓ | ✓ | (30)(E.N.) |
| 27. | M.B. – Post Dr. E. Garcia Patient File | ZAM19482 - ZAM19509 | 12/30 ✓ | ✓ | (30)(E.N.) |
| 28. | M.B. – New Set Post Dr. Nunnery Patient File | ZAM19510 – ZAM19534 | 12/30 ✓ | ✓ | (30)(E.N.) |
| 29. | M.B. – X-Rays | ZAM21575 | | | |
| 30. | A.D.J. – Dr. Zamora Patient File | ZAM2260 – ZAM2523 | 12/12 ✓✓ | ✓ | (12)(A.D.J.) |
| 31. | A.D.J. – Post Dr. Mata Patient File | ZAM19765 – ZAM19798 | 12/12 ✓ | ✓ | (12)(A.D.J.) |
| 32. | I.M. – Dr. Zamora Patient File | ZAM13851 – ZAM16557 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 33. | I.M. – Post Dr. Toro Patient File | ZAM19655 – ZAM19681 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 34. | E.G. – Pre Dr. Anderson Patient File | ZAM17945 – ZAM18468 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 35. | E.G. – Dr. Zamora Patient File | ZAM4129 – ZAM4387 | 1/7 ✓ | ✓ | (1)(B.d) |
| 36. | E.G. – Post Dr. Toro Patient File | ZAM17468 – ZAM17471 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 37. | C.H. – Dr. Zamora Patient File | ZAM4625 – ZAM5924 | 1/7 ✓ | ✓ | (1)(B.d) |
| 38. | C.H. – Post Dr. Toro Patient File | ZAM 17792 – ZAM17806 | 1/7 ✓ | ✓ | (1)(B.d) |
| 39. | C.H. – Post Dr. Shamim Patient File | ZAM19642 - ZAM19654 | 1/7 ✓ | ✓ | (1)(B.d) |
| 40. | E.G. – Dr. Zamora Patient File | ZAM3404 – ZAM 3971 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 41. | E.G. – Post Dr. Nunnery Patient File | ZAM17380 – ZAM17403 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 42. | E.G. – Post Dr. Toro Patient File | ZAM17404 – ZAM17434 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 43. | E.G. – Post Dr. Nunnery Patient File | ZAM19615 – ZAM19641 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 44. | M.N. – Dr. Zamora Patient File | ZAM7040 – ZAM7570 | 1/7 ✓ | ✓ | (1)(B.) |
| 45. | M.N. – Post Dr. Toro Patient File | ZAM17830 – ZAM17844 | 1/7 ✓ | ✓ | (1)(B.F.) |
| 46. | B.M. – Pre Dr. Avila Patient File | ZAM19399 – ZAM19481 | 1/7 ✓ | ✓ | (1)(B.d) |
| 47. | B.M. – Pre Dr. Aguado Patient File | ZAM18725 – ZAM18798 | 1/7 ✓ | ✓ | (1)(B.d) |
| 48. | B.M. – Dr. Zamora Patient File | ZAM6404 – ZAM6935 | 1/7 ✓ | ✓ | (1)(B.d) |
| 49. | B.M. – Post Dr. Hashish Patient File | ZAM19744 – ZAM19764 | 1/7 ✓ | ✓ | (1)(B.d) |
| 50. | J.F. – Pre Dr. Carter Patient File | ZAM17938 – ZAM17944 | 12/5 ✓ | ✓ | (02)J.F. |
| 51. | J.F. – Dr. Zamora Patient File | ZAM3086 – ZAM3403 | 12/5 ✓ | ✓ | (02)J.F. |
| 52. | J.F. – Post Dr. Garcia Patient File | ZAM17366 – ZAM17379 | 12/5 ✓ | ✓ | (02)J.F. |

| | | | | |
|---|---|---|---|---|
| 53. | J.F. – Ultrasound | ZAM21577 | | ✓ (1)(B.H |
| 54. | J.F. – X-Rays | ZAM21578 | | |
| | | | | |
| 55. | J.H. – Pre Dr. Pisharodi Patient File | ZAM18654 – ZAM18724 12/19 ✓ | ✓ (21)(J.H.) | |
| 56. | J.H. – Dr. Zamora Patient File | ZAM3972 – ZAM4128 12/19 ✓ | ✓ (21)(J.H.) | |
| 57. | J.H. – Post Dr. Shamim Patient File | ZAM19691 – ZAM19705 12/19 ✓ | ✓ (21)(J.H.) | |
| | | | | |
| 58. | C.J. – Pre Dr. Grusbeck Patient File | ZAM19282 - ZAM19398 12/19 ✓ | ✓ (20)(C.J.) | |
| 59. | C.J. – Dr. Zamora Patient File | ZAM5943 – ZAM6403 12/19 ✓ | ✓ (20)(C.J.) | |
| 60. | C.J. – Post Dr. Hashish Patient File | ZAM19716 – ZAM19743 12/19 ✓ | ✓ (20)(C.J.) | |
| 60A. | | marked 12/19 ✓ | (20)(C.J.) | |
| 61. | E.P. – Pre Dr. De Dios Patient File | ZAM18848 – ZAM18997 12/5 ✓ | ✓ (01) E.G | |
| 62. | E.P. – Pre Dr. Apolinario Patient File | ZAM18799 – ZAM18847 12/5 ✓ | ✓ (01) E.G. | |
| 63. | E.P. – Dr. Zamora Patient File | ZAM7937 – ZAM8358 12/5 ✓ | ✓ (01) E.G. | |
| 64. | E.P. – Post Dr. Alvarez Patient File | ZAM17897 – ZAM17926 12/5 ✓ | ✓ (01) E.G. | |
| 65. | E.P. – X-Rays | ZAM21585 | | |
| | | | | |
| 66. | M.L. – Pre Dr. Diaz Patient File | ZAM17927 – ZAM17937 1/2 ✓ | ✓ (32)(B.T) | |
| 67. | M.L. – Dr. Zamora Patient File | ZAM0001 – ZAM0455 1/2 ✓ | ✓ (32)(B.T.) | |
| 68. | M.L. – Post Dr. Toro Patient File | ZAM17807 – ZAM17829 1/2 ✓ | ✓ (32)(B.T.) | |
| | | | | |
| 69. | M.P. – Pre Medina Regional Patient File | ZAM18998 – ZAM19123 12/20 ✓ | ✓ (24)(M.P.) | |
| 70. | M.P. – Dr. Zamora Patient File | ZAM8359 – ZAM8453 12/20 ✓ | ✓ (24)(M.P.) | |
| 71. | M.P. – Post Dr. Hashish Patient File | ZAM19706 – ZAM19715 1/2 ✓ | ✓ (1)(B.F.) | |
| | | | | |
| 72. | G.H. – Pre Dr. Movva Patient File | ZAM18483 – ZAM18653 12/5 ✓ | ✓ (08)(G.H.) | |
| 73. | G.H. – Dr. Zamora Patient File | ZAM4552 – ZAM4624 12/5 ✓ | ✓ (08)(G.H.) | |
| 74. | G.H. – Post Dr. Mizesko Patient File | ZAM17507 – ZAM17791 12/5 ✓ | ✓ (08)(G.H.) | |
| | | | | |
| 75. | K.W. – Pre Dr. Shim Patient File | ZAM19124 – ZAM19164 12/18 ✓ | ✓ (9)(A.H.) | |
| 76. | K.W. – Pre Dr. Richardson Patient File | ZAM19165 – ZM19203 12/18 ✓ | ✓ (19)(A.H.) | |
| 77. | K.W. – Dr. Zamora Patient File | ZAM8454 – ZAM8582 12/18 ✓ | ✓ (19)(A.H.) | |
| 78. | K.W. – Post Dr. Aaroop Haridas Patient File | ZAM21611 – ZAM21740 12/18 ✓ | ✓ (19)(A.H.) | |
| 79. | K.W. – X-Rays | ZAM21589 | | |
| 78A. | UAMS records | 12/18 ✓ | ✓ (19)(A.H.) | |
| 80. | S.C. – Dr. Zamora Patient File | ZAM0456 – ZAM0748 12/16 ✓ | ✓ (14)(S.C.) | |
| 81. | S.C. – Post Dr. Christensen Patient File | ZAM17268 – ZAM17274 12/16 ✓ | ✓ (14)(S.C.) | |
| | | | | |
| 82. | E.J. – Dr. Dr. Zamora Patient File | ZAM19979 – ZAM20215 12/19 ✓ | ✓ (22)(E.J.) | |
| 83. | E.J. – Post Dr. Garcia Patient File | ZAM20921 – ZAM20929 12/19 ✓ | ✓ (22)(E.J.) | |
| 84. | E.J. – X-Rays | ZAM21582 | | |
| | | | | |
| 85. | M.M. – Dr. Zamora Patient File | ZAM20216 – ZAM20337 1/2 ✓ | ✓ (1)(B.F. | |
| 86. | M.M. – X-Rays | ZAM21583 | | |

| | | | | | |
|---|---|---|---|---|---|
| 87. | R.G. – Dr. Zamora Patient File | ZAM20338 – ZAM20678 | | | (1)(B.) |
| 88. | R.G. – Post Dr. Garcia Patient File | ZAM20930 – ZAM20942 | | | (1)(B.F.) |
| 89. | R.G. – X-Rays | ZAM21579 | | | |
| | | | | | |
| 90. | S.R. – Dr. Zamora Patient File | ZAM20679 – ZAM20833 | | | (15)(S.R.) |
| 91. | S.R. – Post Dr. Nunnery Patient File | ZAM20943 – ZAM20962 | | | (15)(S.R.) |
| 92. | S.R. – X-Rays | ZAM21586 | | | |
| | | | | | |
| 93. | Rheumatoid Arthritis. Rev. May 2004. Bethesda, Md: U.S. Dept. of Health and Human Services, National Institutes of Health, National Institute of Arthritis and Musculoskeletal and Skin Diseases, 2004. | | | | |
| 94. | Goronzy, J. J., and Weyand, Cornelia M. Rheumatoid Arthritis. Basel [Switzerland] ;: Karger, 2001. | | | | |
| 95. | St. Clair, E. William., Pisetsky, David S., and Haynes, Barton F. Rheumatoid Arthritis Philadelphia: Lippincott Williams & Wilkins, 2004. | | | | |
| 96. | Newman, S. P. . Understanding Rheumatoid Arthritis. London ;: Routledge, 1996. | | | | |
| 97. | Paget, Stephen A., Lockshin, Michael, and Loebl, Suzanne. The Hospital for Special Surgery Rheumatoid Arthritis Handbook. New York, NY: J. Wiley & Sons, 2002. | | | | |
| 98. | Tak, Paul-Peter. New Therapeutic Targets in Rheumatoid Arthritis. Basel: Birkhèauser, 2009. | | | | |
| 99. | Bouysset, Maurice, Tournâe, Yves., and Tillmann, Karl. Foot and Ankle in Rheumatoid Arthritis. Paris ;: Springer, 2006. | | | | |
| 100. | Miller, John Johnston. Juvenile Rheumatoid Arthritis Littleton, Mass: PSG Pub. Co., 1979. | | | | |
| 101. | Emery, Paul. Atlas of Rheumatoid Arthritis. Tarporley: Springer Healthcare Ltd., 2015. | | | | |
| 102. | Weisman, Michael H. Rheumatoid Arthritis. Cary: Oxford University Press, Incorporated, 2011. | | | | |
| 103. | Firestein, Gary S., Harris, Edward D., Ruddy, Shaun., and Kelley, William N. Kelley's Textbook of Rheumatology 7th ed. Philadelphia, Pa: Elsevier/Saunders, 2005. | | | | |
| 104. | Boulware, Dennis W., and Heudebert, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Gustavo R. Lippincott's Primary Care Rheumatology Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins, 2012. | | | | |
| 105. | Klippel, John H. Primer on the Rheumatic Diseases 13th ed. New York, NY: Springer, 2008. | ZAM21755 – ZAM21825 | *Dem 1/7 ✓* | | *✓(1)(B.F.)* |
| 106. | Columbus, Frank H. Arthritis Research : Treatment and Management New York: Nova Science Publishers, Inc., 2005. | | | | |
| 107. | Watts, Richard. Oxford Desk Reference : Rheumatology Oxford ;: Oxford University Press, 2009. | | | | |
| 108. | Rheumatology, 2-Volume Set 6th Edition Editors: Marc Hochberg Alan Silman Josef Smolen Michael Weinblatt Michael Weisman | ZAM22508 | *Dem 1/7 ✓* | | *✓(1)(B.F.)* |
| 109. | Current Diagnosis & Treatment in Rheumatology, Third Edition (LANGE CURRENT Series) 3rd Edition by John B. Imboden (Author), David B. Hellmann (Author), John H. Stone (Author) | ZAM21826 – ZAM21902 | *Dem 1/7 ✓* | | *✓(1)(O.F.)* |
| 110. | Rheumatology Secrets 3rd Edition by Sterling West MD MACP FACR (Author) | | | | |
| 111. | ABC of Rheumatology (ABC Series) 5th Edition by Ade Adebajo (Editor), Lisa Dunkley (Editor) | ZAM21903 – ZAM22091 | | | |
| 112. | Kelley and Firestein's Textbook of Rheumatology, 2-Volume Set (Kelleys Textbbok of Rheumatology) 10th Edition by Gary S. Firestein MD (Author), Ralph C. Budd MD (Author), Sherine E Gabriel MD MSc (Author), Iain B McInnes PhD FRCP FRSE FMedSci (Author), James R O'Dell MD (Author) | | | | |
| 113. | Imaging in Rheumatology: A Clinical Approach First Edition by Adam Greenspan M.D. FACR (Author), M. Eric Gershwin MD (Author) | | | | |
| 114. | Arthritis and Allied conditions 10th Edition Daniel J. McCarty (Author) | ZAM22092 – ZAM22109 | *Dem 1/7 ✓* | | *✓(1)(B.F.)* |
| 115. | Aletaha D, Neogi T, Silman AJ, et al.: 2010 Rheumatoid arthritis classification criteria: an American College of Rheumatology/European League Against Rheumatism collaborative initiative. Arthritis Rheum. 62:2569-2581 2010 20872595 | ZAM22110 – ZAM22122 | *✓* *Dem 1/7 ✓* | | *(13)(A.C* *✓(1)(B.F.)* |

| 116. | Arnett FC, Edworthy SM, Bloch DA, et al.: The American Rheumatism Association 1987 revised criteria for the classification of rheumatoid arthritis. Arthritis Rheum. 31:315-324 1988 3358796 | ZAM22123 – ZAM22132 | ✓ Demo 1/7 ✓ | (13)(A) (1)(B.F. |
|------|------|------|------|------|
| 117. | MacGregor AJ: Classification criteria for rheumatoid arthritis. Baillieres Clin Rheumatol. 9:287-304 1995 7656341 | | | |
| 118. | Nielen MM, van der Horst AR, van Schaardenburg D, et al.: Antibodies to citrullinated human fibrinogen (ACF) have diagnostic and prognostic value in early arthritis. Ann Rheum Dis. 64:1199-1204 2005 15640269 | | | |
| 119. | Schellekens GA, Visser H, de Jong BA, et al.: The diagnostic properties of rheumatoid arthritis antibodies recognizing a cyclic citrullinated peptide. Arthritis Rheum. 43:155-163 2000 10643712 | | | |
| 120. | Makinen H, Kautiainen H, Hannonen P, et al.: Sustained remission and reduced radiographic progression with combination disease modifying antirheumatic drugs in early rheumatoid arthritis. J Rheumatol. 34:316-321 2007 17183623 | ZAM22133 – ZAM22139 | | |
| 121. | Munro R, Hampson R, McEntegart A, et al.: Improved functional outcome in patients with early rheumatoid arthritis treated with intramuscular gold: results of a five year prospective study. Ann Rheum Dis. 57:88-93 1998 9613337 | | | |
| 122. | Puolakka K, Kautiainen H, Mottonen T, et al.: Impact of initial aggressive drug treatment with a combination of disease-modifying antirheumatic drugs on the development of work disability in early rheumatoid arthritis: a five-year randomized followup trial. Arthritis Rheum. 50:55-62 2004 14730599 | | | |
| 123. | Britsemmer K, Ursum J, Gerritsen M, van Tuyl LH, van Schaardenburg D: Validation of the 2010 ACR/EULAR classification criteria for rheumatoid arthritis: slight improvement over the 1987 ACR criteria. Ann Rheum Dis. 70:1468-1470 2011 21586440 | | | |

| 124. | van der Linden MP, Knevel R, Huizinga TW, van der Helm-van Mil AH: Classification of rheumatoid arthritis: comparison of the 1987 American College of Rheumatology criteria and the 2010 American College of Rheumatology/European League Against Rheumatism criteria. Arthritis Rheum. 63:37-42 2011 20967854 | ZAM22140 – ZAM22145 | | |
|------|------|------|------|------|
| 125. | Uhlig T, Heiberg T, Mowinckel P, Kvien TK: Rheumatoid arthritis is milder in the new millennium: health status in patients with rheumatoid arthritis 1994-2004. Ann Rheum Dis. 67:1710-1715 2008 18218667 | | | |
| 126. | Alamanos Y, Voulgari PV, Drosos AA: Incidence and prevalence of rheumatoid arthritis, based on the 1987 American College of Rheumatology criteria: a systematic review. Semin Arthritis Rheum. 36:182-188 2006 17045630 | | | |
| 127. | Crowson CS, Matteson EL, Myasoedova E, et al.: The lifetime risk of adult-onset rheumatoid arthritis and other inflammatory autoimmune rheumatic diseases. Arthritis Rheum. 63:633-639 2011 21360492 | ZAM22146 – ZAM22152  *Dem 1/2 ✓* | *✓ (1)(B.F.)* | |
| 128. | Myasoedova E, Crowson CS, Kremers HM, Therneau TM, Gabriel SE: Is the incidence of rheumatoid arthritis rising? Results from Olmsted County, Minnesota, 1955-2007. Arthritis Rheum. 62:1576-1582 2010 20191579 | ZAM22153 – ZAM22159  *Dem 1/2 ✓* | *✓ (1)(B.F.)* | |
| 129. | Pedersen JK, Svendsen AJ, Horslev-Petersen K: Prevalence of rheumatoid arthritis in the southern part of Denmark. Open Rheumatol J. 5:91-97 2007 | | | |
| 130. | Jacobsson LT, Hanson RL, Knowler WC, et al.: Decreasing incidence and prevalence of rheumatoid arthritis in Pima Indians over a twenty-five-year period. Arthritis Rheum. 37:1158-1165 1994 8053953 | | | |
| 131. | Doran MF, Pond GR, Crowson CS, O'Fallon WM, Gabriel SE: Trends in incidence and mortality in rheumatoid arthritis in Rochester, Minnesota, over a forty-year period. Arthritis Rheum. 46:625-631 2002 11920397 | | | |

| 132. | Silman A, Davies P, Currey HL, Evans SJ: Is rheumatoid arthritis becoming less severe?. J Chronic Dis. 36:891-897 1983 6655034 | | | |
| 133. | Enzer I, Dunn G, Jacobsson L, et al.: An epidemiologic study of trends in prevalence of rheumatoid factor seropositivity in Pima Indians: evidence of a decline due to both secular and birth-cohort influences. Arthritis Rheum. 46:1729-1734 2002 12124855 | | | |
| 134. | Lahiri M, Morgan C, Symmons DP, Bruce IN: Modifiable risk factors for RA: prevention, better than cure?. Rheumatology (Oxford). 51:499-512 2012 22120459 | | | |
| 135. | Sugiyama D, Nishimura K, Tamaki K, et al.: Impact of smoking as a risk factor for developing rheumatoid arthritis: a meta-analysis of observational studies. Ann Rheum Dis. 69:70-81 2010 19174392 | | | |
| 136. | Heliovaara M, Aho K, Aromaa A, Knekt P, Reunanen A: Smoking and risk of rheumatoid arthritis. J Rheumatol. 20:1830-1835 1993 8308766 | | | |
| 137. | Hutchinson D, Moots R: Cigarette smoking and severity of rheumatoid arthritis. Rheumatology (Oxford). 40:1426-1427 2001 11752525 | | | |
| 138. | Pedersen M, Jacobsen S, Klarlund M, et al.: Environmental risk factors differ between rheumatoid arthritis with and without auto-antibodies against cyclic citrullinated peptides. Arthritis Res Ther. 8:R133 2006 16872514 | | | |
| 139. | Costenbader KH, Feskanich D, Mandl LA, Karlson EW: Smoking intensity, duration, and cessation, and the risk of rheumatoid arthritis in women. Am J Med. 119:503.e1-503.e9 2006 | | | |
| 140. | Stolt P, Bengtsson C, Nordmark B, et al.: Quantification of the influence of cigarette smoking on rheumatoid arthritis: results from a population based case-control study, using incident cases. Ann Rheum Dis. 62:835-841 2003 12922955 | | | |
| 141. | Mikuls TR, Sayles H, Yu F, et al.: Associations of cigarette smoking with rheumatoid arthritis in African Americans. | | | |

| | | | | |
|---|---|---|---|---|
| | Arthritis Rheum. 62:3560-3568 2010 20722010 | | | |
| 142. | Kallberg H, Padyukov L, Plenge RM, et al.: Gene-gene and gene-environment interactions involving HLA-DRB1, PTPN22, and smoking in two subsets of rheumatoid arthritis. Am J Hum Genet. 80:867-875 2007 17436241 | | | |
| 143. | Klareskog L, Stolt P, Lundberg K, et al.: A new model for an etiology of rheumatoid arthritis: smoking may trigger HLA-DR (shared epitope)-restricted immune reactions to autoantigens modified by citrullination. Arthritis Rheum. 54:38-46 2006 16385494 | | | |
| 144. | Karlson EW, Chang SC, Cui J, et al.: Gene-environment interaction between HLA-DRB1 shared epitope and heavy cigarette smoking in predicting incident rheumatoid arthritis. Ann Rheum Dis. 69:54-60 2010 19151010 | | | |
| 145. | Kallberg H, Ding B, Padyukov L, et al.: Smoking is a major preventable risk factor for rheumatoid arthritis: estimations of risks after various exposures to cigarette smoke. Ann Rheum Dis. 70:508-511 2011 21149499 | | | |
| 146. | Karlson EW, Deane K: Environmental and gene-environment interactions and risk of rheumatoid arthritis. Rheum Dis Clin North Am. 38:405-426 2012 22819092 | | | |
| 147. | Criswell LA, Saag KG, Mikuls TR, et al.: Smoking interacts with genetic risk factors in the development of rheumatoid arthritis among older Caucasian women. Ann Rheum Dis. 65:1163-1167 2006 16887863 | | | |
| 148. | Keenan BT, Chibnik LB, Cui J, et al.: Effect of interactions of glutathione S-transferase T1, M1, and P1 and HMOX1 gene promoter polymorphisms with heavy smoking on the risk of rheumatoid arthritis. Arthritis Rheum. 62:3196-3210 2010 20597111 | | | |
| 149. | Mikuls TR, Levan T, Gould KA, et al.: Impact of interactions of cigarette smoking with NAT2 polymorphisms on rheumatoid arthritis risk in African Americans. Arthritis Rheum. 64:655-664 2012 21989592 | | | |
| 150. | Kallberg H, Jacobsen S, Bengtsson C, et al.: | | | |

| | | | | |
|---|---|---|---|---|
| | Alcohol consumption is associated with decreased risk of rheumatoid arthritis: results from two Scandinavian case-control studies. Ann Rheum Dis. 68:222-227 2009 18535114 | | | |
| 151. | Mikuls TR, Cerhan JR, Criswell LA, et al.: Coffee, tea, and caffeine consumption and risk of rheumatoid arthritis: results from the Iowa Women's Health Study. Arthritis Rheum. 46:83-91 2002 11817612 | | | |
| 152. | Karlson EW, Mandl LA, Aweh GN, Grodstein F: Coffee consumption and risk of rheumatoid arthritis. Arthritis Rheum. 48:3055-3060 2003 14613266 | | | |
| 153. | Symmons DP, Bankhead CR, Harrison BJ, et al.: Blood transfusion, smoking, and obesity as risk factors for the development of rheumatoid arthritis: results from a primary care-based incident case-control study in Norfolk, England. Arthritis Rheum. 40:1955-1961 1997 9365083 | | | |
| 154. | Voigt LF, Koepsell TD, Nelson JL, Dugowson CE, Daling JR: Smoking, obesity, alcohol consumption, and the risk of rheumatoid arthritis. Epidemiology. 5:525-532 1994 7986867 | | | |
| 155. | Cerhan JR, Saag KG, Criswell LA, Merlino LA, Mikuls TR: Blood transfusion, alcohol use, and anthropometric risk factors for rheumatoid arthritis in older women. J Rheumatol. 29:246-254 2002 11838841 | | | |
| 156. | Rodriguez LA, Tolosa LB, Ruigomez A, Johansson S, Wallander MA: Rheumatoid arthritis in UK primary care: incidence and prior morbidity. Scand J Rheumatol. 38:173-177 2009 19117247 | | | |
| 157. | Wesley A, Bengtsson C, Elkan AC, et al.: Association between body mass index and anti-citrullinated protein antibody-positive and anti-citrullinated protein antibody-negative rheumatoid arthritis: results from a population-based case-control study. Arthritis Care Res (Hoboken). 65:107-112 2013 22674870 | | | |
| 158. | Pedersen M, Stripp C, Klarlund M, et al.: Diet and risk of rheumatoid arthritis in a prospective cohort. J Rheumatol. 32:1249- | | | |

| | | | | |
|---|---|---|---|---|
| | 1252 2005 15996059 | | | |
| 159. | Pattison DJ, Symmons DP, Lunt M, Welch A, et al.: Dietary risk factors for the development of inflammatory polyarthritis: evidence for a role of high level of red meat consumption. Arthritis Rheum. 50:3804-3812 2004 15593211 | | | |
| 160. | Benito-Garcia E, Feskanich D, Hu FB, Mandl LA, Karlson EW: Protein, iron, and meat consumption and risk for rheumatoid arthritis: a prospective cohort study. Arthritis Res Ther. 9:R16 2007 17288585 | | | |
| 161. | Mathieu C, Van Etten E, Gysemans C, et al.: In vitro and in vivo analysis of the immune system of vitamin D receptor knockout mice. J Bone Miner Res. 16:2057-2065 2001 11697802 | | | |
| 162. | Merlino LA, Curtis J, Mikuls TR, et al.: Vitamin D intake is inversely associated with rheumatoid arthritis: results from the Iowa Women's Health Study. Arthritis Rheum. 50:72-77 2004 14730601 | | | |
| 163. | Costenbader KH, Feskanich D, Holmes M, Karlson EW, Benito-Garcia E: Vitamin D intake and risks of systemic lupus erythematosus and rheumatoid arthritis in women. Ann Rheum Dis. 67:530-535 2008 17666449 | | | |
| 164. | Nielen MM, van Schaardenburg D, Lems WF, et al.: Vitamin D deficiency does not increase the risk of rheumatoid arthritis: comment on the article by Merlino et al. Arthritis Rheum. 54:3719-3720 2006 17075887 | | | |
| 165. | Symmons D, Turner G, Webb R, et al.: The prevalence of rheumatoid arthritis in the United Kingdom: new estimates for a new century. Rheumatology (Oxford). 41:793-800 2002 12096230 | | | |
| 166. | Costenbader KH, Kang JH, Karlson EW: Antioxidant intake and risks of rheumatoid arthritis and systemic lupus erythematosus in women. Am J Epidemiol. 172:205-216 2010 20534819 | | | |
| 167. | Hakala M, Pollanen R, Nieminen P: The ARA 1987 revised criteria select patients | | | |

| | | | | |
|---|---|---|---|---|
| | with clinical rheumatoid arthritis from a population based cohort of subjects with chronic rheumatic diseases registered for drug reimbursement. J Rheumatol. 20:1674-1678 1993 8295178 | | | |
| 168. | McCarey DW, McInnes IB, Madhok R, et al.: Trial of atorvastatin in rheumatoid arthritis (TARA): double-blind, randomised placebo-controlled trial. Lancet. 363:2015-2021 2004 15207950 | | | |
| 169. | Ridker PM, Danielson E, Fonseca FA, et al.: Reduction in C-reactive protein and LDL cholesterol and cardiovascular event rates after initiation of rosuvastatin: a prospective study of the JUPITER trial. Lancet. 373:1175-1182 2009 19329177 | | | |
| 170. | Chodick G, Amital H, Shalem Y, et al.: Persistence with statins and onset of rheumatoid arthritis: a population-based cohort study. PLoS Med. 7:e1000336 2010 20838658 | | | |
| 171. | Jick SS, Choi H, Li L, McInnes IB, Sattar N: Hyperlipidaemia, statin use and the risk of developing rheumatoid arthritis. Ann Rheum Dis. 68:546-551 2009 18662929 | | | |
| 172. | Silman A, Bankhead C, Rowlingson B, et al.: Do new cases of rheumatoid arthritis cluster in time or in space?. Int J Epidemiol. 26:628-634 1997 9222789 | | | |
| 173. | Kouri T, Petersen J, Rhodes G, et al.: Antibodies to synthetic peptides from Epstein-Barr nuclear antigen-1 in sera of patients with early rheumatoid arthritis and in preillness sera. J Rheumatol. 17:1442-1449 1990 2177109 | | | |
| 174. | Goldstein BL, Chibnik LB, Karlson EW, Costenbader KH: Epstein-Barr virus serologic abnormalities and risk of rheumatoid arthritis among women. Autoimmunity. 45:161-168 2012 22011088 | | | |
| 175. | Hajeer AH, MacGregor AJ, Rigby AS, et al.: Influence of previous exposure to human parvovirus B19 infection in explaining susceptibility to rheumatoid arthritis: an analysis of disease discordant twin pairs. Ann Rheum Dis. 53:137-139 1994 8129459 | | | |

| | | | |
|---|---|---|---|
| 176. | Walker DJ, Griffiths ID, Madeley D: Autoantibodies and antibodies to microorganisms in rheumatoid arthritis: comparison of histocompatible siblings. J Rheumatol. 14:426-428 1987 3625625 | | |
| 177. | Bengtsson C, Nordmark B, Klareskog L, Lundberg I, Alfredsson L: Socioeconomic status and the risk of developing rheumatoid arthritis: results from the Swedish EIRA study. Ann Rheum Dis. 64:1588-1594 2005 15843455 | | |
| 178. | Pedersen M, Jacobsen S, Klarlund M, Frisch M: Socioeconomic status and risk of rheumatoid arthritis: a Danish case-control study. J Rheumatol. 33:1069-1074 2006 16622905 | | |
| 179. | Stolt P, Kallberg H, Lundberg I, et al.: Silica exposure is associated with increased risk of developing rheumatoid arthritis: results from the Swedish EIRA study. Ann Rheum Dis. 64:582-586 2005 15319232 | | |
| 180. | Sverdrup B, Kallberg H, Bengtsson C, et al.: Association between occupational exposure to mineral oil and rheumatoid arthritis: results from the Swedish EIRA case-control study. Arthritis Res Ther. 7:R1296-R1303 2005 16277683 | | |
| 181. | Bankhead C, Silman A, Barrett B, Scott D, Symmons D: Incidence of rheumatoid arthritis is not related to indicators of socioeconomic deprivation. J Rheumatol. 23:2039-2042 1996 8970038 | | |
| 182. | Parks CG, D'Aloisio AA, Deroo LA, et al.: Childhood socioeconomic factors and perinatal characteristics influence development of rheumatoid arthritis in adulthood. Ann Rheum Dis. 2012 | | |
| 183. | Beighton P, Solomon L, Valkenburg HA: Rheumatoid arthritis in a rural South African Negro population. Ann Rheum Dis. 34:136-141 1975 1137440 | | |
| 184. | Solomon L, Beighton P, Valkenburg HA, Robin G: Proceedings: rheumatoid arthritis in the South African Negro. Ann Rheum Dis. 34:463-464 1975 1221928 | | |
| 185. | Chou CT, Pei L, Chang DM, et al.: | | |

| | | | | |
|---|---|---|---|---|
| | Prevalence of rheumatic diseases in Taiwan: a population study of urban, suburban, rural differences. J Rheumatol. 21:302-306 1994 8182641 | | | |
| 186. | Costenbader KH, Chang SC, Laden F, Puett R, Karlson EW: Geographic variation in rheumatoid arthritis incidence among women in the United States. Arch Intern Med. 168:1664-1670 2008 18695080 | | | |
| 187. | Vieira VM, Hart JE, Webster TF, et al.: Association between residences in U.S. northern latitudes and rheumatoid arthritis: a spatial analysis of the Nurses' Health Study. Environ Health Perspect. 118:957-961 2010 20338859 | | | |
| 188. | Hart JE, Laden F, Puett RC, Costenbader KC, Karlson EW: Exposure to traffic pollution and increased risk of rheumatoid arthritis. Environ Health Perspect. 117:1065-1069 2009 19654914 | | | |
| 189. | Hernandez Avila M, Liang MH, Willett WC, et al.: Reproductive factors, smoking, and the risk for rheumatoid arthritis. Epidemiology. 1:285-291 1990 2083305 | | | |
| 190. | Heliovaara M, Aho K, Reunanen A, Knekt P, Aromaa A: Parity and risk of rheumatoid arthritis in Finnish women. Br J Rheumatol. 34:625-628 1995 7670780 | | | |
| 191. | Hazes JM, van Zeben D: Oral contraception and its possible protection against rheumatoid arthritis. Ann Rheum Dis. 50:72-74 1991 1998393 | | | |
| 192. | Silman AJ: Parity status and the development of rheumatoid arthritis. Am J Reprod Immunol. 28:228-230 1992 1285886 | | | |
| 193. | Guthrie KA, Dugowson CE, Voigt LF, Koepsell TD, Nelson JL: Does pregnancy provide vaccine-like protection against rheumatoid arthritis?. Arthritis Rheum. 62:1842-1848 2010 20309863 | | | |
| 194. | Karlson EW, Mandl LA, Hankinson SE, Grodstein F: Do breast-feeding and other reproductive factors influence future risk of rheumatoid arthritis? Results from the Nurses' Health Study. Arthritis Rheum. 50:3458-3467 2004 15529351 | | | |

| | | | | |
|---|---|---|---|---|
| 195. | Pikwer M, Bergström U, Nilsson JA, et al.: Breast feeding, but not oral contraceptives, is associated with a reduced risk of rheumatoid arthritis. Ann Rheum Dis. 68:526-530 2009 18477739 | | | |
| 196. | Brennan P, Silman A: Breast-feeding and the onset of rheumatoid arthritis. Arthritis Rheum. 37:808-813 1994 8003052 | | | |
| 197. | Pikwer M, Bergstrom U, Nilsson JA, Jacobsson L, Turesson C: Early menopause is an independent predictor of rheumatoid arthritis. Ann Rheum Dis. 71:378-381 2012 21972241 | | | |
| 198. | Masi AT, Chatterton RT, Aldag JC: Perturbations of Hypothalamic-pituitary-gonadal axis and adrenal androgen functions in rheumatoid arthritis: an odyssey of hormonal relationships to the disease. Ann N Y Acad Sci. 876:53-62 1999 10415593 | ZAM22160 – ZAM22170 *Dem ½ ✓* | ✓ *(1)(B.F.)* | |
| 199. | Karlson EW, Chibnik LB, McGrath M, et al.: A prospective study of androgen levels, hormone-related genes and risk of rheumatoid arthritis. Arthritis Res Ther. 11:R97 2009 19555469 | | | |
| 200. | Hernandez-Avila M, Liang MH, Willett WC, et al.: Oral contraceptives, replacement oestrogens and the risk of rheumatoid arthritis. Br J Rheumatol. 28 (Suppl 1):31 1989 2819344 | | | |
| 201. | Spector TD, Hochberg MC: The protective effect of the oral contraceptive pill on rheumatoid arthritis: an overview of the analytic epidemiological studies using meta-analysis. J Clin Epidemiol. 43:1221-1230 1990 2147033 | | | |
| 202. | Doran MF, Crowson CS, O'Fallon WM, Gabriel SE: The effect of oral contraceptives and estrogen replacement therapy on the risk of rheumatoid arthritis: a population based study. J Rheumatol. 31:207-213 2004 14760786 | | | |
| 203. | Jacobsson LT, Jacobsson ME, Askling J, Knowler WC: Perinatal characteristics and risk of rheumatoid arthritis. BMJ. 326:1068-1069 2003 12750209 | | | |
| 204. | Mandl LA, Costenbader KH, Simard J, | | | |

| | | | |
|---|---|---|---|
| | Karlson EW: Is birthweight associated with risk of rheumatoid arthritis? Data from a large prospective Cohort Study. Ann Rheum Dis. 68:514-518 2009 18593757 | | | |
| 205. | Wahle M, Krause A, Pierer M, Hantzschel H, Baerwald CG: Immunopathogenesis of rheumatic diseases in the context of neuroendocrine interactions. Ann N Y Acad Sci. 966:355-364 2002 12114292 | ZAM22171 – ZAM22180 | | |
| 206. | Phillips DI, Barker DJ, Fall CH, et al.: Elevated plasma cortisol concentrations: a link between low birth weight and the insulin resistance syndrome?. J Clin Endocrinol Metab. 83:757-760 1998 9506721 | | | |
| 207. | Savolainen E, Kaipiainen-Seppanen O, Kroger L, Luosujarvi R: Total incidence and distribution of inflammatory joint diseases in a defined population: results from the Kuopio 2000 arthritis survey. J Rheumatol. 30:2460-2468 2003 14677193 | ZAM22181 – ZAM22190 | | |
| 208. | Chan KW, Felson DT, Yood RA, Walker AM: Incidence of rheumatoid arthritis in central Massachusetts. Arthritis Rheum. 36:1691-1696 1993 8250988 | ZAM22191 – ZAM22196 | | |
| 209. | Kaipiainen-Seppänen O, Kautiainen H: Declining trend in the incidence of rheumatoid factor-positive rheumatoid arthritis in Finland 1980-2000. J Rheumatol. 33:2132-2138 2006 17014003 | | | |
| 210. | Riise T, Jacobsen BK, Gran JT: Incidence and prevalence of rheumatoid arthritis in the county of Troms, northern Norway. J Rheumatol. 27:1386-1389 2000 10852258 | | | |
| 211. | Uhlig T, Kvien TK, Glennas A, et al.: The incidence and severity of rheumatoid arthritis, results from a county register in Oslo, Norway. J Rheumatol. 25:1078-1084 1998 9632067 | ZAM22205 – ZAM22212 | | |
| 212. | Drosos AA, Alamanos I, Voulgari PV, et al.: Epidemiology of adult rheumatoid arthritis in northwest Greece 1987-95. J Rheumatol. 24:2129-2133 1997 9375871 | | | |
| 213. | Symmons DP, Barrett EM, Bankhead CR, et al.: The incidence of rheumatoid arthritis in the United Kingdom: results from the Norfolk Arthritis Register. Br J Rheumatol. | ZAM22213 – ZAM22218   *Dem ½* ✓ | | *(1)(B.F.)* ✓ |

| | | | | |
|---|---|---|---|---|
| | 33:735-739 1994 8055200 | | | |
| 214. | Soderlin MK, Borjesson O, Kautiainen H, et al.: Annual incidence of inflammatory joint diseases in a population based study in southern Sweden. Ann Rheum Dis. 61:911-915 2002 12228162 | ZAM22219 – ZAM22223 | | |
| 215. | Guillemin F, Briancon S, Klein JM, et al.: Low incidence of rheumatoid arthritis in France. Scand J Rheumatol. 23:264-268 1994 7973481 | | | |
| 216. | Rheum Dis Clin North Am. 2010 May;36(2):213-41. doi: 0.1016/j.rdc.2010.02.001.Preclinical rheumatoid arthritis: identification, evaluation, and future directions for investigation. Deane KD1, Norris JM, Holers VM. | ZAM22224 – ZAM22252 | *Dem 1/7* ✓ | ✓ (1)(B.F.) |
| 217. | Ann Rheum Dis. 2012 May;71(5):638-41. doi: 10.1136/annrheumdis-2011-200990. Epub 2012 Mar 2. EULAR recommendations for terminology and research in individuals at risk of rheumatoid arthritis: report from the Study Group for Risk Factors for Rheumatoid Arthritis. Gerlag DM1, Raza K, van Baarsen LG, Brouwer E, Buckley CD, Burmester GR, Gabay C, Catrina AI, Cope AP, Cornelis F, Dahlqvist SR, Emery P, Eyre S, Finckh A, Gay S, Hazes JM, van der Helm-van Mil A, Huizinga TW, Klareskog L, Kvien TK, Lewis C, Machold KP, Rönnelid J, van Schaardenburg D, Schett G, Smolen JS, Thomas S, Worthington J, Tak PP. | ZAM22253 – ZAM22256 | *Dem 1/7* ✓ | ✓ (1)(B.F.) |
| 218. | Ann Rheum Dis. 2011 May;70(5):772-7. doi: 10.1136/ard.2010.139527. Epub 2010 Dec 21. Different stages of rheumatoid arthritis: features of the synovium in the preclinical phase. van de Sande MG1, de Hair MJ, van der Leij C, Klarenbeek PL, Bos WH, Smith MD, Maas M, de Vries N, van Schaardenburg D, Dijkmans BA, Gerlag DM, Tak PP. | ZAM22257 – ZAM22262 | *Dem 1/7* ✓ | ✓ (1)(B.F.) |
| 219. | J Rheumatol. 1991 Sep;18(9):1282-4. Rheumatoid factors antedating clinical rheumatoid arthritis. Aho K1, Heliövaara M, Maatela J, Tuomi T, Palosuo T. | ZAM22263 – ZAM22266 | *Dem 1/7* ✓ | ✓ (1)(B.F.) |

| | | | | | |
|---|---|---|---|---|---|
| 220. | Arthritis Rheum. 2012 Jun;64(6):1720-9. doi: 10.1002/art.34449. Epub 2012 Feb 21. Familial clustering of the serum cytokine profile in the relatives of rheumatoid arthritis patients. El-Gabalawy HS1, Robinson DB, Smolik I, Hart D, Elias B, Wong K, Peschken CA, Hitchon CA, Li X, Bernstein CN, Newkirk MM, Fritzler MJ | ZAM22267 – ZAM22276 | Dem 1/7 ✓ | ✓ | ✓ (1) (B.F.) |
| 221. | Aletaha D, Smolen JS. Diagnosis and Management of Rheumatoid Arthritis: A Review. JAMA. 2018;320(13):1360–1372. doi:10.1001/jama.2018.13103 | ZAM22277 – ZAM22289 | Dem 1/7 ✓ | | ✓ (1)(B.F.) |
| 222. | Pisetsky DS, St.Clair EW. Progress in the Treatment of Rheumatoid Arthritis. JAMA. 2001;286(22):2787–2790. doi:10.1001/jama.286.22.2787 | ZAM22290 – ZAM22293 | Dem 1/7 ✓ | | ✓ (1)(B.F. |
| 223. | Hashkes PJ, Laxer RM. Medical Treatment of Juvenile Idiopathic Arthritis. JAMA. 2005;294(13):1671–1684. doi:10.1001/jama.294.13.1671 | ZAM22294 – ZAM22307 | | | |
| 224. | Smolen, Josef S, Aletaha, Daniel, and Mcinnes, Iain B. "Rheumatoid Arthritis." The Lancet 388, no. 10055 (October 22, 2016): 2023–2038. | ZAM22308 – ZAM22323 | Dem 1/7 ✓ | | ✓ (1)(B.F.) |
| 225. | Scott, David L, Wolfe, Frederick, and Huizinga, Tom Wj. "Rheumatoid Arthritis." The Lancet 376, no. 9746 (September 25, 2010): 1094–1108. | ZAM22324 – ZAM22338 | | | |
| 226. | Diahann T S L Jansen, Paul Emery, Josef S Smolen, Rene Westhovens, Manuela Le Bars, Sean E Connolly, June Ye, René E M Toes, Tom W J Huizinga "Conversion to seronegative status after abatacept treatment in patients with early and poor prognostic rheumatoid arthritis is associated with better radiographic outcomes and sustained remission: post hoc analysis of the AGREE study" | ZAM22339 – ZAM22348 | Dem 1/7 ✓ | ✓ | ✓ (1)(B.F.) |
| 227. | EULAR recommendations for the management of rheumatoid arthritis with synthetic and biological disease-modifying antirheumatic drugs: 2016 update. | ZAM22349 – ZAM22366 | Dem 1/7 ✓ | | ✓ (1)(B.F.) |
| 228. | Long-term disease and patient-reported outcomes of a continuous treat-to-target approach in patients with early rheumatoid arthritis in daily clinical practice. | ZAM22367 – ZAM22375 | Dem 1/7 ✓ | | ✓ (1)(B.F.) |

| # | Description | Bates | | | |
|---|---|---|---|---|---|
| 229. | Cabrera-Villalba, Sonia and Sanmarti, Raimon "Palindromic rheumatism: a reappraisal" | | | | |
| 230. | Nagy, Gyorfy and Van Vollenhoven, Ronald F. "Sustained biologic-free and drug-free remission in rheumatoid arthritis, where are we now?" | ZAM22376 – ZAM22382 | Dem 1/7 ✓ | ✓ | ✓(1)(B.F.) |
| 231. | Ajeganova, Sofia and Huizinga, Tom "Sustained remission in rheumatoid arthritis: latest evidence and clinical considerations" | ZAM22383 – ZAM22396 | Dem 1/7 ✓ | ✓ | ✓(1)(B.F. |
| 232. | Katz, W.A. (1988). Diagnosis and management of rheumatic diseases. Philadelphia: Lippincott | ZAM22397 – ZAM22399 | Dem 1/7 ✓ | ✓ | ✓(1)(B.F.) |
| 233. | Cush, J. J., Kavanaugh, A., & Stein, C. M. (2005). Rheumatology: diagnosis and therapeutics. Philadephia: Lippincott Williams & Wilkins. | ZAM22400 – ZAM22421 | Dem 1/7 ✓ | ✓ | ✓(1)(B.F.) |
| 234. | PowerPoint RE: Principles of Rheumatology with accompanied photos/MRIs/Ultrasound/X Rays | ZAM22422 – ZAM22455 | 1/7 ✓ | ✓ | ✓(1)(B.F. |
| 235. | Dr. Bruce Freundlich CV | ZAM22456 – ZAM22468 | 1/7 ✓ | ✓ | ✓(1)(B.F) |
| 236. | Dr. Sergio Garcia CV | ZAM22469 – ZAM22473 | | | |
| 237. | Mariela Ruiz CV | ZAM22474 – ZAM22476 | | | |
| 238. | Certifications of Dr. Bricia Toro | ZAM20912 – ZAM20920 | | | |
| 239. | Certifications of Dr. Fulgencio Salinas | ZAM20908 – ZAM20911 | | | |
| 240. | Certifications of Dr. Jorge Zamora-Quezada | ZAM20872 – ZAM20896 | | | |
| 241. | Certifications of Lillian Williams, PA | ZAM20897 – ZAM20907 | | | |
| 242. | Certifications of lab equipment | ZAM20834 – ZAM20837 | 1/10 ✓ | ✓ | ✓ (10)(H.l |
| 243. | Certifications of MRI/US equipment | ZAM20838 – ZAM20856 ZAM20862 – ZAM20863 | 1/10 ✓ | ✓ | ✓ (10)(H.l |
| 244. | Certifications of X-Ray equipment | ZAM20867 – ZAM20871 | 1/10 ✓ | ✓ | ✓ (10)(H.l |
| 245. | A&O HR File for E. Bares | ZAM20963 – ZAM21007 | | | |
| 246. | A&O HR File for C. De Luna | ZAM21008 – ZAM21059 | | | |
| 247. | A&O HR File for E. Jimenez | ZAM21060 – ZAM21092 | | | |
| 248. | A&O HR File for J. Llanes | ZAM21093 – ZAM21100 | | | |
| 249. | A&O HR File for C. Martinez | ZAM21101 – ZAM21184 | | | |
| 250. | A&O HR File for R. Moreno | ZAM21185 – ZAM21216 | | | |
| 251. | A&O HR File for T. Moreno | ZAM21217 – ZAM21389 | | | |
| 252. | A&O HR File for M. Rocha | ZAM21390 – ZAM21469 | | | |
| 253. | A&O HR File for G. Salinas | ZAM21470 – ZAM21560 | 12/6 ✓ | ✓(05)G.S. | |
| 254. | A&O HR File for P. Sanchez | ZAM21561 – ZAM21567 | | | |
| 255. | A&O HR File for J. Sartorio | ZAM21568 – ZAM21573 | | | |
| 256. | A&O HR File for R. Lucio | ZAM21741 – ZAM21754 | | | |
| 257. | Ads RE: Methotrexate | ZAM22477 | | | |
| 258. | Ads RE: Ad Novel Treatments for RA | ZAM22478 | | | |

| No. | Description | Bates / Status | | | |
|---|---|---|---|---|---|
| 259. | Ads RE: Humira | ZAM22479 | | | |
| 260. | Ads RE: RA and DMARDs | ZAM22480 | | | |
| 261. | Ads RE: Xeljanz XR | ZAM22481 | | | |
| 262. | Ads RE: Enbrel | ZAM22482 | | | |
| 263. | Report to FBI re computer hacking | ZAM22483 – ZAM22487 | | | |
| 264. | FBI media re: Dr. Zamora | ZAM22488 – ZAM22489 | | | |
| 265. | TMB Fair Decision *Objection* | ZAM22490 – ZAM22496 ✓/10 ✓ | | ✓ (10)(H.R.) | |
| 266. | TMB Decisions | ZAM22497 – ZAM22502 | | | |
| 267. | CPT code (ICD 9 & 10) | ZAM22503 | | | |
| 268. | PowerPoint RE: Vectra DA | ZAM22504 – ZAM22505 | | | |
| 269. | Video of Vectra – Assessing Rheumatoid Arthritis | ZAM22506 | | | |
| 270. | Cassidy, J. T., Petty, R. E., Laxer, R. M., & Lindsley, C. B. (2010). Textbook of Pediatric Rheumatology E-Book. Saunders | ZAM22507 Textbook available for Inspection *Dem* ✓/? ✓ | | C1) (P.F.) | |
| 271. | Final Decree of Divorce | ZAM22509 – ZAM22523 | | | |
| 272. | Binder collecting information about appeals of denials | | | | |
| 273. | Summary Charts of Claims Data | | | | |
| 274. | Summary Charts of Patient Files | | | | |
| 275. | EMED documentation re: Bankruptcy | Under Subpoena Duces Tecum | | | |
| 276. | NextGen Documentation re: patient records | Under Subpoena Duces Tecum | | | |
| 277. | Texas Medical Board documentation RE: Dr. Jorge Zamora Quezada | Under Subpoena Duces Tecum | | | |
| 278. | Demonstrative Aids | | | | |
| 279. | Schematic of A & O Clinic | | | | |
| 280. | Video of Patient Visit at A & O Clinic | | | | |
| 281. | Photos of Warehouse | | | | |
| 282. | Photos of examples of arthritis | | | | |
| 283. | Any documents produced by opposing party during the course of discovery that are not objected to. | | | | |
| 284. | Any documents identified in the Government's exhibit list that are not objected to. | | | | |
| 285. | Any and all documents retrieved from any government witness being called to testify | | | | |
| 286. | Any and all information used or relied upon by experts called by the Government | | | | |
| 287. | 2016 Calendar | Marked ✓ 12/9 | | (06)(T.C.) | |
| 288. | 2014 Calendar | Marked ✓ 12/9 | ✓ | ✓ (06)(T.C.) | |
| 289. | Map of AOC Practice Structure | ✓ 12/10 | ✓ | ✓ (07)(T.M.) | |
| 290. | Email | ✓ 12/10 | ✓ | ✓ (07)(J.M.) | |
| 291. | Email | ✓ 12/10 | ✓ | ✓ (07)(J.M.) | |
| 292. | Email | ✓ 12/10 | ✓ | ✓ (07)(J.M.) | |
| 293. | Sketch *Demon* | ✓ 12/10 | ✓ | ✓ (07)(J.M.) | |
| 294. | Email | Marked | | | |
| 295. | Post it Sheet | ✓ 12/11 | ✓ | ✓ (08)(G.H.) | |

| No. | Description | | | | |
|---|---|---|---|---|---|
| 296. | Letter | Marked 12/12 | ✓ | ✓ | (11)(E.D.) |
| 297. | | Marked 12/12 | ✓ | | (10)(E.D.) |
| 298. | | Marked 12/17 | ✓ | | (10)(E.D.) |
| 299. | Letter ~~not admitted~~ | Marked 12/12 | ✓ | ✓ | (11)(E.D.) |
| 300. | Document | Marked 12/12 | | | (12)(A.D.J.) |
| 301. | | Marked 12/16 | ✓ | ✓ | (13)(A.C.) |
| 302. | Texas Medical Board Profile | Marked 12/17 | ✓ | ✓ | (16)(S.I.) |
| 303. | Letter | Marked 12/20 | ✓ | ✓ | (28)(R.L.) |
| 304. | Transcript | Marked 12/26 | | | (28)(R.L.) |
| 305. | Email | Marked 12/26 | ✓ | ✓ | (28)(R.L.) |
| 306. | Email | Marked 12/26 | ✓ | ✓ | (29)(R.L.) |
| 307. | Email | Marked 12/26 | ✓ | ✓ | (28)(R.L.) |
| 308. | Email | Marked 12/26 | ✓ | ✓ | (29)(R.L.) |
| 309. | Email | Marked 12/26 | ✓ | ✓ | (28)(R.L.) |
| 310. | Email | Marked 12/26 | ✓ | ✓ | (28)(R.L.) |
| 311. | Email | Marked 12/26 | ✓ | ✓ | (28)(R.L.) |
| 312. | Email | Marked 12/26 | ✓ | ✓ | (28)(R.L.) |
| 313. | | Marked 12/27 | ✓ | ✓ | (29)(C.M.) |
| 314. | | Marked 12/27 | ✓ | ✓ | (30)(C.M.) |
| 315. | Affidavit (my case) | Marked 12/31 | | | (31)(J.W.) |
| 316. | Objection Marked | 12/31 | ✓ | ✓ | (31)(J.W.) |
| 317. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 318. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 319. | Email | Marked 12/31 | ✓ | ✓ | (30)(J.W.) |
| 320. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 321. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 322. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 323. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 324. | Email | Marked 12/31 | ✓ | ✓ | (30)(J.W.) |
| 325. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 326. | Email | Marked 12/31 | ✓ | ✓ | (31)(J.W.) |
| 327. | Report | Marked 1/2 | | | (31)(J.W.) |
| 328. | Report | Marked 1/2 | | | (31)(J.W.) |
| 329. | Index (medicare/medicaid) | Marked 1/2 | ✓ | ✓ | (32)(B.T.) |
| 330. | Poster | Marked 1/2 | | | |
| 331. | Poster | Marked 1/2 | | | |
| 332. | Poster | Marked 1/2 | | | |
| 333. | Poster | Marked 1/2 | | | |
| 334. | | Marked 1/2 | | | (32)(B.T.) |
| 335. | | Marked 1/3 | ✓ | ✓ | (33)(P.C.) |
| 336. | | Marked 1/3 | ✓ | ✓ | (33)(P.C.) |
| Natera D1 - Form | | Marked 12/20 | ✓ | ✓ | (23)(V.M.) |
| D2 - | | Marked | | | (31)(J.W.) |
| D3 - | | Marked 1/2 | | | (31)(J.W.) |
| D4 - | | Marked 1/2 | ✓ | ✓ | (31)(J.W.) |

| No. | Description | Status | Date | | |
|---|---|---|---|---|---|
| 337. | | Marked | 1/3 | · | (35)(P.S.) |
| 338. | Chart (Dem.) | Marked | 1/6 | ✓ | ✓ (36)(M.R.) |
| 339. | | marked | 1/6 | | (36)(M.R.) |
| 340. | | marked | 1/6 | | (36)(M.R.) |
| 341. | | marked | 1/6 | | (36)(M.R.) |
| 342. | | marked | 1/6 | | (36)(M.R.) |
| 343. | | marked | 1/6 | | (36)(M.R.) |
| 344. | | marked | 1/6 | | (36)(M.R.) |
| 345. | Notebook | Marked | 1/7 | ✓ | ✓ (1)(B.F.) |
| 346. | | marked | 1/7 | ✓ | ✓ (1)(B.F.) |
| 347. | | Marked | 1/7 | ✓ | ✓ (1)(B.F.) |
| 348. | Chart | Marked | 1/7 | ✓ | ✓ (1)(B.F.) |
| 349. | M.G. File | Marked | 1/7 | ✓ | ✓ (3)(M.G.) |
| 350. | M.G. File | Unmarked | 1/9 | ✓ | ✓ (8)(M.G.) |
| 351. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 352. | Form | marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 353. | Form | marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 354. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 355. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 356. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 357. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 358. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 359. | Form | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 360. | Objection | Marked | 1/9 | ✓ | ✓ (9)(M.R.) |
| 361. | Diagnosis Codes | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 362. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 363. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 364. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 365. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 366. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 367. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 368. | | Marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 369. | | marked | 1/10 | ✓ | ✓ (11)(S.G.) |
| 370 | USB Drive | Marked | 1/10 | ✓ | ✓ (10)(S.G.) |
| 371. | USB Drive | Marked | 1/10 | ✓ | ✓ (10)(H.R.) |
| 372 | | Objection/marked | 1/10 | ✓ | ✓ (10)(H.R.) |
| 372A. | | Objection/marked | 1/10 | ✓ | ✓ (10)(H.R.) |
| 373. | | Objection/marked | 1/10 | ✓ | ✓ (10)(H.R.) |
| 374 | Photo | marked | 1/10 | ✓ | ✓ (10)(H.R.) |

Withdrawn
Exhibits

| | | | | | |
|---|---|---|---|---|---|
| 375. | Photo | Marked | 1/10 | ✓ | ✓ (10)(H.R.) |
| 376 | Photo | Marked | 1/10 | ✓ | ✓ (10)(H.R.) |
| 377 | | Dem Marked | 1/10 | ✓ | ✓ (10)(H.R.) |