UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-0855 |
| | ) | |
| JORGE ZAMORA-QUEZADA, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through undersigned counsel, hereby submits this Agreed Motion for Protective Order, and respectfully states as follows:

The Federal Bureau of Investigation ("FBI") is legally mandated to identify victims of federal crimes that it investigates. The FBI received numerous calls from individuals who believed that they or their loved ones may have been affected by the alleged crimes of Defendant Jorge Zamora-Quezada. The FBI maintained a spreadsheet ("Victim Spreadsheet") documenting such contact which was the subject of an August 29, 2019 Protective Order of this Court. (*See* Dkt. 412).

FBI Victim Specialist Veronica Bernal, whom the Government intends to call as a witness at the October 26, 2020 loss hearing in this case, took handwritten notes in connection with some conversations with victims ("Victim Notes") before transferring that information to the Victim Spreadsheet. Like the Victim Spreadsheet, the Victim Notes contain confidential and highly sensitive information. The United States has proposed terms of a protective order and acknowledgement governing the Government's production of the Victim Notes mirroring the terms of the protective order governing the Victim Spreadsheet.

The undersigned and counsel for Defendant Jorge Zamora-Quezada conferred, and counsel for Defendant Jorge Zamora-Quezada stated that he does not oppose the terms of the protective

order and acknowledgement.

The proposed order and acknowledgement are submitted herewith in the form of a proposed order.

The United States respectfully requests that the Court enter the proposed order governing the Government's production of the Victim Notes.

    Respectfully submitted,

    Allan Medina
    Deputy Chief, Health Care Fraud Unit

    s/ Rebecca Yuan
    Adrienne Frazior
    Jacob Foster
    Assistant Chiefs, Health Care Fraud Unit
    Rebecca Yuan
    Emily Gurskis
    Trial Attorneys
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue, N.W.
    Washington, D.C. 20005


    Ryan K. Patrick
    United States Attorney

    s/ Cynthia Villanueva
    Cynthia Villanueva
    Assistant United States Attorney
    U.S. Attorney's Office, SDTX
    1701 W. Highway 83, #600
    McAllen, Texas 78501

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with counsel for Defendant Jorge Zamora-Quezada, who stated that he does not oppose the terms of the protective order and acknowledgement.

> s/ Rebecca Yuan
> Rebecca Yuan
> Trial Attorney
> United States Department of Justice
> Criminal Division, Fraud Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 20005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and/or provided an electronic copy to Defendant's counsel of record.

> s/ Rebecca Yuan
> Rebecca Yuan
> Trial Attorney
> United States Department of Justice
> Criminal Division, Fraud Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 20005