# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                       Case Number: 7:18–cr–00855

Jorge Zamora–Quezada

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  4/28/2022

**TIME:**  10:30 AM

**TYPE OF PROCEEDING:**  Sentencing


Date:   March 30, 2022

                                                                          Nathan Ochsner, Clerk