UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  18-CR-0855 |
| | ) | |
| JORGE ZAMORA-QUEZADA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ADJOURNMENT OF THE SENTENCING HEARING**

The United States of America and Defendant Jorge Zamora-Quezada, by and through undersigned counsel, hereby submit this Joint Motion for Adjournment of the Sentencing Hearing, and respectfully state as follows:

1.      On March 30, 2022, the Court set the Sentencing Hearing in this case for April 28, 2022.

2.      On March 30, 2022, the parties conferred regarding the Sentencing Hearing date and agreed to request a three-week adjournment of the Sentencing Hearing given scheduling conflicts for April 28.

3.      The parties respectfully request that the Court adjourn the Sentencing Hearing to May 18, 19, or 20, 2022.

Respectfully submitted,

MARTINEZ/TIJERINA, PLLC
1201 East Van Buren
Brownsville, Texas 78520
Tel:   956-550-4868
Fax:  956-621-0135

By: *s/ Benigno (Trey) Martinez*
BENIGNO (TREY) MARTINEZ
State Bar No.  00797011
Federal ID No. 23945
E-mail: trey@mbmtlawfirm.com

Benesch, Friedlander, Coplan & Asonoff,
LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Tel: 361-624-6361

By: *s/ Stephen Chahn Lee*
STEPHEN CHAHN LEE
State Bar No. 6331822
Federal ID No. 4002697
E-mail: slee@beneschlaw.com

COUNSEL FOR DEFENDANT
JORGE ZAMORA-QUEZADA

Joseph S. Beemsterboer
Acting Chief
Criminal Division, Fraud Section

By: *s/ Adrienne E. Frazior*
Adrienne E. Frazior, Assistant Chief
Jacob Foster, Assistant Chief
Rebecca Yuan, Acting Assistant Chief
Emily Gurskis, Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005


Jennifer Lowery
United States Attorney

By: *s/ Cynthia Villanueva*
Cynthia Villanueva
Assistant United States Attorney
U.S. Attorney's Office, SDTX
1701 W. Highway 83, #600
McAllen, Texas 78501

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system.

> *s/ Adrienne E. Frazior*
> Adrienne E. Frazior
> Assistant Chief
> United States Department of Justice
> Criminal Division, Fraud Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 20005

2