IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Case No. 7:18-cr-00855 |
| JORGE ZAMORA-QUEZADA | § | |

### ORDER FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. CRIM. P. 17(c)

Counsel for the accused seeks a subpoena duces tecum on behalf of the accused under Rules 17(b) and (c) of the Federal Rules of Criminal Procedure, and a records-custodian affidavit under Rule 902(11) of the Federal Rules of Evidence. Based on the motion, this Court finds good cause to issue the subpoena and order the affidavit.

IT IS THEREFORE ORDERED that Defendant's counsel is authorized to issue the subpoenas detailed below:

Name of person or entity to be subpoenaed:

Blue Cross Blue Shield of Texas
1001 E. Lookout Drive
Richardson, Texas 75082
or any appropriate address to
be determined at the discretion of this entity.

Documents and objects to be produced:

Data showing all Blue Cross Blue Shield claims that (1) were billed to Blue Cross Blue Shield by any provider for any and all of the patients referenced in Exhibit "A", (2) have one or more of diagnosis codes for rheumatoid arthritis as referenced in exhibit "B", and (3) were for dates of service in the time period from 2006 to the Present. Such data

should include the rendering provider, the billing provider, the date of service, the billing code with modifiers, and all diagnosis codes listed on the claim.

Deadline and place for production:

On or before the expiration of 30 days from the date of service, to:

Benigno (Trey) Martinez
Martinez/Tijerina, PLLC
1201 E. Van Buren
Brownsville, Texas 78520

The subpoena shall further direct the custodian of the subpoenaed records to execute an affidavit that complies with Federal Rule of Evidence 902(11). The affidavit may be drafted by counsel for the accused and attached to the subpoena for the records custodian to complete.

So ordered on this 8th day of November, 2022.

_____
Honorable Ricardo Hinojosa
United States District Court Judge