Case 7:18-cr-00855 Document 786 Filed on 11/16/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Case No. 7:18-cr-00855 |
| | § |
| JORGE ZAMORA-QUEZADA | § |

## AGREED PROPOSED ORDER

On this day, came on to be heard Jorge Zamora's Motion to Allow Entry of Electronic Devices at the East Hidalgo Detention Center, and the Court, after duly considering said Motion and the arguments thereon, finds that said Motion should be GRANTED as follows:

- Allow the admittance of a laptop computer in a secure and private location

- Allow the admittance of a USB drive containing HIPAA protected medical records, provided that upon completion of the daily review of those records EHDC or any other facility in which the Dr. Zamora Quezada be housed place any and all materials related to patients in a secure location;

- Allow the admittance of hard cover medical reference books;

- Allow the admittance of notebooks containing case related material during attorney-client visits;

- Allow the admittance of paralegals, Mayra A. Sanchez, Andrea Espinoza and Samantha Garza with the attorneys;

- Allow Dr. Zamora to review the records on the laptop for up to 8 hours a day at a secure and private location so as to protect HIPAA information;

- Allow a 24-hour notice of request for visits to the Warden.

- If there is a data breach, Defense Counsel must notify the Court within five (5) business days of said breach.

SIGNED this **16th** day of **November**, 2022.

Honorable Ricardo Hinojosa
United States District Court Judge

AGREED TO:

/s/ Benigno (Trey) Martinez
Counsel for Jorge Zamora-Quezada


/s/ Cynthia A. Villanueva
Counsel for United States of America