# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                  Case Number: 7:18–cr–00855

Jorge Zamora–Quezada

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 12/12/2022

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Miscellaneous Hearing


Date:   December 6, 2022

Nathan Ochsner, Clerk