United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. 7:18-CR-855 |
| JORGE ZAMORA-QUEZADA | § § § | |

## FINAL ORDER OF FORFEITURE (AIRCRAFT)

The Court has considered the United States' Unopposed Third Motion for Final Order of Forfeiture with respect to a twin-engine jet (the "Aircraft") [Dkt. No. 871]. The Court has decided to GRANT the motion.

On May 21, 2025, the Court signed an Agreed Preliminary Order of Forfeiture (Doc. 831) forfeiting the Aircraft. The United States published notice of the Agreed Preliminary Order of Forfeiture for at least 30 consecutive days, starting on June 13, 2025 (Doc. 839), and the Court takes notice that no third parties have filed a petition concerning the Aircraft. The United States served notice on the record owner, JZACE #1, LLC, on July 7, 2025 (Doc. 838). More than 30 days have passed, and the record owner did not file a petition claiming an interest in the Aircraft.

During the pendency of this case, the Aircraft was stored in McAllen, Texas, by McCreery Aviation Co., Inc. ("McCreery"), and accrued hangar rent is overdue. The United States represents that it and McCreery have settled on an amount due of $32,250.00, to be paid out of the gross sale proceeds when the Aircraft is sold. The United States has also settled the amount due for tax bills on the Aircraft to (a) the City of McAllen Tax Assessor-Collector for $18,500.00, and (b) the Hidalgo County Tax Assessor-Collector for $75,000.00.

The United States attempted to serve VNE Jet, Inc., which had filed a Notice of Lien (Federal Aviation Administration Recording No. SH009333) against the Aircraft in August 2012.

VNE Jet, Inc. has had its corporate status permanently revoked by the Nevada Secretary of State. Pursuant to Nevada Revised Statutes Section 78.750, the United States sent certified mail to the last-listed three officers and directors of the company, but the mailings were returned.   The Court finds that the United States has made reasonable attempts to provide notice to VNE Jet, Inc., that VNE Jet, Inc. has not responded, and that VNE Jet, Inc. should be defaulted.

Upon consideration of the law and the record in this case, the Court has decided as follows:

1.      It is ORDERED that the following Aircraft is forfeited to the United States (numbered as in the Superseding Indictment):

(b)(2)   **Twin–engine jet**, white, orange and black colored, Eclipse Aviation Corp, Model #EA500, Serial Number #000162, displaying Federal Aviation Administration Aircraft Registration Number N224ZQ, and registered to JZACE #1, LLC.

2.      It is ORDERED that the United States has clear title to the Aircraft listed above, subject to the interests of McCreery Aviation Co., Inc., the City of McAllen, and Hidalgo County.

3.      It is ORDERED that the United States may warrant good title to any subsequent purchaser or transferee, in accordance with 21 U.S.C. § 853(n)(7).

4.      It is ORDERED that JZACE #1, LLC, has defaulted and has no legal right, title, or interest in the Aircraft.

5.      It is ORDERED that VNE Jet, Inc. has defaulted and has no legal right, title, or interest in the Aircraft.

6.      It is ORDERED that all persons who could claim any right, title or interest in or to the Aircraft are held in default, with the exception of McCreery Aviation Co., Inc., the City of McAllen, and Hidalgo County.

7.      It is ORDERED that the United States shall pay, out of the proceeds upon sale of the Aircraft, $32,250.00 to McCreery Aviation Co., Inc. in full satisfaction of its interest.

8.      It is ORDERED that the United States shall pay, out of the proceeds upon sale of the Aircraft, $18,500.00 to the City of McAllen Tax Assessor-Collector in full satisfaction of its interest.

9.      It is ORDERED that the United States shall pay, out of the proceeds upon sale of the Aircraft, $75,000.00 to the Taxing Authorities in full satisfaction of its interest.

10.     It is ORDERED that the United States shall dispose of the Aircraft according to law.

THIS IS A FINAL ORDER OF FORFEITURE.

SO ORDERED March 26, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge