United States District Court
Southern District of Texas

**ENTERED**

April 22, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  7:18-CR-0855-S (1) |
| JORGE ZAMORA-QUEZADA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court issues this Order to clarify certain matters as requested by the official Receiver, Coldwell Pacific S de RL de CV d/b/a Coldwell Banker La Costa ("Coldwell Banker La Costa"), which is charged with selling certain properties in Mexico.  The Court appointed the Receiver in an Agreed Order Appointing Receiver that was signed on May 21, 2025, and entered on June 9, 2025 (Docket No. 833), granting Dkt. No. 870.

The three Mexican properties listed below (the "Mexican Properties") are owned by Jorge Crescenciano Zamora Quezada and his wife, Meisy Angelica Silva Zamora (the "Zamoras"):

(a)(14)  **Four Seasons Residence Club Punta Mita Time Share**, Residence Club Villa, #5431, Residence Club Interest Letter "G", Proportional Interest 1/12th, Residence Club Punta Mita, Punta Mita, Nayarit, Mexico.

(a)(15)  **Penthouse Numero E-16-01**, Condominio Shangri-La, Paseo De La Marina 385, Colonia Marina Vallarta, Puerto Vallarta, Jalisco, Mexico.

(a)(16)  **Penthouse Numero C-18-01**, Condominio Shangri-La, Paseo De La Marina 385, Colonia Marina Vallarta, Puerto Vallarta, Jalisco, Mexico.

In conjunction with a settlement in this case, the Defendant (Jorge Zamora Quezada), the Defendant's wife (Meisy Zamora), and the United States agreed that the three Mexican Properties would be sold by the Receiver, that the Zamoras would cooperate with the Receiver to facilitate

the sale of the Mexican Properties, that any fees and expenses would be deducted from the gross sales proceeds, and that the net sales proceeds would be deposited into the Court's Registry so that the U.S. District Clerk could apply the funds against the restitution debt owed by the Defendant.

Upon due consideration, the Court ORDERS as follows:

1.    It is ORDERED that the Receiver shall sell the Mexican Properties on behalf of Jorge Zamora Quezada and his wife, Meisy Zamora.

2.    It is ORDERED that as each Mexican Property sells, the Receiver shall ensure that the proceeds from each sale are first deposited into an escrow account and then used to pay any Mexican taxes, fees, debts and commissions (including those owed to the Receiver) in Mexico.

3.    It is ORDERED that after all proper expenses have been paid for each transaction as per paragraph 2 above, the Receiver shall cause the net sales proceeds from the Mexican Properties to be paid (from the corresponding escrow account for each of the transactions) to the Clerk, U.S. District Court, Southern District of Texas, to be applied towards the restitution order imposed against the Defendant.   The United States shall assist by providing payment instructions to the Receiver.

SO ORDERED April 22, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

2