United States District Court
Southern District of Texas
FILED

AUG 2 1 2026

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
ENTERED
August 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JORGE C. ZAMORA-QUEZADA,** | § | |
| | § | |
| **Movant,** | § | |
| | § | |
| **VS.** | § | **CIVIL NO. 7:26-CV-0302** |
| | § | **CRIM. NO. 7:18-CR-0855-1** |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER AND DIRECTIVE**

Pending is Movant JORGE C. ZAMORA-QUEZADA's *Motion to Vacate, Set Aside, or Correct a Sentence Under 28 U.S.C. § 2255* (Civ. Dkt. Nos. 1, 2; Cr. Dkt. Nos. 875, 876).[1] On July 6, 2026, the Government was ordered to submit a response, which is pending. (Civ. Dkt. No. 3). Thereafter, Movant submitted an *Amended Motion to Vacate*. (Civ. Dkt. No. 5; Cr. Dkt. No. 878). The filing of this amended pleading is consistent with Rule 15(a)(1) of the Federal Rules of Civil Procedure, such that the Government can be expected to address the Amended Motion to Vacate through its response.

Nevertheless, Movant has now filed a *Motion for Leave to File a Second Amended Motion to Vacate* (the "Motion to Amend") (Civ. Dkt. No. 6; Cr. Dkt. No. 879) together with a proposed pleading (Civ. Dkt. No. 6-1), as well as a *Motion for Discovery* (Civ. Dkt. No. 8; Cr. Dkt. No. 881) and a *Motion for Evidentiary Hearing* (Civ. Dkt. No. 9; Cr. Dkt. No. 882).

The Government is hereby ORDERED to respond to the Motion to Amend (Civ. Dkt. No. 6; Cr. Dkt. No. 879), the Motion for Discovery (Civ. Dkt. No. 8; Cr. Dkt. No. 881), and the Motion

[1] Unless otherwise noted, citations to specific pages in the record refer to the pagination of docket entries in the case management/electronic case-file (CM/ECF) system. As used here, "Civ. Dkt." is a citation to Civil Action No. 7:26-CV-0302, and "Cr. Dkt." is a citation to Criminal Action No. 7:18-CR-0855-1.

for Evidentiary Hearing (Civ. Dkt. No. 9; Cr. Dkt. No. 882) together with its response to the live pleadings, that is, the Amended Motion to Vacate (Civ. Dkt. No. 5; Cr. Dkt. No. 878).

***Directive to Clerk of Court***

The Clerk is DIRECTED to serve Movant with a copy of this order by certified mail, return receipt requested.

IT IS SO ORDERED.

DONE at McAllen, Texas this 21st day of August 2026.

J. SCOTT HACKER
United States Magistrate Judge