# EXHIBIT A

# *PURCHASE AGREEMENT*
# CONTRATO DE COMPRAVENTA

Unidad E-PH1601 · Condominio Shangri-Lá · Marina Vallarta, Puerto Vallarta, Jalisco, México

This **PURCHASE AGREEMENT** (hereinafter the "Agreement"), irrevocably transferring title to the ownership rights, is entered into pursuant to the following Declarations and Clauses, between:

El presente **CONTRATO DE COMPRAVENTA** (en lo sucesivo "el Contrato"), traslativo de dominio irrevocable, de los derechos de propiedad se celebra al tenor de las siguientes Declaraciones y Cláusulas, entre:

**On the one hand: JORGE CRESCENCIANO ZAMORA QUEZADA** and **MEISY ANGÉLICA SILVA GONZÁLEZ**, hereinafter collectively referred to as the **SELLERS**; and

**Por una parte: JORGE CRESCENCIANO ZAMORA QUEZADA** y **MEISY ANGÉLICA SILVA GONZÁLEZ**, a quienes en lo sucesivo se denominará conjuntamente como **VENDEDORES**; y

**On the other hand: BRANDON LEE SIMMONS, MICHELLE MARIE SIMMONS** and **BRAXDON LEE SIMMONS**, hereinafter collectively referred to as the **BUYERS**.

**Por otra parte: BRANDON LEE SIMMONS, MICHELLE MARIE SIMMONS** y **BRAXDON LEE SIMMONS**, a quienes en lo sucesivo se denominará conjuntamente como los **COMPRADORES**.

## *DECLARATIONS* | DECLARACIONES

### *I. THE SELLERS DECLARE:*

- To be American natural persons, of legal age, originally from Mexico City. Official identifications (Exhibit 1).
- To be the legitimate owners of the property subject to this Agreement.
- That the PROPERTY subject to this Agreement is private unit number E-PH1601, located at Paseo de la Marina Norte number 385, Shangri-Lá Condominium, Colonia Marina Vallarta, ZIP Code 48335, Puerto Vallarta, Jalisco, Mexico.
- That ownership of the PROPERTY is evidenced by Public Deed number 5,487 dated December 31, 2012, executed before Notary Public number 105, Lic. Luis Cornejo Gómez, of Guadalajara, Jalisco, recorded in the Public Registry of Property under folio 4011885, dated June 17, 2013 (Exhibit 2).
- That the PROPERTY is free of all encumbrances and current in the payment of contributions, taxes and services (Certificate of No Liens, Exhibit 3).

### I. DECLARAN LOS VENDEDORES:

- Ser personas físicas, de nacionalidad estadounidenses, mayores de edad, originarias de la Ciudad de México. Identificaciones oficiales (Anexo 1).
- Ser legítimos propietarios del inmueble objeto del presente Contrato.
- Que el INMUEBLE objeto del presente Contrato es la unidad privativa número E-PH1601, ubicada en Paseo de la Marina Norte número 385, Condominio Shangri-Lá, Colonia Marina Vallarta, C.P. 48335, Puerto Vallarta, Jalisco, México.
- Que la propiedad del INMUEBLE se acredita mediante Escritura Pública número 5,487 de fecha 31 de diciembre de 2012, otorgada ante el Notario Público número 105, Lic. Luis Cornejo Gómez, de Guadalajara, Jalisco, inscrita en el Registro Público de la Propiedad bajo el folio 4011885, de fecha 17 de junio de 2013 (Anexo 2).
- Que el INMUEBLE se encuentra libre de todo gravámen y al corriente en el pago de contribuciones, impuestos y servicios (Certificado de Libertad de Gravámen, Anexo 3).

- That they have the firm interest and intention to enter into this Agreement under the terms and conditions set forth herein.
- That they have the firm intention to transfer the PROPERTY.

- Que tienen el firme interés y voluntad de celebrar el presente Contrato bajo los términos y condiciones que en él se estipulan.
- Que tienen la firme intención de transmitir el INMUEBLE.

## *II. THE BUYERS DECLARE:*

- To be natural persons, originally from the United States of America, of legal age and with full legal capacity to enter into this Agreement.
- That their identification information (full name, date of birth and passport number) is set forth in Exhibit 4.
- That they have the firm interest and intention to enter into this Agreement under the terms and conditions set forth herein.
- That they are aware of the current physical condition of the PROPERTY and accept it in the condition in which it is found.
- That they have the firm intention to acquire the PROPERTY and to pay for it with funds of lawful origin.

## II. DECLARAN LOS COMPRADORES:

- Ser personas físicas, originarias de los Estados Unidos de América, mayores de edad y con plena capacidad legal para celebrar el presente Contrato.
- Que sus datos de identificación (nombre completo, fecha de nacimiento y número de pasaporte) constan en el Anexo 4.
- Que tienen el firme interés y voluntad de celebrar el presente Contrato bajo los términos y condiciones que en él se estipulan.
- Que conocen el estado físico actual del INMUEBLE y lo aceptan en las condiciones en que se encuentra.
- Que tienen la firme intención de adquirir el INMUEBLE y pagarlo con recursos de origen lícito.

**THE PARTIES DECLARE:** that they have the legal capacity to bind themselves under the terms of this instrument, and acknowledge that, under Mexican law, this Agreement constitutes a legally binding document.

**LAS PARTES DECLARAN:** tener la capacidad jurídica para obligarse en los términos del presente instrumento y reconocen que, en términos de la legislación mexicana, el presente Contrato resulta un documento legal vinculante.

## *III. COMMON INTENT:*

The Parties expressly declare their intention to enter into this Agreement, subject to the following:

## III. VOLUNTAD COMÚN:

Las Partes manifiestan expresamente su voluntad de celebrar el presente Contrato, sometiéndose al tenor de las siguientes:

# *CLAUSES* | CLÁUSULAS

## *TITLE I. SUBJECT MATTER, PRICE AND PAYMENT TERMS*
## TÍTULO I. DEL OBJETO, EL PRECIO Y LA FORMA DE PAGO

### CLAUSE ONE. PURPOSE OF THE AGREEMENT

By means of this instrument **THE SELLERS** convey and transfer to **THE BUYERS**, free of any encumbrance; and **THE BUYERS**, for their part, acquire for themselves, free of any encumbrance and in the condition in which it is found, the property identified as Penthouse E 16-01 of the Shangri-La Condominium, located at Paseo de la Marina 385, Colonia Marina Vallarta, city of Puerto Vallarta, Jalisco, Mexico, with the surface area and identification data described in Public Deed number 5,487 dated December 31, 2012, executed before Notary Public number 105, Luis Cornejo Gómez, of Guadalajara, Jalisco; such data being deemed incorporated and fully reproduced herein as if set forth verbatim. This transaction is carried out *Ad Corpus*; therefore, any difference in square meters shall not be subject to adjustment of the sale price under the terms and conditions of this Agreement.

### PRIMERA. OBJETO DEL CONTRATO

Por medio de este instrumento **LOS VENDEDORES** enajenan y transmiten a **LOS COMPRADORES**, libre de cualquier gravámen; y por su parte, **LOS COMPRADORES** adquieren para sí, libre de todo gravámen y en el estado en que se encuentra, el inmueble identificado como Penthouse E 16-01 del Condominio Shangri-La, ubicado en Paseo de la Marina 385, de la Colonia Marina Vallarta, de la ciudad de Puerto Vallarta, Jalisco, México, con la superficie y datos de identificación descritos en la Escritura Pública número 5,487 de fecha 31 de diciembre de 2012, otorgada ante el Notario Público número 105, Lic. Luis Cornejo Gómez, de Guadalajara, Jalisco. Datos que se tienen por integrados y totalmente reproducidos como si a la letra se insertasen. La presente operación se realiza *Ad Corpus*, por lo que cualquier diferencia en los metros cuadrados no será objeto de ajuste en el precio de venta en los términos y condiciones del presente Contrato.

### CLAUSE TWO. FIXED PURCHASE PRICE

**Total Price: $2´240,000.00 USD**

The Parties set as the total, sole and unalterable price for the definitive purchase and sale the amount of **$2´240,000.00 (TWO MILLION, TWO HUNDRED FORTY THOUSAND UNITED STATES DOLLARS 00/100 USD).**

The Parties agree that all payments to **THE SELLERS** shall be made in USD. The public deed shall state the price in Mexican pesos at the exchange rate in force on its date, for tax and registry purposes.

### SEGUNDA. PRECIO FIJO DE COMPRAVENTA

**Precio total: $2´240,000.00 USD**

Las Partes fijan como precio total, único e inamovible para la compraventa definitiva la cantidad de **$2´240,000.00 (DOS MILLONES DOSCIENTOS CUARENTA MIL DÓLARES AMERICANOS 00/100 USD).**

Las Partes acuerdan que todos los pagos a **LOS VENDEDORES** serán en moneda de los Estados Unidos de América. La escritura pública consignará el precio en pesos al tipo de cambio del día de su fecha para efectos fiscales y registrales.

**CLAUSE THREE: DOWN PAYMENT**

**Down Payment:** $100,000.00 USD

Application: upon execution of this Agreement.

Upon execution of this Agreement, **THE BUYERS** deliver to **THE SELLERS** the amount of **$100,000.00 (ONE HUNDRED THOUSAND UNITED STATES DOLLARS 00/100 USD)** as a down payment and as security for the purchase obligation. This amount shall be deposited into an escrow account with the company TLA Escrow within 3 (three) business days following the execution of this instrument and shall be credited in full against the final purchase price established in **Clause Two**.

**TERCERA: PAGO INICIAL**

**Pago inicial:** $100,000.00 USD

Aplicación: a la firma del presente Contrato.

A la firma del presente Contrato, **los COMPRADORES** entregan a **LOS VENDEDORES** la cantidad de **$100,000.00 (CIEN MIL DÓLARES AMERICANOS 00/100 USD)** como pago inicial y garantía de la obligación de compra. Esta cantidad se depositará en una cuenta escrow de la empresa denominada TLA Escrow dentro de los 3 (tres) días hábiles a partir de la firma de este instrumento y se abonará en su totalidad al precio final de la compraventa establecido en la **Cláusula Segunda**.

**CLAUSE FOUR: FINAL PAYMENT AND DISTRIBUTION OF FUNDS**

The remaining final amount that **THE BUYERS** shall pay to **THE SELLERS** is set forth below:

- **Balance payable upon execution of the public deed: $2´140,000.00 USD.**, distributed as follows:
- $100,000.00 usd (one hundred thousand dollars) by electronic transfer directly to the bank account of the seller Meisy Angélica Silva González, as full payment for the furniture currently located in the property.
- Real estate brokerage fees: 6% of the offered price, plus value added tax to Coldwell Pacific, S. de R.L. de C.V.
- Official Receiver fee: 1% plus value added tax to Coldwell Banker La Costa.
- Legal advisory fees: 3% plus value-added tax assigned to the legal advisors, regarding the execution of this instrument, as specified under **THE BUYERS'** professional services agreement.
- $40,500.00 plus value added tax to Coldwell Banker La Costa, as full payment for miscellaneous expenses.
- $10,000.00 usd plus value added tax to rental fee payable to Oscar David Muñoz, rental agent.

Remainder of the sale price: payment by **THE BUYERS** into escrow account with the company TLA Escrow in favor of **THE SELLERS**, or in favor of those to whom, (U.S. District Court, case 7:18-cr-00855, document 833), the Court orders the funds to be deposited at its disposal; such payments to be made by bank wire transfer on the Closing Date.

**CUARTA: PAGO FINAL Y DISTRIBUCIÓN DE FONDOS**

El importe restante final que **LOS COMPRADORES** pagarán a **LOS VENDEDORES** se establece a continuación:

- **Saldo a liquidar a la firma de la escritura pública: $2´140,000.00 USD.** el cual se distribuirá de la siguiente forma:
- $100,000.00 usd (cien mil dólares) mediante transferencia electrónica directa a la cuenta bancaria de la vendedora Meisy Angélica Silva González, como pago total de los muebles que se encuentran actualmente en la propiedad.
- Honorarios de corretaje inmobiliario: 6% del precio ofertado, más el impuesto al valor agregado, el cual se distribuirá a Coldwell Pacific, S. de R.L. de C.V.
- Honorarios de Receptor Oficial: 1% más el impuesto al valor agregado a Coldwell Banker La Costa.
- Honorarios por concepto de asesoría legal: 3% más el impuesto al valor agregado asignado a los asesores legales respecto del perfeccionamiento de este instrumento, señalados bajo contrato de prestación de servicios profesionales de **LOS COMPRADORES**.
- $40,500.00 usd más el impuesto al valor agregado a Coldwell Banker La Costa, como pago de gastos varios.
- $10,000.00 usd más el impuesto al valor agregado, pago de honorarios de arrendamiento a Oscar David Muñoz agente de rentas.

TLA Escrow shall deposit the remaining balance of the purchase price in favor of **THE SELLERS**, so that the net funds are distributed in compliance with the orders issued by the United States District Court (Case No. 7:18-cr-00855, documents 833 and 873). Said payment shall be made by wire transfer payable to the "Clerk, U.S. District Court, Southern District of Texas" on the Closing Date.

TLA Escrow depositará el saldo restante del precio de venta a favor de **LOS VENDEDORES,** para el efecto de que los fondos netos sean distribuidos en cumplimiento de las órdenes dictadas por el Tribunal de Distrito de los Estados Unidos (Caso No. 7:18-cr-00855, documentos 833 y 873). Dicho pago se efectuará mediante transferencia bancaria a nombre del *"Clerk, U.S. District Court, Southern District of Texas"* en la Fecha de Cierre.

**CLAUSE FIVE: NOTARIAL COSTS, DUTIES AND FEES**

The costs, duties and notarial fees arising from the granting of the public purchase deed shall be borne as follows:

- **To be borne by THE BUYERS:** notarial fees, taxes and duties for the acquisition of the property, as well as the costs of establishing the Trust (Fideicomiso).
- **To be borne by THE SELLERS:** the Income Tax (ISR) arising from the transfer, if applicable, as well as any debt, tax, contribution, encumbrance or service pending on the PROPERTY prior to the date of execution of the deed.

**QUINTA. GASTOS, DERECHOS Y HONORARIOS NOTARIALES**

Los gastos, derechos y honorarios notariales que se generen con motivo del otorgamiento de la escritura pública de compraventa serán cubiertos en los siguientes términos:

- **Correrán a cargo de LOS COMPRADORES:** los honorarios notariales, impuestos y derechos por la adquisición del inmueble, así como los gastos de constitución del Fideicomiso.
- **Correrán a cargo de LOS VENDEDORES:** el Impuesto Sobre la Renta (ISR) derivado de la enajenación, si le fuere aplicable, así como cualquier adeudo, impuesto, contribución, gravámen o servicio pendiente sobre el INMUEBLE anterior a la fecha de firma de la escritura.

## TÍTULO II. DE LA FORMALIZACIÓN, POSESIÓN Y ENTREGA

## *TITLE II. CLOSING, POSSESSION AND DELIVERY*

**CLAUSE SIX. CLOSING OF THE PURCHASE AND SALE**

No later than November 15th, 2026, **THE SELLERS** and **THE BUYERS** shall appear before Notary Public Number 1 in the city of Puerto Vallarta, Jalisco, to grant the public purchase deed. At such act, the outstanding balance of the price established in **Clause Two** shall be paid, and distributed as provided in **Clause Four**.

For reasons not attributable to the Parties, the Closing Date may be extended day by day for an additional 14 (fourteen) calendar days.

Since the legal transfer of ownership requires the creation of a **Real Estate Transfer Trust (Fideicomiso Traslativo de Dominio)** (the property being located in the Restricted Zone), both Parties irrevocably undertake to provide the documentation and to comply, in due time and form, with all requirements demanded by the trustee institution **Banco del Bajío, S.A. (BanBajío)**, at its

**SEXTA. FORMALIZACIÓN DE LA COMPRAVENTA**

A más tardar el día 15 de Noviembre de 2026, **los VENDEDORES** y **LOS COMPRADORES** deberán comparecer ante el Notario Público Número 1 en la ciudad de Puerto Vallarta, Jalisco, para otorgar la escritura pública de compraventa. En dicho acto se liquidará el saldo insoluto del precio establecido en la **Cláusula Segunda**, conforme a la distribución prevista en la **Cláusula Cuarta**.

Por causas no imputables a las Partes, la Fecha de Formalización podrá extenderse día por día por 14 (catorce) días naturales adicionales.

Toda vez que para la transmisión legal de la propiedad se requiere la constitución de un **Fideicomiso Traslativo de Dominio** (al encontrarse el inmueble en Zona Restringida), ambas Partes se obligan irrevocablemente a proporcionar la documentación y cumplir en tiempo y forma con la totalidad de los

Puerto Vallarta, Jalisco branch. The refusal, omission or unjustified delay of either Party in complying with such trust requirements shall be deemed a material breach of the obligation to close the purchase and sale, subjecting the breaching Party to payment of the liquidated damages agreed in this instrument.

The unjustified failure of **THE SELLERS** to comply with the obligation to close the purchase and sale within the established term shall subject them to the liquidated damages provided in this instrument.

requisitos exigidos por la institución fiduciaria **Banco del Bajío, S.A. (BanBajío)**, en su sucursal de Puerto Vallarta, Jalisco. La negativa, omisión o retraso injustificado de cualquiera de las Partes para cumplir con dichas exigencias fiduciarias será considerado un incumplimiento grave a la obligación de formalizar la compraventa, sujetando a la parte infractora al pago de las penas convencionales pactadas en este instrumento.

El incumplimiento injustificado de **LOS VENDEDORES** en la obligación de formalizar la compraventa dentro del plazo establecido los sujetará a las penas convencionales previstas en este instrumento.

**CLAUSE SEVEN. SELLERS' OBLIGATIONS PRIOR TO AND/OR ON THE CLOSING DATE**

As applicable, **THE SELLERS** undertake to:

- Settle with their employees before the corresponding labor authorities and provide evidence thereof prior to the Closing Date.
- Transfer title to the Property free of litigation and of accounts payable for services, as well as free of any lien and encumbrance, as evidenced by the non-waivable Certificate of No Liens issued by the Public Registry of Property before the Closing Date.
- Transfer the Property in the same state and conditions in which it was found on the last visit date, May 13, 2026, made by **THE BUYERS**, as well as with the inventory approved by **THE BUYERS**, and with all installations and appliances in proper working order.
- Fully settle and keep current, and provide **THE BUYERS** with evidence of, all contributions, ordinary and extraordinary condominium fees and similar charges.
- Ordinary and extraordinary condominium fees, maintenance, service consumption and property tax shall be prorated on the Closing Date, with **THE SELLERS** being responsible for payment thereof up to such date.
- Provide a no-debt letter issued by the Condominium Administration.
- Both parties shall conduct an inspection visit of the Property within the 3 (three) calendar days prior to the Closing Date to verify the conditions of the Property and that all services, installations and appliances are in working order.
- **THE BUYERS** may deduct from the agreed purchase price any amount paid by them on account of or in satisfaction of claims or demands made against the

**SÉPTIMA. OBLIGACIONES DE LOS VENDEDORES PREVIAS Y/O EN LA FECHA DE FORMALIZACIÓN**

Según aplique, **LOS VENDEDORES** se obligan a:

- Liquidar a sus empleados ante las autoridades laborales correspondientes, debiendo proporcionar dicha constancia previo a la Fecha de Formalización.
- Transmitir el dominio del Inmueble libre de litigios y de cuentas por pagar por servicios, así como libre de toda carga y gravámen, tal y como consta en el Certificado irrenunciable de No Gravámen emitido por el Registro Público de la Propiedad antes de la Fecha de Formalización.
- Realizar la transmisión del Inmueble en el mismo estado y condiciones en que se encontraba en la última fecha de visita, 13 de mayo de 2026, realizada por **LOS COMPRADORES**, así como con el inventario aprobado y con todas las instalaciones y electrodomésticos funcionando correctamente.
- Liquidar totalmente y dejar al día, así como proporcionar a **LOS COMPRADORES** constancia de todas las contribuciones, cuotas ordinarias y extraordinarias de condóminos y similares.
- El pago de las cuotas ordinarias y extraordinarias de condóminos, mantenimiento, consumos por servicios e impuesto predial serán prorrateados en la Fecha de Formalización, correspondiendo a **LOS VENDEDORES** el pago de los mismos hasta dicha fecha.
- Proporcionar una carta de no adeudo emitida por la Administración de Condóminos.
- Ambas partes realizarán una visita de inspección del Inmueble dentro de los 3 (tres) días naturales previos a la Fecha de Formalización para verificar las condiciones del Inmueble y que todos los servicios, instalaciones y electrodomésticos estén funcionando.
- **LOS COMPRADORES** podrán deducir del precio pactado de compra cualquier cantidad que haya sido pagada por ellos a cuenta o en satisfacción de reclamos o demandas hechas en contra del Inmueble, o que pudieran limitar su goce y disfrute, siempre que

Property, or that could limit their use and enjoyment thereof, provided **THE SELLERS** has not done so within 10 (ten) calendar days of receiving notice from **THE BUYERS**.

- **THE SELLERS** shall hold **THE BUYERS** harmless from any contingency or future claims arising from the failure to disclose relevant information, omission or misinformation provided.

**LOS VENDEDORES** no lo haya hecho dentro de los 10 (diez) días naturales de recibir el aviso por parte de **LOS COMPRADORES**.

- **LOS VENDEDORES** deberán liberar a **LOS COMPRADORES** de cualquier eventualidad o reclamos futuros que deriven de la falta de revelar información relevante, omisión o desinformación proporcionada.

### CLAUSE EIGHT. POSSESSION

**THE SELLERS** undertake to deliver to **THE BUYERS** material possession of the property upon execution of this Agreement,; accordingly, as from the possession date, the condominium maintenance fees and any other service of the property shall be borne by **THE BUYERS**.

### OCTAVA. POSESIÓN

**LOS VENDEDORES** se obligan a entregar a **LOS COMPRADORES** la posesión material del inmueble al momento de la firma de este Contrato, por lo que a partir de la fecha de posesión, las cuotas de mantenimiento condominal y cualquier otro servicio del inmueble serán a cargo de **LOS COMPRADORES**.

### CLAUSE NINE. PROPERTY DELIVERY CONDITIONS

**THE BUYERS** declare that they receive the PROPERTY with all of its furniture, contents and **2 (two) parking spaces** belonging to unit E-PH1601, in a condition suitable for the agreed use. A detailed inventory shall be executed for such purpose and shall form part of this Agreement as **Exhibit 5**.

### NOVENA. CONDICIONES DE ENTREGA DEL INMUEBLE

**LOS COMPRADORES** declaran recibir el INMUEBLE con todo su mobiliario, contenidos y **2 (dos) cajones de estacionamiento** pertenecientes a la unidad E-PH1601, en estado apto para el uso convenido. Se suscribirá al efecto un inventario detallado que formará parte del presente Contrato como **Anexo 5**.

## TÍTULO III. DE LAS GARANTÍAS, RESPONSABILIDADES E INCUMPLIMIENTO | *TITLE III. WARRANTIES, LIABILITY AND BREACH*

### CLAUSE TEN. WARRANTY AGAINST EVICTION

**THE SELLERS** declare that the property and/or asset subject to this Agreement is free of any encumbrance, lien, attachment, limitation of ownership or pending proceeding, and undertake to answer to **THE BUYERS** for the warranty against eviction, under the terms and conditions provided by applicable civil law.

### DÉCIMA. DEL SANEAMIENTO PARA EL CASO DE EVICCIÓN

**LOS VENDEDORES** declaran que el inmueble, la propiedad y/o bien objeto del presente Contrato se encuentra libre de todo gravámen, carga, embargo, limitación de dominio o juicio pendiente, y se obligan a responder ante **LOS COMPRADORES** del saneamiento para el caso de evicción, en los términos y condiciones previstos por la legislación civil aplicable.

**CLAUSE ELEVEN. ABSENCE OF DEFECTS OF CONSENT**

Both contracting Parties declare that the agreed purchase price is fair and legitimate,; and that in entering into this Agreement there is no fraud, error, injury (lesión), unjust enrichment or any other defect of consent that could affect its validity.

**DÉCIMA PRIMERA. AUSENCIA DE VICIOS DEL CONSENTIMIENTO**

Ambas Partes contratantes declaran que el monto del precio de compraventa acordado es justo y legítimo, y que en la celebración del presente Contrato no existe dolo, error, lesión, enriquecimiento ilegítimo ni cualquier otro vicio del consentimiento que pudiera afectar su validez.

**CLAUSE TWELVE. LIQUIDATED DAMAGES FOR BREACH**

**a) Breach by THE BUYERS:** Should **THE BUYERS** fail to comply with the obligation to enter into the definitive purchase agreement before a Notary Public, or refuse to do so without justified cause, they shall forfeit in favor of **THE SELLERS** the amount of the Down Payment made pursuant to **Clause Three**, without prejudice to **THE SELLERS'** right to demand specific performance.

In the event of breach by **THE BUYERS**, the escrow agent may retain the amount delivered as Escrow Deposit and distribute it in equal parts: 50% (fifty percent) to **THE SELLERS** and the remaining 50% (fifty percent) to the real estate agency.

**b) Breach by THE SELLERS:** Should **THE SELLERS** fail to comply with the obligation to enter into the definitive purchase agreement before a Notary Public, or refuse to do so without justified cause, they shall be liable for a penalty equal to **10% (ten percent) of the total purchase price** agreed in **Clause Two**.

**DÉCIMA SEGUNDA. PENAS CONVENCIONALES POR INCUMPLIMIENTO**

**a) Incumplimiento de LOS COMPRADORES:** En caso de que **LOS COMPRADORES** incumplan la obligación de celebrar el contrato definitivo de compraventa ante Notario Público, o se nieguen a ello sin causa justificada, perderán en favor de **LOS VENDEDORES** el monto del Anticipo pagado conforme a la **Cláusula Tercera**, sin perjuicio del derecho de **LOS VENDEDORES** a exigir el cumplimiento forzoso.

En caso de incumplimiento por parte de **LOS COMPRADORES**, el agente de depósito podrá retener la cantidad otorgada en Depósito en Garantía y distribuirla en partes iguales: 50% (cincuenta por ciento) a **LOS VENDEDORES** y el 50% (cincuenta por ciento) restante a la agencia inmobiliaria.

**b) Incumplimiento de LOS VENDEDORES:** En caso de que **LOS VENDEDORES** incumplan la obligación de celebrar el contrato definitivo de compraventa ante Notario Público, o se nieguen a ello sin causa justificada, serán responsables de una penalidad equivalente al **10% (diez por ciento) del precio total de la compraventa** pactado en la **Cláusula Segunda**.

**CLAUSE THIRTEEN. FORCE MAJEURE**

The Liquidated Damages shall not be triggered by events of force majeure, meaning those extraordinary natural events, widely known, that could not have been foreseen, avoided or anticipated by the Parties, and that make the sale of the Property impossible. Regulatory, banking or governmental delay or refusal shall be treated in the same manner.

**DÉCIMA TERCERA. FUERZA MAYOR**

La Pena Convencional no será causada por eventos de fuerza mayor, refiriéndose a éstos aquellos eventos extemporáneos de la naturaleza, ampliamente conocidos, que no pudieron ser previstos, evitados o anticipados por las Partes, imposibilitando la venta del Inmueble. El retraso o negativa regulatoria, bancaria o estatal aplica en el mismo caso.

**CLAUSE FOURTEEN. SUCCESSION AND TRANSFER OF OBLIGATIONS**

The death of any of the Parties shall not extinguish the obligations assumed in this instrument:

- Should any of **THE SELLERS** die, the obligation to transfer ownership shall subsist in its entirety, and their estate shall execute the public deed as soon as the corresponding legal representation is appointed.
- Should any of **THE BUYERS** die, the parties expressly agree that the surviving co-contracting parties shall be automatically and by operation of law subrogated into the fraction corresponding to the deceased party. Consequently, the survivors shall consolidate all purchase rights, jointly and severally assuming the unavoidable obligation to pay the outstanding balance and to execute the definitive purchase deed, without the need for a judicial declaration or prior probate proceeding.

Joint and several liability among **THE SELLERS** and among **THE BUYERS** is expressly presumed.

**DÉCIMA CUARTA. SUCESIÓN Y TRANSMISIÓN DE OBLIGACIONES**

El fallecimiento de cualquiera de las Partes no extinguirá las obligaciones asumidas en el presente instrumento:

- En caso de fallecimiento de alguno de **LOS VENDEDORES**, la obligación de transmitir la propiedad subsistirá en su totalidad, debiendo su sucesión formalizar la escritura pública en cuanto se designe la representación legal correspondiente.
- En caso de fallecimiento de alguno de **LOS COMPRADORES**, las partes acuerdan expresamente que los co-contratantes que le sobrevivan se subrogarán de manera automática y de pleno derecho en la fracción correspondiente a la parte fallecida. En consecuencia, los supervivientes consolidarán la totalidad de los derechos de compra, asumiendo solidariamente la obligación ineludible de liquidar el saldo insoluto y formalizar la escritura de compraventa definitiva, sin necesidad de declaración judicial o trámite sucesorio previo.

La solidaridad entre **LOS VENDEDORES** y entre **LOS COMPRADORES** se presume expresa.

## *TITLE IV. GENERAL PROVISIONS* | TÍTULO IV. DISPOSICIONES GENERALES

**CLAUSE FIFTEEN. NOTICES**

Communications between THE PARTIES relating to this Agreement shall be made in writing and shall be deemed valid when addressed to the following contractual domiciles and email contact details:

**DÉCIMA QUINTA. NOTIFICACIONES**

Las comunicaciones entre LAS PARTES relacionadas con el presente Contrato se realizarán por escrito y se tendrán por válidas cuando se dirijan a los siguientes domicilios convencionales y medios de contacto de correo electrónico:

**DOMICILIOS Y CORREOS CONVENCIONALES · CONTRACTUAL DOMICILES AND E-MAILS**

VENDEDORES / SELLERS · **Domicilio / Domicile:** Unidad privativa número E-PH1601, Paseo de la Marina Norte número 385, Condominio Shangri-Lá, Colonia Marina Vallarta, C.P. 48335, Puerto Vallarta, Jalisco, México.

**Correos electrónicos / E-mails:**

meisyaz1@aol.com . brock.squire@cblacosta.com

COMPRADORES / BUYERS · **Domicilio / Domicile:** 34 N Franklin Ave. #687-233, Pinedale, Wyoming 82941, USA.

**Correos electrónicos / E-mails:**

brandon.simmons@triplebaviation.com

· tafune88@gmail.com

· braxsimmons01@gmail.com

· simmons808@gmail.com

propertydefenselaw@proton.me

Electronic communications shall be valid provided they indicate the email address, date and time of sending, and contain the name of the sender. Any change of contact details must be notified to the other party in writing at least 5 (five) business days in advance.

Las comunicaciones electrónicas serán válidas siempre que indiquen la dirección de correo, fecha y hora de envío, y contengan el nombre del remitente. Cualquier cambio de datos de contacto deberá notificarse a la contraparte por escrito con al menos 5 (cinco) días hábiles de anticipación.

**CLAUSE SIXTEEN. <u>OFFICIAL LANGUAGE AND LEGAL PRECEDENCE</u>**

The official, binding and substantive language of this Agreement is **Spanish**. The English version shall be for informational purposes only and without evidentiary value. In any litigation, doubt, omission or controversy arising from the interpretation, performance or enforcement of this instrument, the Spanish version shall be the only valid and applicable version before the competent authorities in Puerto Vallarta, Jalisco.

**DÉCIMA SEXTA. <u>IDIOMA OFICIAL Y PREVALENCIA LEGAL</u>**

El idioma oficial, vinculante y sustantivo del presente Contrato es el **español**. La versión en idioma inglés tendrá carácter meramente informativo y sin valor probatorio. Ante cualquier litigio, duda, omisión o controversia derivada de la interpretación, cumplimiento o ejecución del presente instrumento, la versión en español será la única válida y aplicable ante las autoridades competentes en Puerto Vallarta, Jalisco.

**CLAUSE SEVENTEEN. <u>ENTIRE AGREEMENT AND MODIFICATIONS</u>**

This Agreement contains the express and entire intent of the Parties with respect to its subject matter. Subsequent modifications must be made in writing and signed by all Parties in order to be valid.

The Parties agree to recognize the electronic communications between them, as well as consent granted thereby. This Agreement may be signed in more than one counterpart, and it shall suffice that it be signed and initialed for its validity.

**DÉCIMA SÉPTIMA. <u>INTEGRIDAD DEL CONTRATO Y MODIFICACIONES</u>**

El presente Contrato contiene la voluntad expresa e íntegra de las Partes en cuanto a su objeto. Las modificaciones posteriores deberán constar por escrito y ser firmadas por todas las Partes para tener validez.

Las Partes acuerdan reconocer las comunicaciones electrónicas entre ellas, así como el consentimiento. Este Contrato podrá ser firmado en más de una copia, y bastará con que esté firmado y rubricado para su validez.

**CLAUSE EIGHTEEN. <u>VALIDITY OF ELECTRONIC SIGNATURE</u>**

The Parties agree that, in the event that this Agreement may be executed solely through the electronic signature platform **DocuSign** with Identity Verification. Both Parties acknowledge that the electronic evidence collected by such platform (including, by way of example and without limitation: IP addresses, geolocation, emails, validation of official identification and digital trace) constitutes a reliable and complete method to express their consent, granting it the same evidentiary value as a handwritten signature, in accordance with applicable civil and commercial legislation.

**DÉCIMA OCTAVA. <u>VALIDEZ DE FIRMA ELECTRÓNICA</u>**

Las Partes acuerdan que, en el caso de que el presente Contrato únicamente sea suscrito a través de la plataforma de firma electrónica **DocuSign** con Verificación de Identidad, ambas Partes reconocen que las evidencias electrónicas recabadas por dicha plataforma (incluyendo, de manera enunciativa mas no limitativa: direcciones IP, geolocalización, correos electrónicos, validación de identificación oficial y trazo digital) constituyen un método fiable e íntegro para manifestar su consentimiento, otorgándoles el mismo valor probatorio que a una firma autógrafa, en apego a la legislación civil y mercantil aplicable.

**CLAUSE NINETEEN. JURISDICTION AND VENUE**

For the interpretation, performance and enforcement of this Agreement, the Parties expressly submit to the laws in force in the **State of Jalisco, Mexico**, and to the jurisdiction of the Courts of the Judicial District of **Puerto Vallarta, Jalisco**, expressly waiving any other jurisdiction that may correspond to them by reason of their present or future domiciles.

**DÉCIMA NOVENA. JURISDICCIÓN Y COMPETENCIA**

Para la interpretación, cumplimiento y ejecución del presente Contrato, las Partes se someten expresamente a las leyes vigentes en el **Estado de Jalisco, México**, y a la competencia de los Tribunales del Partido Judicial de **Puerto Vallarta, Jalisco**, renunciando expresamente a cualquier otro fuero que por razón de sus domicilios presentes o futuros pudiera corresponderles.

## FIRMAS Y ACEPTACIÓN | *SIGNATURES AND ACCEPTANCE*

Having read this instrument and the Parties being fully aware of its content and legal scope, they sign it, and the electronic signature certification is attached hereto.

Leído que fue el presente instrumento y enteradas las Partes de su contenido y alcance legal, lo firman y en su caso se adjunta la certificación de firma electrónica.

***SELLERS*** — **VENDEDORES**

JORGE CRESCENCIANO ZAMORA QUEZADA
Fecha de firma / Date of signature__________

MEISY ANGÉLICA SILVA GONZÁLEZ
Fecha de firma / Date of signature__________

***BUYERS*** — **COMPRADORES**

[redacted]

BRANDON LEE SIMMONS
Fecha de firma / Date of signature__________

[redacted]

MICHELLE MARIE SIMMONS
Fecha de firma / Date of signature__________

[redacted]

BRAXDON LEE SIMMONS
Fecha de firma / Date of signature__________

# ANEXOS | *EXHIBITS*

| | |
|---|---|
| The following documents are attached to and form an integral part of this Agreement. Each Exhibit is incorporated herein by reference and must be initialed by the Parties. | Los documentos que a continuación se relacionan se adjuntan y forman parte integrante del presente Contrato. Cada Anexo se tiene por reproducido en este instrumento y deberá ser rubricado por las Partes. |
| EXHIBIT 1. Official identifications of the SELLERS. | ANEXO 1. Identificaciones oficiales de los VENDEDORES. |
| EXHIBIT 2. Public Deed number 5,487 dated December 31, 2012, Notary Public number 105 of Guadalajara, Jalisco, recorded under folio 4011885. | ANEXO 2. Escritura Pública número 5,487 de fecha 31 de diciembre de 2012, Notario Público número 105 de Guadalajara, Jalisco, inscrita bajo el folio 4011885. |
| EXHIBIT 3. Certificate of No Liens issued by the Public Registry of Property. | ANEXO 3. Certificado de Libertad de Gravámen expedido por el Registro Público de la Propiedad. |
| EXHIBIT 4. Identification data of the BUYERS. | ANEXO 4. Datos de identificación de los COMPRADORES. |
| EXHIBIT 5. Detailed inventory of furniture and contents of unit E-PH1601. | ANEXO 5. Inventario detallado de mobiliario y contenidos de la unidad E-PH1601. |
| *Note: the physical or digital documents corresponding to each Exhibit must be attached following this page, in the order listed above.* | *Nota: los documentos físicos o digitales correspondientes a cada Anexo deberán agregarse a continuación de esta página, en el orden antes listado.* |