# EXHIBIT B

Docusign Envelope ID: 22EC8B95-F16A-4B10-BC1E-2FB7B96A2FC1

[Escriba aquí]

| OFERTA PARA FORMALIZAR UN CONTRATO TRASLATIVO DE DOMINIO IRREVOCABLE | OFFER TO FORMALIZE AN IRREVOCABLE TRANSFER OF DOMAIN CONTRACT |
|---|---|
| **1. OFERTANTE: Brandon Lee Simmons, Michelle Marie Simmons, and Braxdon Lee Simmons,** en adelante el Ofertante. | **1. BUYER: Brandon Lee Simmons, Michelle Marie Simmons, and Braxdon Lee Simmons,** hereinafter the Buyer. |
| 1.1 Domicilio: **Utah, United States** | 1.1 Domicile: **Utah, Estados Unidos** |
| 2.PROPIETARIO/FIDEICOMISARIO VENDEDOR: **Jorge Crescenciano Zamora Quezada, en adelante el Vendedor.** | **2. OWNER/FIDEICOMMISSARY SELLER: Jorge Crescenciano Zamora Quezada, hereinafter the Seller.** |
| 2.1 Domicilio: **SHANGRI-LA PASEO DE LA MARINA 385 E 16-01 SHANGRI-LA JA, Puerto Vallarta.** | 2.1 Domicile: ... of the Property **SHANGRI-LA PASEO DE LA MARINA 385 E 16-01 SHANGRI-LA JA, Puerto Vallarta.** |
| 2.2 El Vendedor manifiesta ser propietario legítimo o contar con los derechos fideicomisarios necesarios para llevar a cabo el traslado del dominio del Inmueble. | 2.2 The **Seller** declares to be legitimate owner or have the fideicomissary rights to carry out the transfer of domain of the Property. |
| **3. LAS PARTES DECLARAN:** tener la capacidad jurídica para obligarse en los términos de la presente Oferta y reconocen que; en términos de la legislación mexicana, la presente Oferta es un documento legal vinculante, por lo que el incumplimiento en las cláusulas aquí establecidas, dan derecho a realizar acciones legales y el cobro/pago de penas convencionales. | **3. THE PARTIES DECLARE:** to have the legal capacity to obligate themselves under the terms established in this Offer and, acknowledge that in terms of Mexican law, the present Offer is a legally binding document. Thus the default clauses contained herein ensure the payment of the conventional penalties and their legal actions. |
| **4. INMUEBLE: dos, cinco, seis)** Penthouse E 16-01 condominio Shangri-La, planta baja consta de recibidor, estancia y comedor, cocina y alacena, family room, recamara 2 y baño con jacuzzi, en adelante el Inmueble. | **4. PROPERTY:** Penthouse E 16-01 Shangri-La condominium, ground floor consists of entrance hall, living and dining room, kitchen and pantry, family room, bedroom 2 and bathroom with jacuzzi, hereinafter the Property. |
| **5. OBJETO:** Celebrar un contrato traslativo de dominio irrevocable, de los derechos de propiedad sobre el Inmueble. | **5. OBJECT:** To execute an irrevocable transfer of domain contract, of the ownership rights of the Property. |
| **6. PRECIO DEL INMUEBLE:** La cantidad total de **$2,600,000 y 00/100 (Dos millones seiscientos mil dólares americanos), en USD.**<br><br>Las Partes acuerdan que todos los pagos al **Vendedor** serán en **USD.**<br><br>En caso de que alguna de las Partes decida cambiar la moneda elegida, se estará al tipo de cambio publicado en el Diario Oficial de la Federación. | **6. PRICE OF THE PROPERTY:** The total amount of **$2,600,000 (Two million six hundred thousand and 00/100) USD.**<br><br>The Parties agree that all payments to the **Seller** will be made in **USD.**<br><br>If either of the Parties decide to modify the chosen currency, the exchange rate will be as published in the Official Gazette. |
| **7. DEPÓSITO EN GARANTÍA: $260,000 y 00/100 (Doscientos sesenta mil dólares americanos) USD,** el cual deberá realizarse a la compañía escrow **TLA Escrow** dentro de los **3 (tres) días hábiles** a partir de que las Condiciones Indispensables quedaron satisfechas. El contrato de depósito en garantía deberá de señalar como beneficiario al Vendedor y los honorarios por el escrow deberán ser cubiertos por el Ofertante por | **7. GUARANTEE DEPOSIT: $260,000 y 00/100 (Two hundred sixty thousand) USD,** which will be deposited to the escrow company **TLA Escrow** within **3 (three) business days** from the day all Indispensable Contingencies are satisfied. The guarantee deposit contract shall designate the **Seller** as beneficiary and the fees for the escrow shall be covered by the **Buyer** in the total amount of **$700,00 and 00/100 (Seven hundred dollars) USD.** |

Iniciales Ofertante/Buyer: ______ / Vendedor/Seller: ______ Initial

[Escriba aquí]

| | | |
|---|---|---|
| una cantidad total de **$700,00 y 00/100 (Setecientos dólares americanos) USD.**<br><br>**La falta de Depósito en Garantía por parte del Ofertante resultará en la terminación automática de la presente Oferta, sin responsabilidad alguna para las Partes.** | | **Failure to make the Guarantee Deposit by the Buyer will result in the automatic termination of the present Offer, without further responsibility to the Parties.** |
| **8. CONDICIONES INDISPENSABLES , RESPONSABILIDAD DE LAS PARTES PARA LA EFICACIA DE LA PRESENTE OFERTA, LAS CUALES DEBERÁN DE SER ACEPTADAS, SATISFECHAS Y REMOVIDAS POR ESCRITO, DENTRO DE LOS 5 (CIENCO) DÍAS NATURALES (PERIODO DE REVISIÓN), A LA FECHA DE ACEPTACIÓN DE ESTA OFERTA.**<br><br>1. Proporcionar al Ofertante, así como, según aplique:<br><br>- Copia de la escritura del Inmueble o bien, una copia del fideicomiso original, así como la cesión de derechos fideicomisarios correspondiente;<br><br>- Copia de la lista detallada de inclusiones (la Lista de Inventario), y las fotos de este. El Vendedor tendrá prohibido remover o variar el contenido de la Lista de Inventario del Inmueble.<br><br>- El Ofertante bajo su costo y dentro del plazo señalado, podrá llevar a cabo cualquier inspección necesaria, incluyendo estructural, eléctrica, de plomería, del techo, termitas/plagas/pestes, etc., levantamiento topográfico, obtener estudios de factibilidad de construcción, constancias de los servicios y suministro de telecomunicaciones, energía, gas y agua del Inmueble.<br><br>2. Que el Inmueble cuente con los servicios de telecomunicaciones (internet, teléfono y tv por cable o satelital) o bien, con la infraestructura (cableado, enchufes, repetidores, nudos, etc.) y viabilidad para su debida instalación.<br><br>3. No llevar a cabo ningún contrato de arrendamiento a partir de la fecha de aceptación de la presente Oferta, para arrendamientos posteriores a la Fecha de Formalización, sin el consentimiento previo y por escrito del Ofertante. De ser el caso, el Vendedor informará al Ofertante cualquier renta existente posterior a la Fecha de Formalización, con el fin de que el Ofertante defina si las mismas subsistirán, en cuyo caso, el Vendedor deberá acreditar al Ofertante todas las rentas o depósitos programados después de la Fecha de Formalización. El Ofertante deberá respetar dichos contratos de arrendamiento. El Vendedor no será responsable por la cancelación del arrendamiento por parte de los inquilinos.<br><br>- Copia del régimen en condominio, sus reglamentos y modificaciones;<br><br>- Copias de las actas de asamblea de los condóminos y los estados financieros de tres años anteriores a la fecha de la presente Oferta | | **8. INDISPENSABLE CONTINGENCIES, THE RESPONSIBILITY OF BOTH PARTIES, FOR THE EFFECTIVENESS OF THIS OFFER, WHICH SHALL BE ACCEPTED AND REMOVED IN WRITING WITHIN 5 (FIVE) CALENDAR DAYS (DUE DILIGENCE PERIOD), FOLLOWING THE DATE OF ACCEPTANCE OF THIS OFFER.**<br><br>1. Provide to the Buyer (when applicable):<br><br>- Copy of the Property deed or, copy of the original trust, as well as the assignment of fideicommissary rights;<br><br>- Copy of a detailed inclusion list (the Inventory List), as well as photos of such. The **Seller** will be forbidden to remove or modify the content of the Inventory List from the Property;<br><br>- The ability to have an inspection, at his cost, of the property, including structural, electrical, plumbing, roof, termites/plagues/pests, etc., surveys, obtaining construction feasibility and/or zoning studies, letters of proof of services, telecommunications, electricity, gas, water and drainage of the Property;<br><br>2. Proof that the Property has telecommunications services (internet, phone and cable or satellite tv) or to have all the proper infrastructure (wiring, outlets, repeaters, nodes, etc.) and viability for its proper installation;<br><br>3. Any rental agreement or agreements from the date of acceptance of this Offer, for rentals that occur after the Formalizing Date, without the prior written consent of the **Buyer**. If applicable, the **Seller** shall inform the **Buyer** of any existing rentals after the Formalizing Date, in order for the **Buyer** to determine if the rentals shall remain in force, in which case, the **Seller** shall credit the **Buyer** all the rentals and deposits scheduled after the Formalizing Date. The **Buyer** shall be bound to honor the rental agreements. The **Seller** shall not be responsible for any rental cancellations by the renters;<br><br>- Copy of the condominium regime, its bylaws and any amendments or modifications;<br><br>- Copies of the minutes of the condominium owners' meetings and financial statements of the condominium for the three years preceding the date of the present Offer (identifying the services |

Iniciales Ofertante/Buyer: ______ Vendedor/Seller: ______ Initial

[Escriba aquí]

| | |
|---|---|
| (indicando los servicios que incluyen, a que cuota, cuando las deudas son pagables y a quien corresponden), así como copia del presupuesto del año en curso. Dichas actas de asamblea deberán de estar formalizadas en escritura pública e inscritas en el Registro Público de la Propiedad;<br><br>- Copia de toda la documentación correspondiente a la zona federal marítima, terrestre rio adyacente al Inmueble, incluyendo sin límite, concesiones, pagos y estudios topográficos, de ser el caso. El Vendedor deberá de ceder al Ofertante todos los derechos de la zona federal que corresponda en la Fecha de Formalización.<br><br>**En caso de que las Condiciones Indispensables no se cumplan a entera satisfacción del Ofertante en las fechas establecidas, la presente Oferta quedará sin efectos legales para las Partes.** | included, the amount, when the debts are due and who is the debtor), as well as copy of the budget for this year. Such meetings must be formalized in public deed and registered before the Public Registry of Property;<br><br>- Copies of all documentation corresponding to any maritime, ground, highway and/or river adjacent Federal Zone, including without limitation, concessions, payments and surveys, if applicable. The Seller agrees to assign to the **Buyer** all the rights of the corresponding Federal Zone on the Formalizing Date.<br><br>**In case that the Indispensable Contingencies are not met with at the entire satisfaction of the Buyer on the agreed-upon dates above, the present Offer will not cause any legal effect to the Parties.** |
| **9. FECHA DE FORMALIZACIÓN**<br><br>Se acuerda que la Fecha de Formalización será dentro de los **(50)** días siguientes a partir de que quedaron satisfechas las Condiciones Indispensables, contra:<br><br>a) Pago del Depósito en Garantía en favor del Vendedor;<br><br>b) Pago por parte del Ofertante (por medio de escrow y/o entidad financiera) en favor del Vendedor, por la cantidad restante de **$2,340,000 y 00/100 (Dos millones trescientos cuarenta mil dólares americanos) USD**<br><br>c) Firma de la escritura pública correspondiente en favor del Ofertante o quien éste designe.<br><br>d) Entrega de la posesión jurídica y material del Inmueble libre de gravámenes, inquilinos u ocupantes. En caso de ventas financiadas, la posesión del Inmueble será entregada hasta que los fondos sean liberados en favor del Vendedor.<br><br>Las Partes se encuentran obligadas a concurrir a la Fecha de Formalización acordada, por si mismos o por medio de sus representantes.<br><br>Las Partes se encuentran obligadas a proporcionar oportunamente al Notario Público Designado la información y documentación necesaria para la debida transmisión del Inmueble o de derechos fideicomisarios. | **9. FORMALIZING/CLOSING DATE**<br><br>The Formalizing Date is agreed to be within **(50)** calendar days after the satisfaction of the Indispensable Contingencies, with:<br><br>a) Payment of the Guarantee Deposit in favor of the **Seller;**<br><br>b) Payment by the **Buyer** (through escrow and/or financial institution) in favor of the **Seller**, of the remaining balance of **$2,340,000 and 00/100 (Two million three hundred forty thousand) USD**<br><br>c) Execution of the public deed in favor of the Buyer or the person or legal entity designated by him.<br><br>d) Transfer of the legal and physical possession of the Property, free of liens, tenants, or occupants. In the event of financed sales, the possession of the Property will be delivered upon the release of funds to the Seller.<br><br>The Parties are obliged to attend the agreed Formalizing Date, by themselves or by means of a legal representative.<br><br>The Parties are obliged to provide in a timely fashion to the Designated Public Notary, the information and documentation needed for the proper transfer of the Property or fideicommissary rights. |
| **10. NOTARÍO PÚBLICO DESIGNADO: Notaria 1, Puerto Vallarta.** | **10. DESIGNATED PUBLIC NOTARY: Notaria 1, Puerto Vallarta.** |
| **11. ABOGADO COORDINADOR:** | **11. CLOSING COORDINATOR:** |

Iniciales Ofertante/Buyer: ____ / Vendedor/Seller: YCZQ Initial MZ

Docusign Envelope ID: 22EC8B95-F16A-4B10-BC1E-2FB7B96A2FC1

[Escriba aquí]

| | |
|---|---|
| **12. DEMORA EN LA FECHA DE FORMALIZACIÓN**<br><br>Por causas no imputables a las Partes, la Fecha de Formalización podrá extenderse día por día por 14 (catorce) días naturales adicionales. | **12. DELAY ON THE FORMALIZING DATE**<br><br>For bureaucratic causes and delays not related to the Parties, the Formalizing Date shall be extended on a day-by-day basis for 14 (fourteen) additional calendar days. |
| **13. GASTOS DE ESCRITURACIÓN**<br><br>a) A cargo del Ofertante, cuando aplique:<br><br>- Honorarios por la cuenta de depósito/escrow.<br><br>- Impuesto Sobre Adquisiciones y el Impuesto al Valor Agregado.<br><br>- Honorarios por constitución de fideicomiso o cesión de derechos fideicomisarios.<br><br>- Honorarios notariales. Una vez satisfechas las Condiciones Indispensables, de forma inmediata el Ofertante hará un depósito al Notario Público Designado del 50% de los gastos estimados de escrituración.<br><br>b) A cargo del Vendedor, cuando aplique:<br><br>- Impuesto Sobre la Renta.<br><br>- Honorarios por su Fiduciario, incluyendo ratificación de firmas.<br><br>- Honorarios inmobiliarios a razón del 6% sobre el precio total ofertado, más el Impuesto al Valor Agregado (IVA), a distribuirse a Coldwell Pacific, S. de R.L. de C.V. en 3% (Tres porciento) más IVA y a Coldwell Pacific, S. de R.L. de C.V. 3% (Tres porciento) más IVA, pagaderos mediante instrumento bancario certificado o transferencia bancaria en la Fecha de Formalización. | **13. CLOSING COSTS**<br><br>a) Attributable to the **Buyer**, when applicable:<br><br>- Escrow fees.<br><br>- Acquisition Tax, and Value Added Tax.<br><br>- Trust Bank fees for the assignment of rights or constitution of trust.<br><br>- Notary fees. Once the Indispensable Contingencies are satisfied, the Buyer will immediately deposit in the account of the Designated Public Notary 50% of the estimated closing costs.<br><br>b) Attributable to the **Seller**, when applicable:<br><br>- Capital gains tax.<br><br>- Trust Bank fees, including ratification of signatures.<br><br>- Brokerage fees agreed upon 6% of the offered price, plus the Value Added Tax (VAT), to be distributed 3% plus VAT to Coldwell Pacific, S. de R.L. de C.V. and 3% plus VAT to Coldwell Pacific, S. de R.L. de C.V, which shall be paid by means of certified financial instrument or wire transfer on the Formalizing Date. |
| **14. OBLIGACIONES DEL VENDEDOR PREVIAS Y/O EN LA FECHA DE FORMALIZACIÓN, SEGÚN APLIQUE**<br><br>- Liquidar a sus empleados ante las autoridades laborales correspondientes, y deberá proporcionar dicha constancia al Ofertante previo a la Fecha de Formalización.<br><br>- Transmitir el dominio del Inmueble libre de litigios, cuentas por pagar por servicios, así como libre de toda carga y gravamen, tal y como como consta en el Certificado irrenunciable de no Gravamen emitido por el Registro Público de la Propiedad dentro de los 30 (treinta) días naturales antes de la Fecha de Formalización, así como los derechos de concesión de Zona Federal.<br><br>- Realizar la transmisión del Inmueble en el mismo estado y condiciones en que se encontraba el Inmueble en la fecha de muestra/visita realizada por el Ofertante el día **19 de Diciembre 2025**, así como con el inventario aprobado por el Ofertante, y todas las instalaciones y electrodomésticos funcionando correctamente. En caso de no hacerlo, | **14. SELLER´S OBLIGATIONS PRIOR TO/OR AT THE FORMALIZING DATE, IF APPLICABLE**<br><br>- Liquidate and terminate all employees associated with the Subject Property before the correspondent labor authorities, providing proof of such to the **Buyer** prior to the Formalizing Date.<br><br>- Transfer the domain of the Property at the full purchase price, free of all litigations, utility bills, as well as free of liens and burdens, as established by the inalienable Certificate of no Liens, issued by the Public Registry of Property within 30 (thirty) calendar days before the Formalizing Date, as well as the concession rights of the Federal Zone.<br><br>- Transfer the Property in the same status and conditions in which the Property was observed at the showing/visit carried out by the **Buyer** on **December 19, 2025** as well as the approved inventory by the **Buyer**, and all installations and appliances in a fully functioning condition. In case of default, the **Seller** will have 3 (three) calendar |

Iniciales Ofertante/Buyer: ____/ Vendedor/Seller: ____ Initial

Docusign Envelope ID: 22EC8B95-F16A-4B10-BC1E-2FB7B96A2FC1

**[Escriba aquí]**

| | |
|---|---|
| el Vendedor tendrá 3 (tres) días naturales para subsanar dicho incumplimiento a entera satisfacción del Ofertante. En caso de no hacerlo, el Vendedor deberá pagar la Pena Convencional en los términos señalados.<br><br>- Liquidar totalmente y dejar al día, así como proporcionar al Ofertante, constancia de todas las contribuciones, derechos por uso de concesión de Zona Federal, cuotas extraordinarias de condóminos y similares.<br><br>- El pago de las cuotas ordinarias y extraordinarias de condóminos, mantenimiento, consumos por servicios, impuesto predial serán prorrateados en la Fecha de Formalización, correspondiendo al Vendedor el pago de los mismos hasta dicha fecha.<br><br>- Proporcionar una carta de no adeudo emitida por la Administración de Condóminos.<br><br>- Permitir al Ofertante una visita de inspección del Inmueble dentro de los 3 (tres) días naturales a la Fecha de Formalización para verificar las condiciones del Inmueble y que todos los servicios, instalaciones y electrodomésticos estén funcionando.<br><br>El Ofertante podrá deducir del precio pactado de compra cualquier cantidad que haya sido pagada por el a cuenta o en satisfacción de reclamos o demandas hechas en contra del Inmueble, o que pudieran limitar su goce y disfrute, siempre que el Vendedor no lo haya hecho dentro de los 10 (diez) días naturales de recibir el aviso por parte del Ofertante.<br><br>El Vendedor deberá liberar al Ofertante de cualquier eventualidad o reclamos futuros, que deriven de la falta de revelar información relevante, omisión o desinformación proporcionada. | days to correct the default to the entire satisfaction of the **Buyer**. In case of not doing so, the Seller shall pay the Conventional Penalty in the terms established.<br><br>- Settle and pay in full, as well as to provide the Buyer, proof of all the contributions, government fees for the use of the Federal Zone, extraordinary homeowners association assessments and similar.<br><br>- The payment of the ordinary and extraordinary homeowner's quotas/dues, maintenance, consumption for services and property tax which shall be prorated on the Formalizing Date, corresponding to the **Seller** such payments until said date.<br><br>- Provide a letter of no debt issued by the Homeowner's Administration.<br><br>- To allow the **Buyer** to have a walk-through inspection of the Property within 3 (three) calendar days prior to the Formalizing Date to verify the condition of the Property, and that all services, installations, and appliances are properly functioning.<br><br>The **Buyer** may deduct from the agreed price of the Property any amount paid by him or to cover claims or lawsuits against the Property, or that could limit its use and enjoyment, as long as the **Seller** has not already taken care of them within the next 10 (ten) calendar days of receiving written notice by the **Buyer** of such situation.<br><br>The **Seller** shall hold the **Buyer** harmless in the event of any future claims, caused for lack of disclosure of relevant information, omission or misinformation provided. |
| **15. DOCUMENTOS QUE FORMAN PARTE INTEGRAL DE LA PRESENTE OFERTA**<br><br>1. Documentos que contengan el cumplimiento y remoción de las Condiciones Indispensables;<br>2. Contrato de Depósito/Escrow;<br>3. Convenios modificatorios, documentos y anexos firmados por las Partes. | **15. DOCUMENTS THAT ARE CONSIDERED PART OF THIS OFFER**<br><br>1. Documents containing the compliance and removal of the Indispensable Contingencies;<br>2. Deposit/Escrow Contract;<br>3. Amendments, documents and annexes to this Offer signed by the Parties. |
| **16. AGENTES DE BIENES RAÍCES, COORDINADORES DE CIERRE Y NOTARIO PÚBLICO**<br><br>Las Partes reconocen que los agentes/agencias de bienes raíces, coordinadores de cierre y el Notario Público, no forman parte de la presente Oferta y transmisión del Inmueble, por lo que no podrán ser responsables de ninguna manera por su ejecución, así como reclamos posteriores. Los agentes/agencias de bienes raíces se limitan a | **16. REAL ESTATE AGENTS, CLOSING COORDINATORS AND PUBLIC NOTARY**<br><br>The Parties acknowledge and recognize that the agents/agencies of real estate, closing coordinators and the Public Notary, are not parties of this Offer and the transfer of the Property. Therefore, they will not be responsible in any way whatsoever for its execution, as well as for further claims. The agents/agencies limit |

Iniciales Ofertante/Buyer: ________ Vendedor/Seller: JCZO Initial ME

[Escriba aquí]

| | |
|---|---|
| revisar la información y documentación del Inmueble y de las Partes, proporcionada por ellos mismos, sin estar obligados a verificar la veracidad o exactitud de los documentos y/o de la información proporcionada. Las Partes reconocen que previó a la celebración de la presente Oferta y a la Fecha de Formalización, se les sugirió contratar los servicios de consultoría legal, contable, arquitectónicos y cualquier otro experto necesario.<br><br>Consecuentemente, las Partes liberan a los agentes inmobiliarios y agencias de bienes raíces de cualquier y toda responsabilidad u obligación que tuvieran en la actualidad, en el futuro o en cualquier momento, respecto a cualquier controversia que pudiera suscitarse por la presente Oferta o el Inmueble. | themselves to review the information and documentation of the Property and the Parties, provided to them, without being obligated to verify the veracity and accuracy of the documents. The Parties acknowledge that prior to the execution of this Offer and the Formalizing Date, that they have been advised to hire legal, accounting, architectural and any other professional consultant or pertinent expert that they deem necessary.<br><br>Consequently, the Parties release the Real Estate Agents and Agencies from any and all responsibility or liability now, or in the future at any time, as well as from any controversy that could arise from this Offer or from the Subject Property. |
| **17. PENA CONVENCIONAL**<br><br>Las Partes acuerdan una Pena Convencional correspondiente al 10% (diez por ciento) del precio pactado del Inmueble, a cargo de la Parte que cancele este contrato y/o incumpla con cualquiera de sus obligaciones y/o impida la venta o transmisión de derechos del Inmueble. Cualquier acción u omisión imputable a las Partes, que impida u obstruya la transmisión del Inmueble en los términos de la presente Oferta, detonará la Pena Convencional a cargo de la Parte incumplida y deberá de ser pagada mediante transferencia bancaria o cheque certificado a la otra Parte, dentro de los primeros 5 (cinco) días hábiles siguientes a aquel en que la otra Parte le notificó el incumplimiento.<br><br>En caso de incumplimiento por parte del Ofertante, el agente de depósito podrá retener la cantidad otorgada en Depósito en Garantía y distribuirla en partes iguales al Vendedor 50% (cincuenta por ciento) y a las agencias inmobiliarias el 50% (cincuenta por ciento) restante. En este caso, si la cantidad en la cuenta de depósito es mayor al 10 % (diez por ciento) del precio pactado, el sobrante deberá ser reembolsado al Ofertante.<br><br>En caso de incumplimiento por parte del Vendedor, el Ofertante podrá exigir al Vendedor el cumplimiento forzoso del objeto de la presente Oferta, o bien, tendrá el derecho de recibir, además de la Pena Convencional, los gastos y honorarios que fueron adelantados al Notario Público Designado y al agente de depósito, así como el reembolso de todos los fondos depositados en la cuenta escrow por el Ofertante. El Vendedor también deberá de llevar a cabo todas las acciones necesarias e instruir al agente de depósito para la devolución del Depósito en Garantía, y cualquier otra cantidad aportada por el Ofertante.<br><br>Si la presente Oferta no fuera aceptada por el Vendedor dentro del término de vigencia que a continuación se especifica, o bien, las Condiciones Indispensables a las cuales se supedita su eficacia no fueran satisfechas, ésta quedará | **17. CONVENTIONAL PENALTY**<br><br>The Parties agree to a Conventional Penalty of 10% (ten percent) of the price agreed of the Property, attributable to the Party that cancels this contract and/or fails to comply with any of their obligations and/or that impedes the sale or transfer of rights of the Property. Any action or omission caused by the Party that impedes or obstructs the transfer of the Property under the terms and conditions of this Offer, will trigger the Conventional Penalty at the cost of the Party in default and shall be paid by wire transfer or certified instrument to the other Party, within 5 (five) business days from the day the defaulting Party was notified in writing from the other Party of the default.<br><br>In case of default by the **Buyer**, the deposit/escrow agent will be able to retain the Guarantee Deposit and distribute such amount in equal parts to the Owner 50% (fifty percent) and to the real estate agencies the remaining 50% (fifty percent). In this event, if the amount in the escrow deposit account is more that 10 % (ten percent) of the agreed price, the remaining balance shall be reimbursed to the **Buyer**.<br><br>In case of default by the **Seller**, the **Buyer** will be entitled to demand the execution of the contract object of this Offer or, to receive, besides the Conventional Penalty, the expenses and fees that were provided to the Designated Public Notary and the escrow account fees, as well as the reimbursement of all funds deposited into escrow by the **Buyer**. The **Seller** also agrees to carry out all the needed actions, including signing instructions to the deposit/escrow agent for the reimbursement of the amounts provided by the **Buyer**.<br><br>If the present Offer is not accepted by the **Seller** within the term of effect herein below specified, or else, the Indispensable Contingencies which validity is subject to are not fulfilled, this Offer will be automatically canceled and considered null and void in all its effects, automatically liberating the |

[Escriba aquí]

| | |
|---|---|
| automáticamente cancelada y considerados nulos todos sus efectos; quedando las Partes automáticamente liberadas de cualquier otra obligación o responsabilidad presente o futura derivada de la misma. | Parties herein from any present or future obligation or responsibility derived from the present Offer. |
| **18. DERECHO DE CESIÓN**<br><br>El Ofertante tiene el derecho de ceder el presente Contrato, siempre que exista consentimiento por escrito del Vendedor. | **18. RIGHT TO ASSIGN**<br><br>The **Buyer** has the right to assign this Contract, only with the written acceptance of the Seller. |
| **19. FUERZA MAYOR**<br><br>La Pena Convencional no será causada por eventos de fuerza mayor, refiriéndose a estos aquellos eventos extemporáneos de la naturaleza, ampliamente conocidos, que no pudieron ser previstos, evitados o anticipado por las Partes, imposibilitando la venta del Inmueble.<br><br>En caso de que el Inmueble pueda ser vendido, las Partes deberán celebrar un convenio modificatorio para extender las obligaciones aquí establecidas. La Parte que se niegue a celebrar dicho convenio, estará obligada a pagar la Pena Convencional. | **19. FORCE MAJEURE**<br><br>The Conventional Penalty will not be caused by events of force majeure, which refer only to extemporaneous events of nature, predominantly known, that could have not been predicted, avoided, and anticipated by the Parties, and when the Property is no longer saleable.<br><br>If the Property is in marketable condition, the Parties shall enter into a modification agreement to extend the obligations set forth herein. The Party failing to execute such agreement will be obligated to pay the Conventional Penalty. |
| **20. RIESGO DE PÉRDIDA**<br><br>El Inmueble quedará en posesión y a cuenta y riesgo del Vendedor hasta la Fecha de Formalización o la entrega de la posesión, lo que ocurra primero. | **20. RISK OF LOSS**<br><br>The Property shall be and remain at the risk of the **Seller** until the Formalizing Date or the physical transfer of the Property, whichever occurs first. |
| **21. COMUNICACIONES ELECTRÓNICAS Y DUPLICADOS**<br><br>Las Partes acuerdan reconocer las comunicaciones electrónicas entre ellas, así como el consentimiento. Este Contrato podrá ser firmado en más de una copia, y bastará con que este firmado y rubricado para su validez. Cada una de las Partes deberá enviar por mensajería especializada el Contrato con su firma autógrafa a más tardar dentro de los 15 días naturales a su firma a la oficina de Coldwell Banker La Costa, en Calle Ancla 24, Las Palmas II, Marina Vallarta, código postal 48335, Puerto Vallarta, Jalisco, con atención al nombre de su agente. | **21. ELECTRONIC COMMUNICATIONS AND COUNTERPARTS**<br><br>The Parties agree to recognize electronic communications between them, as well as their consent. This Contract can be signed in more than one copy, and it will be valid once signed in all of its pages by any Party. Each Party shall send this Contract by courier mail within 15 calendar days, to Coldwell Banker La Costa, in Ancla 24, Las Palmas II, Marina Vallarta, zip code 48335, Puerto Vallarta, Jalisco, to the attention of the name of your agent. |
| **22. JURISDICCIÓN** Legislación, Juzgados y Tribunales de Puerto Vallarta, Jalisco, México, renunciando a cualquier otro que pudiera corresponder por sus domicilios. | **22. JURISDICTION** Legislation, Courts and Tribunals of Puerto Vallarta, Jalisco, México, waiving their right to any other jurisdiction that may correspond to them by virtue of their domiciles. |
| **23. TÉRMINO DE VIGENCIA** La presente Oferta estará vigente hasta el día **9 de Enero a las 10:00 PM** horas, tiempo local de Puerto Vallarta, Jalisco México. | **23. TERM OF EFFECT** This Offer will be in effect until **January 9, 2025 at 10:00 AM**, local time in Puerto Vallarta, Jalisco, Mexico. |
| **24. FECHA DE LA OFERTA** La presente Oferta se presenta en original y/o versión electrónica, el día **19 de Diciembre del 2025.** | **24. DATE OF THE OFFER** This Offer is presented in original and/or electronic copy, on **December 19, 2025.** |

Iniciales Ofertante/Buyer: ______ Vendedor/Seller: JCZQ Initial MZ

Docusign Envelope ID: 22EC8B95-F16A-4B10-BC1E-2FB7B96A2FC1

[Escriba aquí]

| | |
|---|---|
| | |
| **EL OFERTANTE / THE BUYER**<br><br>**Brandon Lee Simmons, Michelle Marie Simmons, and Braxdon Lee Simmons** | |
| **EL VENDEDOR / THE SELLER**<br><br>**Jorge Crescenciano Zamora Quezada**<br>Signed by: Meissy Zamora 326B3D31572848F... | |

**FECHA DE ACEPTACIÓN POR PARTE DEL VENDEDOR / DATE OF ACCEPTANCE BY THE SELLER**

R. 4524