PROB 12B [MCA]
(08/25)

United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

# United States District Court
# for
# SOUTHERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision with Consent of the Person Under Supervision

(***Probation Form 49, Waiver of Hearing is Attached***)

Name of Person Under Supervision: **JORGE ZAMORA-QUEZADA** Case Number: **7:18CR00855-S1-001**

Name of Sentencing Judicial Officer: **HONORABLE RANDY CRANE**

Date of Original Sentence: **MAY 21, 2025**

Original Offense: **COUNT 1: CONSPIRACY TO COMMIT HEALTH CARE FRAUD, IN VIOLATION OF 18 U.S.C. § 1349.**

**COUNTS 2-4 AND COUNTS 6-9: HEALTH CARE FRAUD, IN VIOLATION OF 18 U.S.C. § 1347 AND 2.**

**COUNT 11: CONSPIRACY TO OBSTRUCT JUSTICE, IN VIOLATION OF 18 U.S.C. § 1512 (k).**

Original Sentence: **ONE HUNDRED AND TWENTY (120) MONTHS CUSTODY OF THE U.S. BUREAU OF PRISONS, AS TO COUNTS 1, 2, 3, 4, 6, 7, 8, 9, AND 11, TO RUN CONCURRENTLY WITH EACH OTHER, FOLLOWED BY A THREE (3)-YEAR TERM OF SUPERVISED RELEASE AS TO COUNTS 1, 2, 3, 4, 6, 7, 8, 9, AND 11, TO RUN CONCURRENTLY WITH EACH OTHER.**

Type of Supervision: **SUPERVISED RELEASE** Date Supervision Commenced: **6/19/26**

Maximum Penalty Upon Revocation: **TWO (2) YEARS CUSTODY OF THE U.S. BUREAU OF PRISONS, PURSUANT TO 18 U.S.C. § 3583(e)(3), AS TO COUNTS 1, 2, 3, 4, 6, 7, 8, 9, AND 11,**

---

### PREVIOUS COURT ACTION

None.

---

### PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total of ___ years.

☒ To modify the conditions of supervision as follows:

**SCHEDULE OF PAYMENTS (RESTITUTION):** Payments shall be made in monthly installments of at least $25.00, effective November 1, 2026, with the remaining balance due 60 days before the expiration of the term of Supervised Release.

**CAUSE**

At the time of sentencing, Jorge Zamora-Quezada was ordered to pay $900.00 in Special Assessment Fees and Restitution in the amount of $28,245,454.00. Additionally, the Court ordered the defendant must pay interest on restitution and a fine of more than $2,500.00, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment. Furthermore, the Court ordered that the Court would set a payment plan based on the Releasee's ability to pay at the time of his release from custody.

On June 19, 2026, Mr. Zamora-Quezada completed his imprisonment term, and he commenced his supervision term in the McAllen Division. During his incarceration and commencement of supervision, Mr. Zamora-Quezada has made payments towards his assessment fees. As of this date, the remaining balance for the Special Assessment Fees is $600.00, and the Restitution balance remains $28,245,454.00. In addition, Mr. Zamora-Quezada reported he exhausts his monthly income tending to basic living expenses; however, he advised that at this time he can consistently pay $25.00 toward his financial obligations imposed by the Court. As of this date, Mr. Zamora-Quezada remains in full compliance and no violations have occurred.

In response, USPO Jackeline Hernandez discussed the process of modifying his conditions of supervision to include a Schedule of Payments that accounts for his current situation, and the Releasee agreed to proceed with the modification. Thereafter, USPO Jackeline Hernandez reviewed a list of Mr. Zamora-Quezada's income and financial obligations and confirmed that Mr. Zamora-Quezada is able to pay at least $25.00 per month throughout the term of Supervised Release. He is aware that should his financial circumstances significantly change, a financial investigation will be initiated for further modification. He further understands that the U.S. Attorney's Financial Litigation Unit in the Southern District of Texas will collect any remaining balance for a period that is the later of 20 years from the entry of Judgement or 20 years after the release from imprisonment of the person, or upon death of the individual.

Based on the above the U.S. Probation Office recommends the Court modify the Schedule of Payments as noted on the attached Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision, that is, that Mr. Zamora-Quezada make monthly payments towards the restitution imposed, at a rate of at least $25.00, effective November 1, 2026, with the remaining balance due 60 days before the expiration of the term of Supervised Release.

Approved:

Alfonso J. Liguez, Supervising
United States Probation Officer

Respectfully submitted,

By:

Jackeline K. Hernandez
United States Probation Officer
October 9, 2026
(J/H) #4892983

THE COURT ORDERS:

[ ] No Action

[ ] The Extension of Supervision as Noted Above

[X] The Modification of Conditions as Noted Above

[ ] Other: ______________________________

Honorable J. Scott Hacker
U. S. Magistrate Judge

October 9, 2026
Date

PROB 49
(05/00)

RE: ZAMORA-QUEZADA Jorge
Dkt. No. 7:18CR00855-S1-001

United States District Court
Southern District of Texas
FILED

OCT 09 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for
## Southern District of Texas

Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**SCHEDULE OF PAYMENTS (RESTITUTION):** Payments shall be made in monthly installments of at least $25.00, effective November 1, 2026, with the remaining balance due 60 days before the expiration of the term of Supervised Release.

Honorable J. Scott Hacker
U.S. Magistrate Judge

10/9/2026
Date

Jorge Zamora-Quezada
Supervised Releasee

10/9/2026
Date