United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:18-CR-855-1 |
| | § | |
| JORGE ZAMORA-QUEZADA | § | |
| | § | |
| Defendant. | § | |

**ORDER SETTING HEARING ON PENDING MOTIONS**

IT IS HEREBY ORDERED that this matter is set for hearing on pending motions, including [Doc. No. 866] on December 1, 2026, at 11:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all Counsel of record.

SO ORDERED November 9, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge